UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0192--CV (JKS)
"JOE W. WILLIAMS V FEDEX GROUND PACKAGE SYS"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: 08/12/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

  Nature of Suit: (442) Jobs
                  BREACH OF IMPLIED CONTRACT
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 08/12/05 receipt # 00126359
         Trial by:
```

Parties of Record:                        Counsel of Record:

---

PLF 1.1        WILLIAMS, JOE W.                Isaac D. Zorea
                                              POB 210434
                                              Anchorage, AK 99521
                                              907-677-3779
                                              FAX 907-644-2802


DEF 1.1        FEDEX GROUND PACKAGE SYSTEMS INC   M. Katheryn Bradley
                                              Jackson Lewis LLP
                                              600 University Street
                                              Suite 2900
                                              Seattle, WA 98101
                                              206-405-0404
                                              FAX 206-405-4450

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A05-0192--CV (JKS)
                    "JOE W. WILLIAMS V FEDEX GROUND PACKAGE SYS"

                            For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/12/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

   Nature of Suit: (442) Jobs
                   BREACH OF IMPLIED CONTRACT
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 08/12/05 receipt # 00126359
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/12/05 | DEF 1 Notice of Removal from Superior Court case no. 3AN-04-11527CI w/att exhs. |
| 2 - 1 | 08/12/05 | DEF 1 Verification of state crt records w/att exhs. |
| 3 - 1 | 08/12/05 | JKS Minute Order to Petitioner Subsequent to Removal.  Petitioner to file w/crt cy of state crt docs and svc list w/i 10 days. cc: cnsl |
| 4 - 1 | 08/17/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 5 - 1 | 09/06/05 | DEF 1 Notice re state court records. |
| 6 - 1 | 09/14/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 7 - 1 | 09/15/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 06/01/06; Dispositive motions deadline 07/01/06. cc: cnsl |
| 8 - 1 | 09/30/05 | DEF 1 Disclosure Statement. |