Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>  Defendant. | Case No.: A05-0192CV (JKS)<br><br>**STIPULATION CONSENTING TO LEAVE FOR DEFENDANT TO FILE FIRST AMENDED ANSWER** |

Pursuant to FRCP 15(a), Plaintiff Joe W. Williams and Defendant FedEx Ground Package Systems, Inc. ("FedEx Ground"), by and through counsel, stipulate to entry of an order from this Court granting FedEx Ground leave to file its first amended answer in compliance with the March 3, 2006 deadline set forth in the Court's Scheduling and Planning Order, entered September 15, 2005.

STIPULATION CONSENTING TO LEAVE TO
DEFENDANT TO FILE FIRST AMENDED ANSWER - PAGE 1
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  Dated this 2nd day of March, 2006.

2                              JACKSON LEWIS LLP

4                              By: /s/ Katheryn Bradley
5                                  Katheryn Bradley, Alaska Bar No. 8611098
                                   Attorney for Defendant FedEx Ground
6                                  Package System, Inc.

7                              LAW OFFICES OF MOSHE C. ZOREA

10                             By: /s/ Moshe C. Zorea
                                   Moshe C. Zorea, AK Bar No. 8406055
11                                 Attorney for Plaintiff Joe W. Williams

28 STIPULATION CONSENTING TO LEAVE TO
DEFENDANT TO FILE FIRST AMENDED ANSWER - PAGE 2
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2006, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF. In addition, I served a copy of this document by U.S. Mail to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

Signed at Seattle, Washington this 2nd day of March, 2006.

*[signature]*
Heather M. Feenan

STIPULATION CONSENTING TO LEAVE TO
DEFENDANT TO FILE FIRST AMENDED ANSWER - PAGE 3
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404