Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>         Plaintiff,<br><br>   v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>         Defendant. | Case No.: A05-0192CV (JKS)<br><br>**ORDER GRANTING LEAVE FOR DEFENDANT TO FILE FIRST AMENDED ANSWER**<br><br>[PROPOSED] |

This matter comes before this Court on the parties' Stipulated Motion Consenting to Leave to Defendant to File First Amended Answer ("Stipulated Motion"). In the Stipulated Motion, the parties consent to entry of an order granting leave to Defendant FedEx Ground Package Systems, Inc. to file its first amended answer. Based on the Stipulated Motion and the records and files herein, the Court finds that the requested leave should be granted.

Accordingly, it is hereby **ORDERED** that Defendant is **GRANTED** leave to file its first amended answer in compliance with the March 3, 2006 deadline set forth in the Court's Scheduling and Planning Order, entered September 15, 2005.

ORDER GRANTING LEAVE TO DEFENDANT
TO FILE FIRST AMENDED ANSWER - PAGE 1
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  DATED this _____ day of March, 2006.

_____
JAMES K. SINGLETON, JR.
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING LEAVE TO DEFENDANT
TO FILE FIRST AMENDED ANSWER - PAGE 2
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2006, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF. In addition, I served a copy of this document by U.S. Mail to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

Signed at Seattle, Washington this 2nd day of March, 2006.

*Heather M. Feenan*
Heather M. Feenan

ORDER GRANTING LEAVE TO DEFENDANT
TO FILE FIRST AMENDED ANSWER - PAGE 3
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404