Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>  Defendant. | Case No.: A05-0192CV (JKS)<br><br>**STIPULATED MOTION FOR EXTENSION OF THE DEADLINE FOR EXPERT DISCLOSURES** |

Plaintiff Joe W. Williams and Defendant FedEx Ground Package Systems, Inc., by and through counsel, respectfully request that this Court extend the FRCP 26(a)(2) expert witness disclosure deadline set forth in the Court's Scheduling and Planning Order, entered September 15, 2005, from March 3, 2006 (90 days before the close of discovery) to May 8, 2006.

Good cause exists to extend this deadline because the parties have yet to depose significant witnesses, including the plaintiff, and neither party will be in the position to determine the need to retain experts until those depositions are completed. A proposed order accompanies this stipulation.

Dated this 2nd day of March, 2006.

STIPULATED MOTION FOR EXTENSION
OF THE DEADLINE FOR EXPERT DISCLOSURES - Page 1
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

JACKSON LEWIS LLP


By: /s/ Katheryn Bradley
    Katheryn Bradley, Alaska Bar No. 8611098
    Attorney for Defendant FedEx Ground
    Package System, Inc.


LAW OFFICES OF MOSHE C. ZOREA


By: /s/ Moshe C. Zorea per telephonic approval
    Moshe C. Zorea, AK Bar No. 8406055
    Attorney for Plaintiff Joe W. Williams

STIPULATED MOTION FOR EXTENSION
OF THE DEADLINE FOR EXPERT DISCLOSURES - Page 2
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2006, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF. In addition, I served a copy of this document by U.S. Mail to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK  99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

Signed at Seattle, Washington this 2nd day of March, 2006.

_Heather M. Feenan_
Heather M. Feenan

STIPULATED MOTION FOR EXTENSION
OF THE DEADLINE FOR EXPERT DISCLOSURES - Page 3
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404