Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOE W. WILLIAMS,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,

    Defendant.

Case No.: A05-0192CV (JKS)

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF THE DEADLINE FOR EXPERT DISCLOSURES**

**[PROPOSED]**

This matter comes before this Court on the parties' Stipulated Motion for Extension of the Deadline for Expert Disclosures ("Stipulated Motion"). In the Stipulated Motion, the parties move to extend the expert witness disclosures deadline from march 3, 2006, (90 days before the close of discovery) to May 8, 2006. Based on the Stipulated Motion and the records and files herein, the Court finds that good cause exists to grant the extension requested.

Accordingly, it is hereby **ORDERED**:

1.     The parties' Stipulated Motion for Extension of Deadline for Expert Disclosures is **GRANTED**; and

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF THE DEADLINE FOR
EXPERT DISCLOSURES-PAGE- 1
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

2. The Clerk of the Court shall amend the Case Schedule to reflect the extension of the deadline for disclosure of expert witness disclosures from March 3, 2006 (90 days before the close of discovery) to May 8, 2006.

DATED this _____ day of March, 2006.

_____
JAMES K. SINGLETON, JR.
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF THE DEADLINE FOR
EXPERT DISCLOSURES-PAGE- 2
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2006, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF. In addition, I served a copy of this document by U.S. Mail to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

Signed at Seattle, Washington this 2nd day of March, 2006.

*Heather M. Feenan*
Heather M. Feenan

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF THE DEADLINE FOR
EXPERT DISCLOSURES-PAGE- 3
Case No. A05-0192CV (JKS)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404