**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*Williams v. FedEx Ground Package Sys.*
Case No. 3:05-cv-0192-TMB

By:                        THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:          ORDER FROM CHAMBERS

   The parties have filed two stipulations.  In the first the parties stipulate to the entry of an order granting Defendant leave to file its first amended answer in accord with the March 3, 2006 deadline set in the scheduling and planning order.  Docket No. 10.  In the second, the parties stipulate to changing the expert disclosure deadline from March 3, 2006, to May 8, 2006. Docket No. 11.

   **IT IS THEREFORE ORDERED:**
   The stipulated motion at **Docket No. 10** is **GRANTED**.  Because the deadline has passed, Defendant may file its amended answer **on or before Friday, March 17, 2006.**  The stipulated motion at **Docket No. 11** is also **GRANTED**.  The disclosure of expert witnesses shall occur **on or before May 8, 2006.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: <u>March 14, 2006</u>