Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOE W. WILLIAMS,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,

    Defendant.

Case No.: A05-0192CV (TMB)

**JOINT STATUS REPORT**

**A.  Nature of the Case**

    **1.  The lead attorneys on the case:**

    Isaac Zorea and Moshe Zorea:    attorneys for plaintiff

    Katheryn Bradley:    attorney for defendant

    **2.  Basis for the federal jurisdiction:**

This Court has original jurisdiction over this civil action because the matter in controversy (i) is between citizens of different states; and (ii) exceeds the sum or value of $75,000.00. 28 U.S.C. §1332(a)(1).

JOINT STATUS REPORT- 1 of 5
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

3. **Nature of the claims asserted in the complaint and any counterclaims:**

Plaintiff alleges that defendant violated the covenant of good faith and fair dealing, violated Alaska's Wage and Hour Act, owes plaintiff damages under a quantum meruit theory, and violated Alaska's Unfair Trade Practices Act. There are no counterclaims.

4. **Name of any party that has not been served and the nature of the non-service:**

None.

5. **Principal legal and factual issues:**

   a. Did defendant violate the implied covenant of good faith and fair dealing by depriving plaintiff of the benefit of a contract?

   b. Did defendant owe plaintiff overtime under Alaska's Wage and Hour Act? Is so, did defendant violate the Act by failing to pay overtime?

   c. Did plaintiff confer a benefit on defendant that defendant appreciated and accepted or retained under circumstances that would make it inequitable for defendant to retain without paying the value thereof?

   d. Did defendant violate Alaska's Unfair Trade Practices Act by representing to plaintiff that an agreement conferred or involved rights, remedies, or obligations which it did not, in fact, confer or involve? If so, did the act occur in the conduct of trade or commerce and did plaintiff suffer an ascertainable loss of money or property as a result of the alleged deceptive or unfair act?

   e. Do defendant's defenses and affirmative defenses, as set forth in Defendant's First Amended Answer and Affirmative Defenses, bar plaintiff's claims or recovery in whole or in part?

JOINT STATUS REPORT- 2 of 5
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**B.    Discovery**

**1.    Brief description of completed discovery and any remaining discovery:**

Defendant has served its initial disclosures, four supplemental initial disclosures, and two sets of interrogatories, requests for production, and requests for admissions. Defendant has taken plaintiff's deposition. Defendant has also subpoenaed the records of John Thompson, a previously dismissed co-defendant, and taken his deposition. Defendant served its expert disclosures and filed its witness list. Defendant has requested that plaintiff supplement his initial disclosures. At this time, Defendant has completed its discovery, except perhaps if perpetuation depositions are needed.

Plaintiff has served initial disclosures, interrogatories, requests for production, and requests for admissions. Plaintiff anticipates deposing Peter Ricks and Pomerantz Staffing Services.

**2.    Brief description of any pending motions and anticipated motions:**

No motions are pending. The parties anticipate filing a stipulated motion extending the discovery deadline, as well as the corresponding dispositive motion deadline, for two months. Defendant plans to move for summary judgment.

**3.    Brief description of any previously entered rulings on substantive issues:**

None.

**4.    Any previously filed status reports:**

None.

**C.    Trial**

**1.    If trial is anticipated, how long the trial will take, and whether a jury is requested.**

Trial is expected to take five days and no jury was requested.

JOINT STATUS REPORT- 3 of 5
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**D.    Settlement**

1. **Status of any settlement discussion and whether the parties request a settlement conference.**

The parties have not discussed settlement.

DATED this 23rd day of May, 2006.

                              JACKSON LEWIS LLP

By: _/s/ Katheryn Bradley_____
Katheryn Bradley, Alaska Bar No. 8611098
Attorneys for Defendant FedEx Ground
Package Systems, Inc.

By: _/s/ Katheryn Bradley per authorization_
Isaac D. Zorea, Alaska Bar No. 0011090
Attorney for Plaintiff Joe Williams

By: _/s/ Katheryn Bradley per authorization_
Moshe C. Zorea, Alaska Bar No. 8406055
Attorney for Plaintiff Joe Williams

JOINT STATUS REPORT- 4 of 5
Case No. A05-0192CV (TMB)

## CERTIFICATE OF SERVICE

I hereby certify that on  May 23, 2006 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

>Isaac D. Zorea
>P.O. Box 210434
>Anchorage, AK  99521

>Moshe C. Zorea
>P.O. Box 212043
>Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>None

Dated this 23rd day of May, 2006, at Seattle, Washington.

By: /s/ Heather M. Feenan
Heather M. Feenan

JOINT STATUS REPORT- 5 of 5
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404