Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>Defendant. | Case No.: A05-0192CV (TMB)<br><br>**STIPULATED MOTION FOR EXTENSION OF DEPOSITION DISCOVERY AND CORRESPONDING DEADLINES** |

Pursuant to FRCP 16(b) and Section 6 this Court's Scheduling and Planning Order dated September 15, 2005, Plaintiff Joe W. Williams and Defendant FedEx Ground Package Systems, Inc., by and through counsel, stipulate as follows:

1.   Discovery is currently set to close on June 1, 2006. The parties stipulate to extend discovery for two months, until August 1, 2006, to allow parties to complete depositions as stated in the parties' Joint Status Report filed on May 23, 2006. Plaintiff intends to depose (a) former FedEx Ground manager, Peter Ricks, and (b) a representative of Pomerantz Staffing Services. Plaintiff will complete these depositions before August 1, 2006.

STIPULATED MOTION FOR EXTENSION OF DEPOSITION
DISCOVERY AND CORRESPONDING DEADLINES- PAGE 1
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

2. In light of the extension of the discovery cutoff, the parties stipulate to extend the corresponding deadlines for filing discovery, motions *in limine* and dispositive motions as set forth in the Court's Scheduling and Planning Order. The current deadline is June 30, 2006. The new deadline for discovery, motions in limine and dispositive motions will be August 30, 2006.

Dated this 31st day of May, 2006.

JACKSON LEWIS LLP

By: /s/ Katheryn Bradley
    Katheryn Bradley, Alaska Bar No. 8611098
    Attorney for Defendant FedEx Ground Package
    System, Inc.

LAW OFFICES OF ISAAC DEREK ZOREA

By:/s/ Katheryn Bradley per telephone authorization
    Isaac Zorea, AK Bar No. 0011090
    Attorney for Plaintiff Joe W. Williams

LAW OFFICES OF MOSHE C. ZOREA

By:/s/ Katheryn Bradley per telephone authorization
    Moshe C. Zorea, Alaska Bar No. 8406055
    Attorney for Plaintiff Joe Williams

STIPULATED MOTION FOR EXTENSION OF DEPOSITION
DISCOVERY AND CORRESPONDING DEADLINES- PAGE 2
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2006, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK  99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

Signed at Seattle, Washington this 31st day of May, 2006.

*Heather M. Feenan*
Heather M. Feenan

STIPULATED MOTION FOR EXTENSION OF DEPOSITION
DISCOVERY AND CORRESPONDING DEADLINES- PAGE 3
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404