Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>　　　　Defendant. | Case No.: A05-0192CV (TMB)<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEPOSITION DISCOVERY AND CORRESPONDING DEADLINES**<br><br>**[PROPOSED]** |

This matter comes before this Court on the parties' Stipulated Motion for Extension of Deposition Discovery and Corresponding Deadlines ("Stipulated Motion"). Based on the Stipulated Motion and the records and files herein, the Court finds that the requested extensions should be granted.

Accordingly, it is hereby **ORDERED** that:

1.　Discovery is extended until August 1, 2006, to allow parties to complete depositions as stated in the parties' Joint Status Report filed on May 23, 2006; and

ORDER GRANTING STIP. MOTION FOR EXTENSION
OF DEPOSITION DISCOVERY AND
CORRESPONDING DEADLINES- PAGE 1
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

2. In light of the extension of the discovery cutoff, the corresponding deadlines for filing discovery, motions *in limine* and dispositive motions as set forth in the Court's Scheduling and Planning Order is extended until August 30, 2006.

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIP. MOTION FOR EXTENSION
OF DEPOSITION DISCOVERY AND
CORRESPONDING DEADLINES- PAGE 2
Case No. A05-0192CV (TMB)

**Jackson Lewis, LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2006, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF. In addition, I served a copy of this document by U.S. Mail to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK  99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

Signed at Seattle, Washington this 31st day of May, 2006.

_Heather M. Feenan_
Heather M. Feenan

ORDER GRANTING STIP. MOTION FOR EXTENSION
OF DEPOSITION DISCOVERY AND
CORRESPONDING DEADLINES- PAGE 3
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404