JEFFREY M. FELDMAN
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com

Co-counsel for Defendant FedEx Ground Package Systems Inc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEMS INC.,<br><br>　　　　　Defendant.<br>_____ | Case No. 3:05-cv-00192-TMB<br><br>**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT FEDEX GROUND SYSTEMS INC.** |

　　　　The law firm of Feldman Orlansky & Sanders hereby enters its appearance in this matter as co-counsel for defendant FedEx Ground Package Systems Inc. Please serve copies of all pleadings pertaining to the above-captioned matter on Jeffrey M. Feldman, Feldman Orlansky & Sanders, 500 L Street, Fourth Floor, Anchorage, Alaska 99501.

Dated this 29th day of August, 2006.

> s/ Jeffrey M. Feldman
> Jeffrey M. Feldman
> FELDMAN ORLANSKY & SANDERS
> 500 L Street, Suite 400
> Anchorage, Alaska 99501
> Telephone:   (907) 272-3538
> Facsimile:   (907) 274-0819
> Email:       feldman@frozenlaw.com
> [Alaska Bar No. 7605029]
>
> Co-counsel for Defendant
> FedEx Ground Package Systems Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2006,
a copy of Entry of Appearance on Behalf of
FedEx Ground Package Systems Inc., was served
electronically on:

Isaac D. Zorea
Moshe C. Zorea
M. Katheryn Bradley


s/ Jeffrey M. Feldman