Katheryn Bradley
Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L. Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>Defendant. | Case No.: A05-0192CV (TMB)<br><br>**DEFENDANT'S MOTION TO SEAL EXHIBITS D AND 24 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant FedEx Ground Package Systems, Inc. ("FedEx Ground") moves this Court under LR 5.2.1(d) and paragraph 11 of the Stipulated Protected Order entered by this court on June 5, 2006 at Docket 21 to seal two exhibits that are protected as confidential.

The two confidential exhibits are Exhibits D and 24. Those exhibits are attached to the Declaration of Katheryn Bradley in Support of Defendant's Motion to Seal Exhibits D and 24 to Defendant's Motion for Summary Judgment. Exhibit 24 is former defendant John Thompson's

DEFENDANT'S MOTION TO SEAL EXHIBITS D AND 24 TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

bank statements, which contain personal financial information. Exhibit D is the deposition of Peter Ricks, which the parties agreed to seal at the deposition, and which contains sensitive and proprietary information related to FedEx Ground's operations. Under the Protective Order and LR 5.2.1(d), good cause exists to seal Exhibits D and 24 from public access. This Court should enter the accompanying proposed order.

DATED this 30th day of August, 2006.

JACKSON LEWIS LLP

By: /s/ Katheryn Bradley
Katheryn Bradley
Alaska Bar No. 8611098
JACKSON LEWIS LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Phone: (206) 405-0404
Fax: (206) 405-4450
E-Mail: bradleyk@jacksonlewis.com
Attorney for Defendant FedEx Ground
Package Systems, Inc.

FELDMAN ORLANSKY & SANDERS

By: /s/ Jeffrey M. Felman (consent)
Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Fax: (907) 274-0819
Email: feldman@frozenlaw.com
Attorney for Defendant FedEx Ground
Package System, Inc.

DEFENDANT'S MOTION TO SEAL EXHIBITS D AND 24 TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2 -
Case No. A05-0192CV (TMB)

## CERTIFICATE OF SERVICE

I hereby certify that on *August 30, 2006*, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 30th day of August, 2006, at Seattle, Washington.

*Heather M. Feenan*
Heather M. Feenan

DEFENDANT'S MOTION TO SEAL EXHIBITS D AND 24 TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 3 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404