1

2　　Katheryn Bradley
　　　Jackson Lewis LLP
3　　One Union Square
　　　600 University Street, Suite 2900
4　　Seattle, WA 98101
　　　Telephone: (206) 405-0404
5　　Facsimile: (206) 405-4450
　　　bradleyk@jacksonlewis.com
6　　Attorney for Defendant

7　　Jeffrey M. Feldman, AK Bar No. 7605029
　　　Feldman Orlansky & Sanders
8　　500 L. Street, Suite 400
　　　Anchorage, AK  99501
9　　Telephone: (907) 272-3538
　　　Facsimile: (907) 274-0819
10　　feldman@frozenlaw.com
　　　Attorney for Defendant

11
　　　　　　　　UNITED STATES DISTRICT COURT
12　　　　　FOR THE DISTRICT OF ALASKA AT ANCHORAGE

13
　　　JOE W. WILLIAMS,　　　　　　　　）
14　　　　　　　　　　　　　　　　　　　　）　Case No.  A05-0192CV (TMB)
　　　　　　　　　　　　　　　　　　　　）
15　　　　　　　　　Plaintiff,　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）　**DECLARATION OF KATHERYN**
16　　v.　　　　　　　　　　　　　　　　　）　**BRADLEY IN SUPPORT OF**
　　　　　　　　　　　　　　　　　　　　）　**DEFENDANT'S MOTION TO SEAL**
17　　FEDEX  GROUND  PACKAGE  SYSTEMS,）　**EXHIBITS D AND 24 TO DEFENDANT'S**
　　　INC., an Alaskan corporation.　　　　　　）　**MOTION FOR SUMMARY JUDGMENT**
18　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
19　　　　　　　　　Defendant.　　　　　　　）
　　　————————————————————）

20

21　　　　　I, Katheryn Bradley, declare as follows:

22　　　　　1.　　　I am competent to testify to the matters set forth herein and do so based on my

23　　personal knowledge.

24　　　　　2.　　　I am one of the attorneys representing the above-named Defendant in this matter.

25　　　　　3.　　　**Exhibit D** is a true and correct copy of selected portions of the Deposition of

26　　Peter Ricks.  This exhibit was marked "CONFIDENTIAL" pursuant to the stipulated protective

27　　order because of the sensitive and proprietary information it contains related to FedEx Ground's

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT'S MOTION TO SEAL EXHIBITS D
AND 24 TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT – Page 1 of 3
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1   operations.  This deposition excerpt supports FedEx Ground's motion for summary judgment

2   also filed on August 30, 2006.  The document will be filed with the court when the court grants

3   the motion to seal.

4        4.     The parties agreed to use a consecutive number system for all exhibits used in the

5   depositions.  For the court's convenience, the following exhibit is identified in FedEx Ground's

6   motion by the same number.

7        5.     **Exhibit 24** is a true and correct copy of Thompson's bank statements, previously

8   identified as deposition Exhibit 24.  This exhibit was marked "CONFIDENTIAL" pursuant to

9   the stipulated protective order because of the personal financial information it contains.  The

10   document will be filed with the court when the court grants the motion to seal.

11        I declare under penalty of perjury under the laws of the United States that the foregoing is

12   true and correct.

13        DATED this _**30th**_ day of August, 2006.

14

15                                 *Katheryn Bradley*

16                                  Katheryn Bradley

17

18

19

20

21

22

23

24

25

26

27

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT'S MOTION TO SEAL EXHIBITS D
AND 24 TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT – Page 2 of 3
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on *August 30, 2006*, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this *30* day of August, 2006, at Seattle, Washington.

Heather M. Feenan

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT'S MOTION TO SEAL EXHIBITS D
AND 24 TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT – Page 3 of 3
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404