Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>    Defendant. | Case No.: A05-0192CV (TMB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

This matter comes before this Court on the motion by Defendant FedEx Ground for summary judgment. The Court has considered:

1. Defendant FedEx Ground's Motion For Summary Judgment and the accompanying Declaration of Katheryn Bradley, Declaration of Thomas Herd, and the Declaration of James E. Scapellato;

2. Plaintiff Joe Williams's opposition, if any;

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT – Page 1 of 3
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

3. Any materials filed by FedEx Ground in reply on the Motion; and

4. The records and files herein.

Being fully advised, the Court finds that there are no genuine issues of material fact, and that FedEx Ground is entitled to judgment as a matter of law regarding the following claims:

1. Plaintiff's claim for violation of the implied covenant of good faith and fair dealing (identified as Cause of Action A in Plaintiff's Complaint Amended dated December 14, 2004);

2. Plaintiff's claim under the Alaska Wage and Hour Act (identified as Cause of Action B in Plaintiff's Complaint Amended dated December 14, 2004);

3. Plaintiff's claim for "quantum meruit/quasi-contract" (identified as Cause of Action C in Plaintiff's Complaint Amended dated December 14, 2004);

4. Plaintiff's claim under the Alaska Unfair Trade Practices Act (identified as Cause of Action D in Plaintiff's Complaint Amended dated December 14, 2004); and

5. Plaintiff's claim for punitive damages.

Accordingly, it is hereby **ORDERED** that Defendant FedEx Ground's Motion For Summary Judgment is GRANTED. Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT – Page 2 of 3
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK  99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 30 day of August, 2006, at Seattle, Washington.

Heather M. Feenan

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT – Page 3 of 3
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404