1

2  Katheryn Bradley, AK Bar No. 8611098
   Jackson Lewis LLP
3  One Union Square
   600 University Street
4  Seattle, WA 98101
   Phone: (206) 405-0404
5  Facsimile: (206) 405-4450
   bradleyk@jacksonlewis.com
6  Attorney for Defendant

7  Jeffrey M. Feldman, AK Bar No. 7605029
   Feldman Orlansky & Sanders
8  500 L Street, Suite 400
   Anchorage, Alaska 99501
9  Phone: (907) 272-3538
   Facsimile: (907) 274-0819
10 feldman@frozenlaw.com
   Attorney for Defendant

11                    UNITED STATES DISTRICT COURT
12              FOR THE DISTRICT OF ALASKA AT ANCHORAGE

13

14 JOE W. WILLIAMS,                    )
                                       )
15                  Plaintiff,         )   Case No. A05-0192CV (TMB)
                                       )
16 v.                                  )   **DECLARATION OF KATHERYN**
                                       )   **BRADLEY IN SUPPORT OF**
17                                     )   **DEFENDANT'S MOTION FOR**
   FEDEX GROUND PACKAGE SYSTEMS,)        **SUMMARY JUDGMENT**
18 INC., an Alaskan corporation.       )
                                       )
19                  Defendant.         )
   _____)

20

21        I, Katheryn Bradley, declare as follows:

22        1.    I am competent to testify to the matters set forth herein and do so based on my

23 personal knowledge.

24        2.    I am one of the attorneys representing the above-named Defendant in this matter.

25

26

27

DECL. OF KATHERYN BRADLEY
IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT - 1 -
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

3.     Attached hereto as **Exhibit A** is a true and correct copy of Initial Disclosures By Joe W. Williams/Responses to Discovery Request Supplement (Supplemental Responses to Discovery).

4.     Attached hereto as **Exhibit B** is a true and correct copy of selected portions of the Deposition of Joe W. Williams.

5.     Attached hereto as **Exhibit C** is a true and correct copy of selected portions of the Deposition of John Thompson.

6.     **Exhibit D** is a true and correct copy of selected portions of the Deposition of Peter Ricks.  This exhibit was marked "CONFIDENTIAL" pursuant to the stipulated protective order entered by this Court on June 5, 2006 at Docket 21 because of the sensitive and proprietary information it contains related to Defendant's operations.  Accordingly, this exhibit will be filed as a sealed exhibit should the Court grant FedEx Ground's pending Motion to Seal Exhibits D and 24 to FedEx Ground's Motion for Summary Judgment.

7.     The parties agreed to use a consecutive numbering system for all exhibits used in the depositions.  For the Court's convenience, the exhibits are identified in FedEx Ground's motion by the same numbers.

8.     Attached hereto as **Exhibit 8** is a true and correct copy of the P & D Agreement between FedEx Ground and Thompson & Associates, previously identified as deposition Exhibit 8.

9.     Attached hereto as **Exhibit 10** is a true and correct copy of the Approval Regarding Supplemental Van with attachments, previously identified as deposition Exhibit 10.

10.     Attached hereto as **Exhibit 16** is a true and correct copy of the Contractor's Driver/Temporary Driver Termination Notice, previously identified as deposition Exhibit 16.

11.     Attached hereto as **Exhibit 17** is a true and correct copy of the Settlement and Release of All Claims between John Thompson and Plaintiff, previously identified as deposition Exhibit 17.

DECL. OF KATHERYN BRADLEY
IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT - 2 -
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

12.    **Exhibit 24** is a true and correct copy of Thompson's bank statements, previously identified as deposition Exhibit 24.  This exhibit was marked "CONFIDENTIAL" pursuant to the stipulated protective order entered by this Court on June 5, 2006 at Docket 21 because of the personal financial information it contains.  Accordingly, this exhibit will be filed as a sealed exhibit should the Court grant FedEx Ground's pending Motion to Seal Exhibits D and 24 to Defendant's Motion for Summary Judgment.

13.    Attached hereto as **Exhibit 28** is a true and correct copy of Plaintiff's 2002 Tax Return, previously identified as deposition Exhibit 28.

14.    Attached hereto as **Exhibit 39** is a true and correct copy of John Thompson's Weekly Settlement Statement, previously identified as deposition Exhibit 39.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this _3oth_ day of August, 2006.

_____
Katheryn Bradley

DECL. OF KATHERYN BRADLEY
IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT - 3 -
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1

## CERTIFICATE OF SERVICE

I hereby certify that on *August 30, 2006*, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this *30* day of August, 2006, at Seattle, Washington.

Heather M. Feenan

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DECL. OF KATHERYN BRADLEY
IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT - 4 -
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**Table of Contents**

1.  **Exhibit A** – A true and correct copy of Initial Disclosures by Joe W. Williams/Responses to Discovery Request Supplement (Supplemental Responses to Discovery).

2.  **Exhibit B** – A true and correct copy of selected portions of the Deposition of Joe W. Williams.

3.  **Exhibit D** – Selected portions of the Deposition of Peter Ricks, to be filed under seal.

4.  **Exhibit 8** – A true and correct copy of the P & D Agreement between FedEx Ground and Thompson & Associates.

5.  **Exhibit 10** – A true and correct copy of the Approval Regarding Supplemental Van.

6.  **Exhibit 16** – A true and correct copy of the Contractor's Driver/Temporary Termination Notice.

7.  **Exhibit 17** – A true and correct copy of the Settlement and Release of All Claims between John Thompson and Plaintiff.

8.  **Exhibit 24** – John Thompson's bank statements, to be filed under seal.

9.  **Exhibit 28** – A true and correct copy of Plaintiff's 2002 Tax Return.

10. **Exhibit 39** – A true and correct copy of John Thompson's Weekly Settlement Statement.

DECL. OF KATHERYN BRADLEY
IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT - 5 -
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404