EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOE W. WILLIAMS,

    Plaintiff

vs.

FEDEX GROUND PACKAGE SYSTEM, INC., an Alaskan corporation,

    Defendants.

Case No: A05 - 0192CV (JKS)

INITIAL DISCLOSURES BY JOE W. WILLIAMS/Response to Discovery Request **SUPPLEMENT**

Pursuant to Federal Rules of Civil Procedure ("FRCP") 26(a)(1) and 26(e), Plaintiff Joe W. Williams makes the following supplemental initial disclosures, and clarification to response to Defendant's interrogatory No. 4:

**DAMAGES**

Pursuant to FRCP 26(a)(1)(C), plaintiff makes the following claims for damages:

1.  <u>Covenant of Good Faith and Fair Dealing Damages</u>:
The damages associated with the violation of the Covenant of Good Faith and Fair Dealing relate to the legal theory that defendant treated plaintiff as its employee, and thereby created a constructive employment contract. Additionally, defendant Fedex made assurances

SUPPLEMENTAL DISCOVERY      PAGE - 1 -

ISAAC D. ZOREA, ESQ.
P.O. Box 210434
Anchorage, AK 99521
Ph:(907)830-1385 Fax:(907)677-3779

EXHIBIT A
Page 1 of 12

to plaintiff that if he purchased a suitable vehicle, he would have, provided good conduct, employment with defendant Fedex indefinitely, or at least for three years.

Under this legal theory plaintiff seeks the value of his promised contract with Fedex for a duration of three years. The amount of these damages are established by dividing the gross amount of revenue plaintiff received while working for Fedex by the number of weeks of service. When the gross weekly revenue is determined this amount must then be multiplied by the remaining months on the contract.

These calculations are provided in Attachment A, below. Plaintiff reserves the right to argue that the value of his contract with the defendant is equal to the amount identified as his wage and hour loss, see Attachment B. Under the alternative theory, the full damages would be the amount identified as the wage and hour loss, and an additional amount equal to the remaining months of his three year contract. (Attachment A, part 2).

2. <u>Alaska Wage and Hour Act Damages</u>:

The damages associated with the alleged violation of Alaska's wage and hour act relate to the legal theory that Fedex exercised too much control over plaintiff, thereby converting his work status to that of an hourly employee. Under this legal theory, plaintiff is entitled to hourly compensation, and overtime compensation for all work

SUPPLEMENTAL DISCOVERY    PAGE - 2 -

1  exceeding 40 hours a week.  Additionally, if defendant
2  Fedex is plaintiff's employee, it is prohibited from
3  requiring that he pay for expenses incurred while working
4  for Fedex.
5     Computations for amount of unpaid overtime has yet to
6  be finalized, and is premised on discovery.  An estimate
7  of hours worked based on plaintiff's best recollection is
8  provided as Attachment B.  The prevailing wage
9  corresponding to the wage and hour claim is determined by
10 using the formula provided in 29 C.F.R. 778.111.
11    Plaintiff has also included an itemization of
12 expenses incurred on behalf of Fedex.  He is requesting
13 full reimbursement for all of these expenses, as provided
14 in Attachment B.  Full calculations are also provided in
15 Attachment B.
16    Plaintiff further asserts that he will request
17 liquidated damages as permitted under Alaska's wage and
18 hour act.  Liquidated damages would double the amount
19 identified in Attachment B.
20
21    3.   Quantum Meruit/Quasi-Contract Damages:
22    Quantum meruit damages are based on the value of
23 services defendant received from plaintiff's goods and
24 services, for which defendant did not pay for. Computation
25 of these damages require further discovery from defendant,
26 and will be submitted as soon as these are calculated.
27 However, at a minimum, damages will seek full
28    SUPPLEMENTAL DISCOVERY                          PAGE - 3 -

reimbursement of all expenses plaintiff incurred for Fedex's behalf, as outlined in Attachment B, subsection B.

Additionally, plaintiff asserts the legal argument that his quasi-contract with Fedex stipulated that he would be terminated only for cause. The damages determined to exist as part of a quasi-contract would therefore be multiplied by at least two years after plaintiff was wrongfully terminated.

Full determination of the damages amount under a quasi contract will equal the amount identified in Attachment A, part 1, with credit given for the non-reimbursed expenses as identified above. Alternatively, the full damages under a quasi contract will equal the amount identified in Attachment B, subpart A (wage and hour claim), with credit given for non-reimbursed expenses as identified above. (See: Attachment A, Part 2).

4. <u>Violations of A.S. 45.50.471 Damages</u>:

The damages claimed under AS 45.50.471 is based on the same legal premises as outlined for the covenant of good faith and fair dealing. The damage amount is the same as that identified in Attachment A, part 1, with the addition of the non-reimbursed expenses as outlined in Attachment B, subpart B. Additionally, AS 45.50.537 permits treble damages for violations of 45.50.471. See Attachment C for a full breakdown of the damages for this cause of action.

SUPPLEMENTAL DISCOVERY                                PAGE - 4 -

5.  **Punitive Damages:**

Punitive damages are requested in this case, and will be based upon financial data requested from defendant.

The above represents the most complete damage assessment in this case, and will be revised as new information is obtained through discovery.

Dated this 31st day of May, 2006.

_____
Isaac D. Zorea
Alaska Bar No. 0011090
Attorney for Joe W. Williams

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail on this 2nd day of June, 2006, to:

Katheryn Bradley
Jackson Lewis, LLP
One Union Square
600 University Street
Seattle, WA 98101

By _____
Isaac Derek Zorea

SUPPLEMENTAL DISCOVERY                                           PAGE - 5 -

ATTACHMENT A

A. Damages Associated with Covenant of Good Faith and Fair Dealing:

1. Theory 1:

| | |
|---|---|
| Gross Revenue Earned: | $38,470.26 |
| Weeks Employed: | 35 (2/11/2002 to 10/14/2002) |
| Average weekly income: | $1,099.15 |
| Additional wks in 2002: | 17 |
| Weeks in 2003: | 52 |
| Weeks in 2004: | 52 |
| Weeks Unpaid: | 121 |
| Multiplied by Average income: | $1,099.15 |
| Unpaid Earnings on Contract: | **$132,997.15** |

2. Theory 2:

| | |
|---|---|
| Wage and Hour Claim: | $52,899.00 |
| Weeks Employed: | 35 (2/11/2002 to 10/14/2002) |
| Average weekly income: | $1,511.40 |
| Additional wks in 2002: | 17 |
| Weeks in 2003: | 52 |
| Weeks in 2004: | 52 |
| Weeks Unpaid: | 121 |
| Multiplied by Average income: | $1,511.40 |
| Unpaid Earnings on Contract: | **$182,879.40** |

1

ATTACHMENT B

A.  WAGE AND HOUR CALCULATION:

| ESTIMATED HOURS WORKED FOR FEDEX |||||||||||
| Work Week | Mon. | Tue. | Wed. | Thurs. | Friday | Sat. | Sun. | Reg. Hours | OT Hours |
| 2/11 - 2/17/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 2/18 - 2/24/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 2/25 - 3/3/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 3/4 - 3/10/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 3/11 - 3/17/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 3/18 - 3/24/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 3/25 - 3/31/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 4/1 - 4/7/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 4/8 - 4/14/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 4/15 - 4/21/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 4/22 - 4/28/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 4/29 - 5/5/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 5/6 - 5/12/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 5/13 - 5/19/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 5/20 - 5/26/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 5/21 - 6/2/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 6/3 - 6/9/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 6/10 - 6/16/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 6/17 - 6/23/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |

1

| ESTIMATED HOURS WORKED FOR FEDEX | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/24 - 6/30/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 7/1 - 7/7/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 7/8 - 7/14/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 7/15 - 7/21/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 7/22 - 7/28/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 7/29 - 8/4/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 8/5 - 8/11/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 8/12 - 8/18/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 8/19 - 8/25/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 8/26 - 9/1/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 9/2 - 9/8/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 9/9 - 9/15/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 9/16 - 9/22/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 9/23 - 9/29/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 9/30 - 10/6/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| 10/7 - 10/13/02 | 10 | 10 | 10 | 10 | 10 | | | 40 | 10 |
| Totals: | | | | | | | | 1400 | 350 |

Estimated Wages Earned at prevailing rate, per 29 C.F.R. 778.111, weekly rate divided by 40 hours a week.

Calculation:  $1,099.15 / 40 = $27.48 hrly.

    Regular hours:        1400 @ 27.48 = $38,472.00
    Overtime hours:     350 @ 41.22 = $14,427.00

    Total Wages Earned:               $52,899.00

B.  NON-REIMBURSED WORK RELATED EXPENSES:

| NON-REIMBURSED WORK RELATED EXPENSES | | |
|---|---|---|
| EXPENSE CATEGORY | DATE RANGE | AMOUNT SPENT |
| 1. Uniform | 2/5/2002 | 190.65 |
| 2. Fuel and Service for Fedex Van | | |
| | 2/18 - 2/24/02 | 38.63 |
| | 2/25 - 3/3/02 | 31.06 |
| | 3/4 - 3/10/02 | 241.84 |
| | 3/11 - 3/17/02 | 254.19 |
| | 3/18 - 3/24/02 | 253.00 |
| | 3/25 - 3/31/02 | 224.37 |
| | 4/1 - 4/7/02 | 182.76 |
| | 4/8 - 4/14/02 | 120.81 |
| | 4/15 - 4/21/02 | 1859.59 |
| | 4/22 - 4/28/02 | 296.66 |
| | 4/29 - 5/5/02 | 305.00 |
| | 5/6 - 5/12/02 | 153.07 |
| | 5/13 - 5/19/02 | 964.42 |
| | 5/20 - 5/26/02 | 207.92 |
| | 5/21 - 6/2/02 | 213.75 |
| | 6/3 - 6/9/02 | 155.45 |
| | 6/10 - 6/16/02 | 170.85 |
| | 6/17 - 6/23/02 | 303.12 |
| | 6/24 - 6/30/02 | 189.06 |

| | NON-REIMBURSED WORK RELATED EXPENSES | |
|---|---|---|
| | 7/1 - 7/7/02 | 128.88 |
| | 7/8 - 7/14/02 | 174.22 |
| | 7/15 - 7/21/02 | 228.54 |
| | 7/22 - 7/28/02 | 167.06 |
| Record incomplete | 7/29 - 8/4/02 | 91.39 |
| Record incomplete | 8/5 - 8/11/02 | |
| | 8/12 - 8/18/02 | 126.23 |
| Record incomplete | 8/19 - 8/25/02 | 49.23 |
| | 8/26 - 9/1/02 | 151.27 |
| | 9/2 - 9/8/02 | 155.58 |
| | 9/9 - 9/15/02 | 240.48 |
| Record incomplete | 9/16 - 9/22/02 | |
| Record incomplete | 9/23 - 9/29/02 | 70.35 |
| Record incomplete | 9/30 - 10/6/02 | |
| Record incomplete | 10/7 - 10/13/02 | 51.73 |
| | | |
| 3.   Payments on Fedex Van | 2/15/02 | 4000.00 |
| | 2/02 | 700.00 |
| | 3/02 | 700.00 |
| | 4/02 | 700.00 |
| | 5/02 | 700.00 |
| | 6/02 | 700.00 |
| | 7/02 | 700.00 |
| | 8/02 | 700.00 |
| | 9/02 | 700.00 |

| NON-REIMBURSED WORK RELATED EXPENSES | | |
|---|---|---|
| | 10/02 | 700.00 |
| | 11/02 | 670.00 |
| | 12/02 | 670.00 |
| | 1/03 | 670.00 |
| | 2/03 | 670.00 |
| | 3/03 | 670.00 |
| | 4/03 | 670.00 |
| | 5/03 | 670.00 |
| | 6/03 | 670.00 |
| | 7/03 | 670.00 |
| | 8/03 | 670.00 |
| | 9/03 | 670.00 |
| | 10/03 | 670.00 |
| | | |
| Expenses Grand Total | | 26331.16 |

Expenses Associated with Fedex Route:

    2/1/02 to 10/14/02:                      $18,291.16

    Expenses Incurred After 10/14/02:       $ 8,040.00

Total Expenses Associated with Fedex Route:       $26,331.16

Full Damage Calculation: Unpaid Wages + Total Expenses.

    Unpaid Wages:     $52,899.00
    Total Expenses:    $26,331.16

    Total Wage Claim:    **$79,230.16**

ATTACHMENT C

A.  Unearned Value of Contract Promised by Fedex:

| | |
|---|---|
| Gross Revenue Earned: | $38,470.26 |
| Weeks Employed: | 35 (2/11/2002 to 10/14/2002) |
| Average weekly income: | $1,099.15 |
| Additional wks in 2002: | 17 |
| Weeks in 2003: | 52 |
| Weeks in 2004: | 52 |
| Weeks Unpaid: | 121 |
| Multiplied by Average income: | $1,099.15 |
| Unpaid Earnings on Contract: | **$132,997.15** |

B.  Total Expenses Associated with Fedex Route:  **$26,331.16**

C.  Total Damages: (A + B) x 3

132,997.15 + 26,331.16 = $159,328.31 x 3 = **$477,984.93**

1

EXHIBIT A
Page 12 of 12