# EXHIBIT D

# Exhibit D

Exhibit D (selected portions of the Deposition of Peter Ricks) to be filed under seal should the Court grant FedEx Ground's pending Motion to Seal Exhibits D and 24 to Defendant's Motion for Summary Judgment