# EXHIBIT 8
## Part 1 of 2

# Operating Agreement

Last updated 02/17/01

Section 5: Operator's Lease Agreement and Addendums.

1. Lease Agreement. Most current on top.
2. FedEx Ground contractual correspondence.



D10130
**EXHIBIT 8**
**Page 1 of 102**

ADDENDUM 3

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT
## SETTLEMENT

FedEx Ground agrees to settle with Contractor at terminal 0995 for performance of the contractual obligations imposed by this Agreement as follows:

**I.    Package Pick-Up and Delivery Settlement**

A.    Delivery Settlement per stop at each consignee or other authorized location for the purpose of delivering a package(s).

Vehicle Type:

| | |
|---|---|
| Van: | $1.36 per stop, $.24 per package delivered |
| Straight Truck: | $1.15 per stop, $.27 per package delivered |
| Tractor Trailer: | $1.05 per stop, $.27 per package delivered |

B.    Package Pick-up Settlement per stop at each shipper or other authorized location for the purpose of picking up a package(s) for delivery elsewhere.

Vehicle Type:

| | |
|---|---|
| Van: | $1.36 per stop |
| Straight Truck: | $1.05 per stop |
| Tractor Trailer: | $1.00 per stop |

| | Van | Straight Truck | Tractor Trailer |
|---|---|---|---|
| 1st-50th package per stop | $.160 | $.150 | $.140 |
| 51st-100th package per stop | $.140 | $.130 | $.130 |
| 101st-200th package per stop | $.128 | $.118 | $.106 |
| 201st-300th package per stop | $.116 | $.106 | $.087 |
| 301st-400th package per stop | $.104 | $.094 | $.072 |
| 401st-500th package per stop | $.092 | $.082 | $.060 |
| 501st-PLUS package per stop | $.080 | $.070 | $.050 |

$1.50 minimum pick-up settlement (when 0 packages)

6/2/03

G/G

1

D10131

**EXHIBIT 8**
**Page 2 of 102**

The pickup settlement for international packages is the same as the pickup settlement for domestic packages, as listed above, plus a $.05 premium, per package.

Stop settlement shall be as otherwise described in this agreement with no additional stop pay for pick-up or delivery of International packages in conjunction with domestic package pick-up and delivery service.

D.  Pick-up of Palletized Packages – The pick-up rate for packages that are handled as a palletized unit *(pallet is defined as a number of packages handled as a single unit. Includes packages stacked by a customer on a pallet (loose, banded, or shrink wrapped) or placed into gaylords, tote bins, bags, or otherwise handled as a single unit.)* will be paid as a single package.

E.  Combination Delivery and Pick-up -- If a combination stop is made, for the purpose of both delivering and picking up packages, a combination rate will be paid, as follows:

| | |
|---|---|
| Package van | $2.59 per stop |
| Straight Truck | $2.15 per stop |
| Tractor Trailer | $2.05 per stop |

Package rates will be paid in addition, as shown in paragraphs A, B, C and D above.  The minimum pickup stop rate may or may not have a positive effect of the above rate.

F.  Oversize Packages -- $.07 for each delivery of a package designated as oversize by origin using van, straight truck or tractor trailer equipment.

G.  C.O.D. Delivery Settlement -- $.30 for each delivery of a package bearing a valid C.O.D. label.

Additional settlement will be paid for delivery of shipper designated CASH C.O.D. packages, in the amount of 1% of the CASH C.O.D. amount collected or $2.50, which ever is greater.

Delivery stop settlement for the first C.O.D. "no money" stop will be paid, provided that stop is scanned and logged and the consignee's signature is obtained.

6/2/03

G/G

D10132

**EXHIBIT 8**
**Page 3 of 102**

settlement ... $.50 for each Call Tag package picked up in response to a validly issued Call Tag.

Delivery stop settlement for the first Call Tag "not ready" stop will be paid, provided that stop is scanned and logged and the consignee's signature is obtained.

I.   One Hundred Plus -- $1.00 for each delivered 100+ pound package and $.50 for each 100+ pound package picked up.

J.   Daily Mileage Settlement -- For each mile driven daily in excess of 200 miles the following settlement shall be paid:

| | |
|---|---|
| 201 - 250 Miles | $0.276 per mile |
| 251 - 300 Miles | $0.331 per mile |
| 300 Plus Miles | $0.386 per mile |

Does not apply to supplemental vehicles, straight trucks or tractors doing trailer spots.

K.   Spotted Trailer Settlement -- See Attachment I-1 to this Addendum.

L.   At a designated Contractor load and/or unload terminal, Contractor will be paid $ .1466 for each package loaded or unloaded prorated equally on the basis of persons participating in the sort and total number of packages. For example, if ten persons participate in the sort, Contractor will receive 1/10th of settlement paid.

M.   Fuel/Mileage Settlement. In the event of substantial increases in fuel prices in Contractor's terminal area, Contractor shall receive an additional fuel/mileage settlement, calculated as follows (If fuel price per gallon/settlement per mile go above the scale shown below, the numbers will continue to increase incrementally.):

Fuel Price per Gallon  $1.25  $1.35  $1.45  $1.55  $1.65  $1.75  $1.85  $1.95

Settlement per Mile   +.01¢  +.02¢  +.03¢  +.04¢  +.05¢  +.06¢  +.07¢  +.08¢

For purposes of calculating this settlement, fuel prices will be based on the lowest self-service cash price available to Contractor within a five-mile radius of the terminal.

Fuel supplement is paid only for miles driven by the contracted vehicle.

6/2/03

G/G

3

D10133

EXHIBIT 8
Page 4 of 102

A.   Van availability settlement of $45 for each business day that Contractor makes a van or straight truck and a qualified driver available and provides services under the Agreement. Tractors and supplemental vans are not eligible for this daily van availability.

B.   A holiday van availability bonus of $50 if Contractor makes the Equipment, including P&D tractors, and a qualified driver available on both the work day falling immediately before and the work day falling immediately after the following national holidays:

New Year's Day               Memorial Day
Fourth of July               Labor Day

C.   A holiday van availability bonus of $100 if Contractor makes the Equipment, including P&D tractors, and a qualified driver available on both the work day falling immediately before and the work day falling immediately after the Thanksgiving and the day after Thanksgiving Holidays and Christmas Eve and Christmas Day holidays.

D.   The Company reserves the right to name the work days preceding and following any holiday falling on or in conjunction with a weekend.

**III.   Temporary Core Zone Density Settlement.**  See Attachment I-3 to this Addendum.

**IV.   Flex Program.**  Daily flex fee of $7.50, payable as provided in the Agreement. P&D Contractors operating a tractor/trailer to perform P&D work may elect to participate in the Flex Program but will only receive the daily flex fee on days they actually make a live pickup or delivery stop. P&D trailer spots do not qualify for the daily flex fee. By initialing the appropriate space below, Contractor

X elects

___ elects not

to participate in the Flex Program.

6/2/03

G/G

4

A.    After Contractor has been a contractor one full year, FedEx Ground agrees to provide additional settlement to Contractor for overall performance of the obligations imposed by this Agreement on a quarterly basis in accordance with the following provisions:

1.    The Quarterly Performance Settlement shall be fixed at 2.25 percent of the gross P&D settlement for the quarter on each one of Contractor's approved P&D van, truck, and tractor operations, including settlement earned in support of linehaul operations.

2.    Quarterly Performance Settlement shall not exceed $2,000 per P&D van, truck, or tractor each year.

3.    Supplemental equipment is not eligible for separate Quarterly Performance Settlement. Settlement earned by supplemental equipment shall be included in Contractor's gross P&D settlement subject to the 2.25 percent computation.

4.    To qualify for this settlement, Contractor must be an active contractor for the entire quarter. Quarterly Performance Settlement will not be paid if Contractor terminates, for any reason, during the quarter, and will not be paid on gross settlement earned by any van, truck, or tractor operation that is terminated during the quarter.

5.    The Quarterly Performance Settlement shall be paid in the period following the end of the quarter.

6.    Contractor may elect to have this settlement deposited to Contractor's interest-bearing Service Guarantee Account, added to a previously established HR-10 Plan, or take it in cash settlement, as specified below.

B.    Contractor hereby elects as follows:

1.    Portion to HR-10 Plan                          ____%
2.    Portion to Service Guarantee Account          ____%
3.    Portion to Cash Settlement                    2.25%

        Total                                       2.25% *

                Contractor initial ___JT___

                                                    6/2/03

                                                    G/G

5

D10135

**EXHIBIT 8**
**Page 6 of 102**

A.    A Contractor with more than one, but less than five, years as a P&D contractor shall receive a Service Bonus of $500; credited to the Service Guarantee Account on the anniversary of the date Contractor first became a P&D Contractor for FedEx Ground.

B.    If a Contractor has five or more years as a P&D Contractor, the Service Bonus shall be $1,000.

C.    If a Contractor has ten or more years as a P&D Contractor, the Service Bonus shall be $1,500.

D.    If a Contractor has fifteen or more years as a P&D Contractor, the Service Bonus shall be $2,000.

E.    A FedEx Ground approved second P&D van or truck operated by a P&D Contractor shall also receive a Service Bonus, credited to the Service Guarantee Account of that second unit on the anniversaries and in the amounts specified above.  Up to third and fourth additional units shall be eligible for the Service Bonus.

**VII.   Added Service Settlement.**  See Attachment I-4 to this Addendum.

G/G

6

D10136

**EXHIBIT 8**
**Page 7 of 102**

## ATTACHMENT I-4 TO ADDENDUM 3

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

## ADDED SERVICE SETTLEMENT

Contractor will receive additional settlement in the amounts shown below for each day an approved helper is used and the total number of pickup and delivery stops completed by Contractor are greater than the established thresholds.

| Contractor | $20 Threshold | $25 Threshold | $35 Threshold |
|---|---|---|---|
| John Thompson  1 | 133 stops | 138 stops | 143 stops |

D10137

**EXHIBIT 8**
**Page 8 of 102**

ATTACHMENT I-4 TO ADDENDUM 3

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

ADDED SERVICE SETTLEMENT

Contractor will receive additional settlement in the amounts shown below for each day an approved helper is used and the total number of pickup and delivery stops completed by Contractor are greater than the established thresholds.

| Contractor | $20 Threshold | $25 Threshold | $35 Threshold |
|---|---|---|---|
| John THOMPSON 2 | 113 stops | 118 stops | 123 stops |

D10138

**EXHIBIT 8**
**Page 9 of 102**

EFFECTIVE: 6/2/03

ATTACHMENT I-4 TO ADDENDUM 3

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

ADDED SERVICE SETTLEMENT

Contractor will receive additional settlement in the amounts shown below for each day an
approved helper is used and the total number of pickup and delivery stops completed by
Contractor are greater than the established thresholds.

| Contractor | $20 Threshold | $25 Threshold | $35 Threshold |
|---|---|---|---|
| John Thompson 3 | 132 stops | 137 stops | 142 stops |

D10139

**EXHIBIT 8**
**Page 10 of 102**

EFFECTIVE: 6/2003

ADDENDUM 6

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

CONTRACTOR CUSTOMER SERVICE PROGRAM

Beginning with the completion of one full FedEx Ground accounting period, a P&D Contractor is eligible to receive an individual, performance related bonus, each period, under the Contractor Customer Service (CCS) Program.

Payment of this bonus will be based on Contractor's individual performance or the performance of Contractor's employed driver, the length of Contractor's service and on Contractor's terminal meeting its CCS Goals.

| Contractor Service | Individual Safety and Customer Service |
|---|---|
| 1st full Period - 3 years | $205.00 per period |
| 3 - 5 years | $230.00 per period |
| Over 5 years | $260.00 per period |

## INDIVIDUAL SERVICE AND SAFETY

Each full accounting period, eligibility for the individual CCS Bonus will be determined by the Contractor's performance in customer service and safety. To qualify, during each period, Contractor or Contractor's driver must have no at-fault accidents, no verified customer complaints, meet the goals set for daily scanning or sheeting of packages returned to the terminal at the end of each day, and must remain a contractor and complete the full accounting period.

Examples of customer complaints include, but are not limited to, complaints about the following:

- ♦ Driver release to business.
- ♦ Unauthorized indirect deliveries.
- ♦ Rudeness, abusive, or objectionable language or behavior.
- ♦ Poor appearance or not in FedEx Ground uniform.
- ♦ Failure to follow customer instructions.
- ♦ Unsafe driving.
- ♦ Accidents or property damage.

1

D10140

**EXHIBIT 8**
**Page 11 of 102**

<u>TERMINAL SERVICE</u>

The Contractor is eligible for a "Terminal Group Performance-related Bonus", as described below.

If the terminal achieves inbound service:

♦ At level one, the period CCS bonus will be $50 per Contractor.
♦ At level two, the period CCS bonus will be $75 per Contractor.
♦ At level three, the period CCS bonus will be $99 per Contractor.

Eligibility for the Terminal Group CCS Bonus will be based on whether the Contractor's terminal meets its inbound service goal for the period being considered. If it does, all eligible Contractors at that terminal receive the Terminal Group CCS Bonus; if it does not meet its goal, no one receives the Terminal Group CCS Bonus.

<u>NO MISSED PICKUPS</u>

A service bonus of $50 will be paid each period to every contractor who has had no missed pick-ups during that period.

Contractor may request, in writing, in the first period of each quarter, that CCS monies be deposited in Contractor's HR-10 Account, Service Guarantee Account, or be paid in the applicable weekly settlement.

Contractors with multiple vans are eligible for CCS awards for each van beginning after each such additional van has been in service for one full period.

2

D10141

**EXHIBIT 8**
**Page 12 of 102**

SIGNATURE PAGE

## P&D CONTRACTOR OPERATING AGREEMENT

By their execution of this Signature Page to the current P&D Contractor Operating Agreement dated * 4 June 2000 (the "Agreement"), FedEx Ground and Contractor each agree that effective 6/2/03, revised Addendum 3, Attachment I-4 to Addendum 3, Addendum 6 and Addendum 8 supersede the same previously executed Addenda and, except for the changes and additions in these revised Addenda, the Agreement remains in full force and effect, and each party agrees to continue to be bound by the terms of that Agreement.

**FedEx Ground Package System, Inc.:**          **Contractor:**

_____          _____
Signature                                 Signature

_____          _____
Title                                     Printed Name
                                          John N Thompson

_____          _____
Date   6/1/03                             Date   5-19-03

* Date current contract was signed.

D10142

**EXHIBIT 8**
**Page 13 of 102**

EFFECTIVE: 6/2/05

ADDENDUM 8

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

SWING CONTRACTOR

The Swing Contractor will receive settlement in the amounts shown below for services provided, either as a replacement or during a familiarization ride:

I.     Package Pick-Up and Delivery Settlement

    A.     Delivery Stop Premium

        $.25 per stop in addition to current contractual rate.

    B.     Pick-up Stop Premium

        $.25 per stop in addition to current contractual rate.

II.    **Contractor and Van Availability Settlement**

A van availability premium settlement of $15 for each business day a Swing Contractor makes a van and qualified driver available and provides service or a familiarization ride under the agreement. This $15 premium shall be in addition to the current contractual rate. In the event that the terminal provides a vehicle for a Swing Contractor servicing an absent contractor's work area, the Swing Contractor shall not receive the $15 van availability premium. The company shall pay the flat rental charge plus taxes and the Swing Contractor shall be responsible for all fuel and mileage charges.

III.   **Weekly Service Bonus**

Eligibility for the weekly service bonus when replacing contractors participating in the Time-Off Program shall be based on the Swing Contractor meeting the terminal inbound service goals established for Swing Contractors.

1st Level pays $50
2nd Level pays $75
3rd Level pays $99

D10143

**EXHIBIT 8**
**Page 14 of 102**

## IV.    Familiarization Rides

A Swing Contractor will receive settlement of $125 for each assigned familiarization ride completed with a participating contractor.

By execution of this Addendum 8, Swing Contractor, to the current P&D Contractor Operating Agreement, dated _____, FedEx Ground and Swing Contractor each agree that the provisions of Article 5 of the Agreement, Contractor Primary Service Area, does not apply to the Swing Contractor. Any reference to a Contractor's "Primary Service Area" found elsewhere in the Agreement shall be deemed to apply to whatever service area the Swing Contractor has been assigned. The provisions of Article 1.10, Agreed Standard of Service, shall apply to the Swing Contractor notwithstanding the absence of a Primary Service Area.

Any conflict between the settlement provisions of this Addendum 8 and the provisions of Settlement Addendum 3, and its attachments, shall be resolved in favor of the settlement provisions found in this Addendum 8, Swing Contractor. Swing Contractor settlement shall be paid to a contractor specifically identified by the Company as a Swing Contractor and operating as a Swing Contractor.

All other contractual obligations of the P&D Contractor Operating Agreement shall remain in full force and effect.

*IF SHORT TERM AGREEMENT: COMMENCES (_____ ____, _____) ENDS (_____ ___, _____)
                                         MONTH      DAY  YR                  MONTH  DAY  YR

**IN WITNESS WHEREOF,** the parties hereto enter into and execute this Agreement this

_____ day of _____, 20_____, at _____.

FEDEX GROUND PACKAGE SYSTEM, INC.:          SWING CONTRACTOR:

_____          _____
Signature                                  Signature


_____          _____
Title                                      Printed or Typed Name

*[handwritten: I Elec Not to participate in the off Program 1241 5-17-03]*

D10144

**EXHIBIT 8**
**Page 15 of 102**

ATTACHMENT III-1 TO ADDENDUM 3

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

TEMPORARY CORE ZONE DENSITY SETTLEMENT

| | | Settlement ($) | |
| Core Zone | Package Van | Straight Truck | Tractor/Trailer |
|---|---|---|---|
| 501 | $36 | $28 | $26 |
| 502 | $37 | $25 | $22 |
| 503 | $18 | $25 | $22 |
| 504 | $61 | $30 | $28 |
| 505 | $105 | $52 | $50 |
| 506 | $74 | $46 | $44 |
| 507 | $59 | $28 | $26 |
| 508 | $39 | $30 | $28 |
| 509 | $26 | $26 | $24 |
| 510 | $28 | $28 | $26 |
| 511 | $26 | $26 | $24 |
| 512 | $30 | $30 | $28 |
| 513 | $28 | $28 | $26 |
| 514 | $30 | $30 | $28 |
| 515 | $30 | $26 | $24 |
| 516 | $89 | $34 | $22 |
| 517 | $42 | $26 | $24 |
| 518 | $8 | $19 | $16 |
| 519 | $18 | $25 | $22 |
| 520 | $28 | $28 | $26 |
| 521 | $30 | $30 | $28 |
| 522 | $24 | $25 | $22 |
| 523 | $28 | $28 | $26 |
| 524 | $24 | $25 | $22 |
| 540 | $80 | $40 | $38 |
| 556 | $129 | $113 | $113 |
| 567 | $111 | $70 | $67 |
| 568 | $113 | $66 | $64 |
| 572 | $121 | $91 | $89 |
| 577 | $112 | $60 | $58 |
| 587 | $114 | $80 | $78 |
| 599 | $24 | $25 | $22 |
| 603 | $121 | $129 | $130 |
| 605 | $140 | $136 | $141 |
| 610 | $106 | $48 | $46 |
| 611 | $104 | $42 | $40 |
| 631 | $129 | $115 | $114 |
| 635 | $112 | $64 | $62 |
| 639 | $120 | $88 | $85 |
| 645 | $123 | $96 | $94 |
| 652 | $135 | $129 | $130 |
| 654 | $112 | $110 | $109 |
| 664 | $141 | $136 | $142 |

D10145

EXHIBIT 8
Page 16 of 102

| | Settlement ($) | | |
| Core Zone | Package Van | Straight Truck | Tractor/Trailer |
|---|---|---|---|
| 669 | $78 | $23 | $20 |
| 672 | $106 | $46 | $44 |
| 674 | $122 | $109 | $109 |
| 687 | $128 | $110 | $109 |
| 694 | $135 | $129 | $130 |
| 695 | $40 | $25 | $22 |
| 701 | $97 | $28 | $26 |
| 702 | $102 | $78 | $75 |
| 703 | $64 | $32 | $30 |
| 705 | $109 | $56 | $54 |
| 706 | $55 | $28 | $26 |
| 707 | $37 | $30 | $28 |
| 708 | $31 | $28 | $26 |
| 709 | $90 | $19 | $16 |
| 710 | $65 | $28 | $26 |
| 711 | $67 | $56 | $54 |
| 712 | $99 | $32 | $30 |
| 714 | $103 | $40 | $38 |
| 716 | $66 | $32 | $30 |
| 725 | $104 | $42 | $40 |
| 775 | $30 | $32 | $30 |
| 790 | $80 | $40 | $38 |
| 801 | $90 | $19 | $16 |
| 802 | $37 | $36 | $34 |
| 803 | $34 | $36 | $34 |
| 811 | $55 | $36 | $34 |
| 821 | $98 | $30 | $28 |
| 824 | $83 | $44 | $42 |
| 850 | $49 | $19 | $16 |

Core zones are comprised of one or more five digit zip code areas.

Received by,

_____    9-18____
(Contractor)                 (Date)

D10146

EXHIBIT 8
Page 17 of 102

ADDENDUM 3

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT
SETTLEMENT

FedEx Ground agrees to settle with Contractor at terminal _995_ for performance of the contractual obligations imposed by this Agreement as follows:

**I.    Package Pick-Up and Delivery Settlement**

     A.    Delivery Settlement per stop at each consignee or other authorized location for the purpose of delivering a package(s).

          **Vehicle Type:**

| | |
|---|---|
| Van: | $1.32 per stop, $.23 per package delivered |
| Straight Truck: | $1.10 per stop, $.26 per package delivered |
| Tractor Trailer: | $1.05 per stop, $.27 per package delivered |

     B.    Package Pick-up Settlement per stop at each shipper or other authorized location for the purpose of picking up a package(s) for delivery elsewhere.

          **Vehicle Type:**

| | |
|---|---|
| Van: | $1.27 per stop |
| Straight Truck: | $1.05 per stop |
| Tractor Trailer: | $1.00 per stop |

| | Van | Straight Truck | Tractor Trailer |
|---|---|---|---|
| 1st–50th package per stop | $.150 | $.150 | $.130 |
| 51st–100th package per stop | $.130 | $.130 | $.120 |
| 101st–200th package per stop | $.118 | $.118 | $.096 |
| 201st–300th package per stop | $.106 | $.106 | $.077 |
| 301st–400th package per stop | $.094 | $.094 | $.062 |
| 401st–500th package per stop | $.082 | $.082 | $.050 |
| 501st–PLUS package per stop | $.070 | $.070 | $.040 |

    $1.50 minimum pick-up settlement (when 2 or less packages)

6/03/02

G/G

1

C.    Pick-up of International packages.

1.    Pick-up Settlement - International

|  | Van | Straight Truck | Tractor Trailer |
|---|---|---|---|
| 1st-50th package per stop | $.190 | $.190 | $.180 |
| 51st-100th package per stop | $.170 | $.170 | $.170 |
| 101st-200th package per stop | $.158 | $.158 | $.146 |
| 201st-300th package per stop | $.146 | $.146 | $.127 |
| 301st-400th package per stop | $.134 | $.134 | $.112 |
| 401st-500th package per stop | $.122 | $.122 | $.100 |
| 501st-PLUS package per stop | $.110 | $.110 | $.090 |

Stop settlement shall be as otherwise described in this agreement with no additional stop pay for pick-up or delivery of International packages in conjunction with domestic package pick-up and delivery service.

D.    Oversize Packages -- $.07 for each delivery of a package designated as oversize by origin using van, straight truck or tractor trailer equipment.

E.    C.O.D. Delivery Settlement -- $.30 for each delivery of a package bearing a valid C.O.D. label.

Additional settlement will be paid for delivery of shipper designated CASH C.O.D. packages, in the amount of 1% of the CASH C.O.D. amount collected or $2.50, which ever is greater.

Delivery stop settlement for the first C.O.D. "no money" stop will be paid, provided that stop is scanned and logged and the consignee's signature is obtained.

F.    Call Tag Settlement -- $.50 for each Call Tag package picked up in response to a validly issued Call Tag.

Delivery stop settlement for the first Call Tag "not ready" stop will be paid, provided that stop is scanned and logged and the consignee's signature is obtained.

G.    One-time Pick-up Settlement -- $.30 for each stop made in response to a one-time pick-up request, in addition to the stop settlement otherwise described in paragraph I, B of this Addendum.

06/03/02

G/G

2

D10148

EXHIBIT 8
Page 19 of 102

One Contractor as a $3.00 for each delivered 100+ pound package and $1.50 for each 100+ pound package picked up.

I.   Daily Mileage Settlement -- For each mile driven daily in excess of 200 miles the following settlement shall be paid:

|  |  |
|---|---|
| 201 - 250 Miles | $0.276 per mile |
| 251 - 300 Miles | $0.331 per mile |
| 300 Plus Miles | $0.386 per mile |

Does not apply to straight trucks or tractors doing trailer spots.

J.   Spotted Trailer Settlement -- See Attachment I-1 to this Addendum.

*Inbound .124*
*Outbound .0682*

K.   At a designated Contractor load and/or unload terminal, Contractor will be paid $_____ for each package loaded or unloaded prorated equally on the basis of persons participating in the sort and total number of packages. For example, if ten persons participate in the sort, Contractor will receive 1/10th of settlement paid.

L.   Fuel/Mileage Settlement. In the event of substantial increases in fuel prices in Contractor's terminal area, Contractor shall receive an additional fuel/mileage settlement, calculated as follows (If fuel price per gallon/settlement per mile go above the scale shown below, the numbers will continue to increase incrementally.):

| Fuel Price per Gallon | $1.25 | $1.35 | $1.45 | $1.55 | $1.65 | $1.75 | $1.85 | $1.95 |
|---|---|---|---|---|---|---|---|---|
| Settlement per Mile | +.01¢ | +.02¢ | +.03¢ | +.04¢ | +.05¢ | +.06¢ | +.07¢ | +.08¢ |

For purposes of calculating this settlement, fuel prices will be based on the lowest self-service cash price available to Contractor within a five-mile radius of the terminal.

## II.   Contractor and Van Availability Settlement

A.   Van availability settlement of $45 for each business day that Contractor makes a van or straight truck and a qualified driver available and provides services under the Agreement. Tractors and supplemental vans are not eligible for this daily van availability.

06/03/02

G/G

3

D10149

**EXHIBIT 8**
**Page 20 of 102**

a holiday van availability bonus of $50 if Contractor makes the Equipment, including P&D tractors, and a qualified driver available on both the work day falling immediately before and the work day falling immediately after the following national holidays:

New Year's Day                    Memorial Day
Fourth of July                    Labor Day

C.    A holiday van availability bonus of $100 if Contractor makes the Equipment, including P&D tractors, and a qualified driver available on both the work day falling immediately before and the work day falling immediately after the Thanksgiving and the day after Thanksgiving Holidays and Christmas Eve and Christmas Day holidays.

D.    The Company reserves the right to name the work days preceding and following any holiday falling on or in conjunction with a weekend.

**III.   Temporary Core Zone Density Settlement.**  See Attachment I-3 to this Addendum.

**IV.   Flex Program.**  Daily flex fee of $7.50, payable as provided in the Agreement.  P&D Contractors operating a tractor/trailer to perform P&D work may elect to participate in the Flex Program but will only receive the daily flex fee on days they actually make a live pickup or delivery stop.  P&D trailer spots do not qualify for the daily flex fee.  By initialing the appropriate space below, Contractor

_JT_ elects

____ elects not

to participate in the Flex Program.

**V.    Quarterly Performance Settlement**

A.    After Contractor has been a contractor one full year, FedEx Ground agrees to provide additional settlement to Contractor for overall performance of the obligations imposed by this Agreement on a quarterly basis in accordance with the following provisions:

1.    The Quarterly Performance Settlement shall be fixed at 2.25 percent of the gross P&D settlement for the quarter on each one of Contractor's approved P&D van, truck, and tractor operations, including settlement earned in support of linehaul operations.

6/03/02

G/G

4

D10150

**EXHIBIT 8**
**Page 21 of 102**

Quarterly Performance Settlement shall not exceed $2,000 per P&D van, truck, or tractor each year.

3.  Supplemental equipment is not eligible for separate Quarterly Performance Settlement. Settlement earned by supplemental equipment shall be included in Contractor's gross P&D settlement subject to the 2.25 percent computation.

4.  To qualify for this settlement, Contractor must be an active contractor for the entire quarter. Quarterly Performance Settlement will not be paid if Contractor terminates, for any reason, during the quarter, and will not be paid on gross settlement earned by any van, truck, or tractor operation that is terminated during the quarter.

5.  The Quarterly Performance Settlement shall be paid in the period following the end of the quarter.

6.  Contractor may elect to have this settlement deposited to Contractor's interest-bearing Service Guarantee Account, added to a previously established HR-10 Plan, or take it in cash settlement, as specified below.

B.  Contractor hereby elects as follows:

1.  Portion to HR-10 Plan                        ____%
2.  Portion to Service Guarantee Account         ____%
3.  Portion to Cash Settlement                   ____%

          Total                                  2.25% *

                    Contractor initial _____

## VI.   Service Bonus

A.  A Contractor with more than one, but less than five, years as a P&D contractor shall receive a Service Bonus of $500; credited to the Service Guarantee Account on the anniversary of the date Contractor first became a P&D Contractor for FedEx Ground.

B.  If a Contractor has five or more years as a P&D Contractor, the Service Bonus shall be $1,000.

6/03/02

G/G

5

D10151

**EXHIBIT 8**
**Page 22 of 102**

C.   If a Contractor has ten or more years as a P&D Contractor, the Service Bonus shall be $1,500.

D.   If a Contractor has fifteen or more years as a P&D Contractor, the Service Bonus shall be $2,000.

E.   A FedEx Ground approved second P&D van or truck operated by a P&D Contractor shall also receive a Service Bonus, credited to the Service Guarantee Account of that second unit on the anniversaries and in the amounts specified above.  Up to third and fourth additional units shall be eligible for the Service Bonus.

**VII.   Added  Service Settlement.**   See Attachment I-4 to this Addendum.

6

G/G

D10152

**EXHIBIT 8**
**Page 23 of 102**

## SIGNATURE PAGE

## P&D CONTRACTOR OPERATING AGREEMENT

By their execution of this Signature Page to the current P&D Contractor Operating Agreement dated * _4ᵗʰ June 2000_ (the "Agreement"), FedEx Ground and Contractor each agree that effective 6/3/02, this revised Addendum 3 supersedes the same previously executed Addendum and, except for the changes and additions in this revised Addendum, the Agreement remains in full force and effect, and each party agrees to continue to be bound by the terms of that Agreement.

**FedEx Ground Package System, Inc.:**          **Contractor:**

_Peter Ricks_          _[signature]_
Signature                                    Signature

_Sr. Manager_          _J.L. H Thomp_
Title                                        Printed Name

_5-20-02_          _5-20-02_
Date                                        Date

* Date current contract was signed.

D10153

**EXHIBIT 8**
**Page 24 of 102**

EFFECTIVE: 3-4-02

## ADDENDUM 4

### PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

### PRIMARY SERVICE AREA

Contractor's Primary Service Area is as described below or refer to specific attachment that describes the Service Area:

(Copy of Contractor's load chart and pickup listing should be attached.)

All Pickups and Deliveries in the following zip codes with the noted exceptions.

99501    Anchorage
99503    Anchorage.
99510    Anchorage (P.O. Box)
99513    Anchorage Federal Building
99520    Anchorage (P.O. Box)
99524    Anchorage [P.O. Box]
99599    Anchorage [General Delivery]
99695    Anchorage [General Delivery]

Peter Ricks
Terminal Manager

Contractor

3-4-02
Date

3-4-02
Date

D10154

EXHIBIT 8
Page 25 of 102

ADDENDUM 4

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

PRIMARY SERVICE AREA

Contractor's Primary Service Area is as described below or refer to specific attachment that describes the Service Area:

(Copy of Contractor's load chart and pickup listing should be attached.)

All pickups and deliveries in the following zip codes with the noted exceptions

99502   Anchorage (only pickup at the WSC shipper #0583720, USPS Pkg Drop off at main Post office, Juneau pkg drop off at A.C.E., Pkg drop off at NACHINK.

99507   Anchorage

99515   Anchorage (only the pickups + deliveries on O'malley, westKlatt and Klatt and south)

99516   Anchorage

99523   Anchorage (P.O. Box)

99540   Indian (service Tuesday and Thursday)

99587   Girdwood/Portage Glacier (service Tuesday and Thursday)

__Peter Riehs__
Terminal Manager

_____
Contractor

__3-4-02.__
Date

__3-4-02__
Date

D10155

**EXHIBIT 8**
Page 26 of 102

ADDENDUM 4

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

PRIMARY SERVICE AREA

Contractor's Primary Service Area is as described below or refer to specific attachment that describes the Service Area:

(Copy of Contractor's load chart and pickup listing should be attached.)

All pickups and deliveries in the following zip codes

| | |
|---|---|
| 99504 | Anchorage |
| 99505 | Fort Richardson |
| 99506 | Elmendorf A.F.B |
| 99508 | Anchorage |
| 99512 | Anchorage [P.O. Box] |
| 99514 | Anchorage [P.O. Box] |
| 99521 | Anchorage [P.O. Box] |

_Peter Ricks_
Terminal Manager

_3-4-02_
Date

_____
Contractor

_3-4-02_
Date

D10156

EXHIBIT 8
Page 27 of 102

EFFECTIVE: 10/01/2001

TERMINAL: 0995

ATTACHMENT III-1 TO ADDENDUM 3

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

TEMPORARY CORE ZONE DENSITY SETTLEMENT

| Core Zone | Package Van | Settlement ($) Straight Truck | Tractor/Trailer |
|---|---|---|---|
| 501 | $31 | $35 | $36 |
| 502 | $47 | $32 | $32 |
| 503 | $18 | $32 | $32 |
| 504 | $59 | $36 | $38 |
| 505 | $99 | $57 | $60 |
| 506 | $75 | $51 | $54 |
| 507 | $57 | $35 | $36 |
| 508 | $36 | $36 | $38 |
| 509 | $20 | $33 | $34 |
| 510 | $22 | $35 | $36 |
| 511 | $20 | $33 | $34 |
| 512 | $24 | $36 | $38 |
| 513 | $22 | $35 | $36 |
| 514 | $24 | $36 | $38 |
| 515 | $34 | $33 | $34 |
| 516 | $83 | $39 | $32 |
| 517 | $45 | $33 | $34 |
| 518 | $17 | $27 | $26 |
| 519 | $18 | $32 | $32 |
| 520 | $22 | $35 | $36 |
| 521 | $24 | $36 | $38 |
| 522 | $18 | $32 | $32 |
| 523 | $22 | $35 | $36 |
| 524 | $18 | $32 | $32 |
| 540 | $74 | $45 | $48 |
| 556 | $123 | $113 | $123 |
| 567 | $105 | $74 | $77 |
| 568 | $107 | $70 | $74 |
| 572 | $115 | $92 | $99 |
| 577 | $106 | $65 | $68 |
| 587 | $108 | $83 | $88 |
| 599 | $18 | $32 | $32 |
| 603 | $115 | $123 | $140 |
| 605 | $134 | $130 | $151 |
| 610 | $100 | $53 | $56 |
| 611 | $98 | $47 | $50 |
| 631 | $123 | $114 | $124 |
| 635 | $106 | $68 | $72 |
| 639 | $114 | $89 | $95 |
| 645 | $117 | $97 | $104 |
| 652 | $129 | $123 | $140 |
| 654 | $106 | $109 | $119 |
| 664 | $135 | $130 | $152 |

D10157

EXHIBIT 8
Page 28 of 102

ATTACHMENT 1121-1 TO ADDENDUM 3 ( 0995 )
PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT
EFFECTIVE: 10/01/2001
PAGE: 2  OF 2

| | | Settlement ($) | |
|---|---|---|---|
| Core Zone | Package Van | Straight Truck | Tractor/Trailer |
| 669 | $75 | $30 | $30 |
| 672 | $100 | $51 | $54 |
| 674 | $116 | $108 | $119 |
| 687 | $122 | $109 | $119 |
| 694 | $129 | $123 | $140 |
| 695 | $34 | $32 | $32 |
| 701 | $91 | $35 | $36 |
| 702 | $96 | $80 | $85 |
| 703 | $64 | $37 | $40 |
| 705 | $103 | $61 | $64 |
| 706 | $49 | $35 | $36 |
| 707 | $31 | $36 | $38 |
| 708 | $26 | $35 | $36 |
| 709 | $84 | $27 | $26 |
| 710 | $59 | $35 | $36 |
| 711 | $77 | $61 | $64 |
| 712 | $93 | $37 | $40 |
| 714 | $97 | $45 | $48 |
| 716 | $60 | $37 | $40 |
| 725 | $98 | $47 | $50 |
| 775 | $28 | $37 | $40 |
| 790 | $74 | $45 | $48 |
| 801 | $84 | $27 | $26 |
| 802 | $32 | $41 | $44 |
| 803 | $37 | $41 | $44 |
| 811 | $49 | $41 | $44 |
| 821 | $92 | $36 | $38 |
| 824 | $79 | $49 | $52 |
| 850 | $43 | $27 | $26 |

Core zones are comprised of one or more five digit zip code areas.

Received by,

_(signature)_  9-20-01

(Contractor)    (Date)

D10158

**EXHIBIT 8**
**Page 29 of 102**

ADDENDUM 3

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT SETTLEMENT

FedEx Ground agrees to settle with Contractor at terminal __995__ for performance of the contractual obligations imposed by this Agreement as follows:

**I.    Package Pick-Up and Delivery Settlement**

    A.    Delivery Settlement per stop at each consignee or other authorized location for the purpose of delivering a package(s).

        **Vehicle Type:**

| | |
|---|---|
| Van: | $1.27 per stop, $.22 per package delivered |
| Straight Truck: | $1.10 per stop, $.25 per package delivered |
| Tractor Trailer: | $1.05 per stop, $.27 per package delivered |

    B.    Package Pick-up Settlement per stop at each shipper or other authorized location for the purpose of picking up a package(s) for delivery elsewhere.

        **Vehicle Type:**

| | |
|---|---|
| Van: | $1.27 per stop |
| Straight Truck: | $1.05 per stop |
| Tractor Trailer: | $1.00 per stop |

| | **Van** | **Straight Truck** | **Tractor Trailer** |
|---|---|---|---|
| 1st-50th package per stop | $.140 | $.140 | $.130 |
| 51th-100th package per stop | $.130 | $.130 | $.120 |
| 101st-200th package per stop | $.118 | $.118 | $.096 |
| 201st-300th package per stop | $.106 | $.106 | $.077 |
| 301st-400th package per stop | $.094 | $.094 | $.062 |
| 401st-500th package per stop | $.082 | $.082 | $.050 |
| 501st-PLUS package per stop | $.070 | $.070 | $.040 |

    $1.50 minimum pick-up settlement (when 2 or less packages)

6/04/01

1

D10159

**EXHIBIT 8**
**Page 30 of 102**

C.    Pick-up of International packages:

    1.    Pick-up Settlement - International

| | Van | Straight Truck | Tractor Trailer |
|---|---|---|---|
| 1st-50th package per stop | $.180 | $.180 | $.180 |
| 51th-100th package per stop | $.170 | $.170 | $.170 |
| 101st-200th package per stop | $.158 | $.158 | $.146 |
| 201st-300th package per stop | $.146 | $.146 | $.127 |
| 301st-400th package per stop | $.134 | $.134 | $.112 |
| 401st-500th package per stop | $.122 | $.122 | $.100 |
| 501st-PLUS package per stop | $.110 | $.110 | $.090 |

Stop settlement shall be as otherwise described in this agreement with no additional stop pay for pick-up or delivery of International packages in conjunction with domestic package pick-up and delivery service.

D.    Oversize Packages -- $.07 for each delivery of a package designated as oversize by origin using van, straight truck or tractor trailer equipment.

E.    C.O.D. Delivery Settlement -- $.30 for each delivery of a package bearing a valid C.O.D. label.

Additional settlement will be paid for delivery of shipper designated CASH C.O.D. packages, in the amount of 1% of the CASH C.O.D. amount collected or $2.50, which ever is greater.

Delivery stop settlement for the first C.O.D. "no money" stop will be paid, provided that stop is scanned and logged and the consignee's signature is obtained.

F.    Call Tag Settlement -- $.50 for each Call Tag package picked up in response to a validly issued Call Tag.

Delivery stop settlement for the first Call Tag "not ready" stop will be paid, provided that stop is scanned and logged and the consignee's signature is obtained.

G.    One-time Pick-up Settlement -- $.30 for each stop made in response to a one-time pick-up request, in addition to the stop settlement otherwise described in paragraph I, B of this Addendum.

06/04/01

2

D10160

EXHIBIT 8
Page 31 of 102

H.    One Hundred Plus -- $1.00 for each delivered 100+ pound package and $.50 for each 100+ pound package picked up.

I.    Daily Mileage Settlement -- For each mile driven daily in excess of 200 miles the following settlement shall be paid:

| | |
|---|---|
| 201 - 250 Miles | $0.263 per mile |
| 251 - 300 Miles | $0.315 per mile |
| 300  Plus Miles | $0.368 per mile |

Does not apply to straight trucks or tractors doing trailer spots.

J.    Spotted Trailer Settlement -- See Attachment I-1 to this Addendum.

K.    At a designated Contractor load and/or unload terminal, Contractor will be paid $_____ for each package loaded or unloaded prorated equally on the basis of persons participating in the sort and total number of packages.  For example, if ten persons participate in the sort, Contractor will receive 1/10th of settlement paid.

I/B .1240
O/B .0682

L.    Fuel/Mileage Settlement.  In the event of substantial increases in fuel prices in Contractor's terminal area, Contractor shall receive an additional fuel/mileage settlement, calculated as follows:

| Fuel Price per Gallon | $1.25 | $1.35 | $1.45 | $1.55 | $1.65 | $1.75 | $1.85 | $1.95 |
|---|---|---|---|---|---|---|---|---|
| Settlement per Mile | +.01¢ | +.02¢ | +.03¢ | +.04¢ | +.05¢ | +.06¢ | +.07¢ | +.08¢ |

For purposes of calculating this settlement, fuel prices will be based on the lowest self-service cash price available to Contractor within a five-mile radius of the terminal.

## II.    Contractor and Van Availability Settlement

A.    Van availability settlement of $45 for each business day that Contractor makes a van or straight truck and a qualified driver available and provides services under the Agreement.  Tractors and supplemental vans are not eligible for this daily van availability.

06/04/01

3

D10161

**EXHIBIT 8**
**Page 32 of 102**

including P&D tractors, and a qualified driver available on both the work day falling immediately before and the work day falling immediately after the following national holidays:

| | |
|---|---|
| New Year's Day | Memorial Day |
| Fourth of July | Labor Day |

C.  A holiday van availability bonus of $100 if Contractor makes the Equipment, including P&D tractors, and a qualified driver available on both the work day falling immediately before and the work day falling immediately after the Thanksgiving and the day after Thanksgiving Holidays and Christmas Eve and Christmas Day holidays.

D.  The Company reserves the right to name the work days preceding and following any holiday falling on or in conjunction with a weekend.

**III.  Temporary Core Zone Density Settlement.** See Attachment I-3 to this Addendum.

**IV.  Flex Program.** Daily flex fee of $7.50, payable as provided in the Agreement. P&D Contractors operating a tractor/trailer to perform P&D work may elect to participate in the Flex Program but will only receive the daily flex fee on days they actually make a live pickup or delivery stop. P&D trailer spots do not qualify for the daily flex fee. By initialing the appropriate space below, Contractor

_JI_ elects

_____ elects not

to participate in the Flex Program.

**V.  Quarterly Performance Settlement**

A.  After Contractor has been a contractor one full year, FedEx Ground agrees to provide additional settlement to Contractor for overall performance of the obligations imposed by this Agreement on a quarterly basis in accordance with the following provisions:

1.  The Quarterly Performance Settlement shall be fixed at 2.25 percent of the gross P&D settlement for the quarter on each one of Contractor's approved P&D van, truck, and tractor operations, including settlement earned in support of linehaul operations.

6/4/01

D10162

**EXHIBIT 8
Page 33 of 102**

truck, or tractor each year.

3. Supplemental equipment is not eligible for separate Quarterly Performance Settlement. Settlement earned by supplemental equipment shall be included in Contractor's gross P&D settlement subject to the 2.25 percent computation.

4. To qualify for this settlement, Contractor must be an active contractor for the entire quarter. Quarterly Performance Settlement will not be paid if Contractor terminates, for any reason, during the quarter, and will not be paid on gross settlement earned by any van, truck, or tractor operation that is terminated during the quarter.

5. The Quarterly Performance Settlement shall be paid in the period following the end of the quarter.

6. Contractor may elect to have this settlement deposited to Contractor's interest-bearing Service Guarantee Account, added to a previously established HR-10 Plan, or take it in cash settlement, as specified below.

B. Contractor hereby elects as follows:

1. Portion to HR-10 Plan      **2.25**%
2. Portion to Service Guarantee Account
   or to Cash Settlement       ____%

         Total        2.25% *

         Contractor initial ____

# VI. Service Bonus

A. A Contractor with more than one, but less than five, years as a P&D contractor shall receive a Service Bonus of $500; credited to the Service Guarantee Account on the anniversary of the date Contractor first became a P&D Contractor for FedEx Ground.

B. If a Contractor has five or more years as a P&D Contractor, the Service Bonus shall be $1,000.

C. If a Contractor has ten or more years as a P&D Contractor, the Service Bonus shall be $1,500.

6/4/01

5

D10163

**EXHIBIT 8**
**Page 34 of 102**

If a Contractor has been for more years as a P&D Contractor, the Service Bonus shall be $2,000.

E.   An FedEx Ground approved second P&D van or truck operated by a P&D Contractor shall also receive a Service Bonus, credited to the Service Guarantee Account of that second unit on the anniversaries and in the amounts specified above. Up to third and fourth additional units shall be eligible for the Service Bonus.

VII.   **Added** Service Settlement.   See Attachment I-4 to this Addendum.

6

D10164

**EXHIBIT 8**
**Page 35 of 102**

EFFECTIVE: 6/4/01

# ADDENDUM 7

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

### BUSINESS SUPPORT PACKAGE

The Business Support Package consists of the following items:

- Uniform Program.
- Lease of FedEx Ground scanner, printer (where applicable) and communications and related equipment necessary for customer service and package data processing.
- Annual D.O.T. inspection.
- Drug tests meeting D.O.T. requirements.
- Equipment washing service which complies with applicable federal, state and municipal regulations pertaining to waste water run-off and at sufficient frequency to meet the Appearance Standards of Paragraph 1.12 of this Agreement.
- The opportunity, at contractor's discretion, to purchase from vendors, at FedEx Ground negotiated prices, tires, batteries, bumpers, package handling equipment, body repairs, preventive maintenance services, and painting.

Contractor is not required to purchase the Business Support Package. The cost of the Package is $8 per day, per van, for each business day Contractor is entitled to receive van availability. If Contractor elects to participate in the program, Contractor agrees to be liable for loss or damage to such equipment received under this program under the following conditions:

1. Loss while in the possession of Contractor;
2. Willful and/or intentional damage;
3. Damage resulting from disregard of vendor's recommended operating procedures.

Contractor will not be liable for normal wear and tear or defects associated with manufacture and/or vendor repair and maintenance.

By initialing the appropriate space below, Contractor

_JT_ elects

_____ elects not

to participate in the Business Support Package. Contractor may change such election as provided in the Agreement.

D10165

**EXHIBIT 8**
**Page 36 of 102**

## SIGNATURE PAGE

## P&D CONTRACTOR OPERATING AGREEMENT

By their execution of this Signature Page to the current P&D Contractor Operating Agreement dated * _06/04/01_____ (the "Agreement"), FedEx Ground and Contractor each agree that effective 6/4/01 revised Addendum 3 and 7 supersede the same previously executed Addendums and, except for the changes and additions in these revised Addendums, the Agreement remains in full force and effect, and each party agrees to continue to be bound by the terms of that Agreement.

**FedEx Ground Package System, Inc.:**          **Contractor:**

_Peter Ricks_____          _____
Signature                                                    Signature

_Senior Manager_____          _John N Thompson____
Title                                                           Printed Name

_5-29-01_____          _5-25-01_____
Date                                                          Date

* Date current contract was signed.

D10166

**EXHIBIT 8**
**Page 37 of 102**

PICK-UP AN

# RPS, INC.

# PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

**JUNE 1999**

D10168

**EXHIBIT 8**
**Page 39 of 102**

# TABLE OF CONTENTS

BACKGROUND STATEMENT......................................................................................... 1

1. EQUIPMENT AND OPERATIONS.......................................................................... 2
   1.1 Power Equipment............................................................................................... 2
   1.2 Equipment Maintenance. ................................................................................... 2
   1.3 Operating Expenses. ......................................................................................... 3
   1.4 Operation of the Equipment.............................................................................. 3
   1.5 Equipment Identification while in RPS's Service. ........................................... 4
   1.6 Licensing........................................................................................................... 4
   1.7 Logs and Reports. ............................................................................................. 5
   1.8 Shipping Documents and Collections............................................................... 5
   1.9 Contractor Performance Escrow Account......................................................... 5
   1.10 Agreed Standard of Service. ........................................................................... 7
   1.11 Refused or Returned Shipments. ..................................................................... 9
   1.12 Operator and Equipment Appearance Standard. ............................................. 9
   1.13 Communications Equipment........................................................................... 10
   1.14 Contractor's Obligation to Meet Standards of Customer Service. ................. 10
   1.15 Discretion of Contractor to Determine Method and Means of Meeting
        Business Objectives. ...................................................................................... 11

2. VEHICLE OPERATION............................................................................................ 11
   2.1 Additional Vehicles; Safe Operation Required................................................. 11
   2.2 Employment of Qualified Persons. .................................................................. 11

3. INSURANCE AND INDEMNITIES. ........................................................................ 13
   3.1 Non-Trucking Liability Coverage -- Contractor Responsibility....................... 13
   3.2 Public Liability -- RPS's Responsibility. ......................................................... 13
   3.3 Public Liability -- Contractor's Responsibility. ............................................... 14
   3.4 RPS's Non-Liability for Equipment.................................................................. 15
   3.5 Contractor's Responsibility for Certain Losses. .............................................. 15
   3.6 Work Accident and Workers Compensation. .................................................... 17

4. SETTLEMENT WITH CONTRACTOR. .................................................................. 18
   4.1 Settlement for Services Performed. .................................................................. 18
   4.2 Settlement Statements....................................................................................... 20

5. CONTRACTOR PRIMARY SERVICE AREA.......................................................... 21
   5.1 Definition.......................................................................................................... 21
   5.2 Mutual Intention to Reduce Geographic Size of Primary Service Area. .......... 21
   5.3 Recognition of Contractor's Proprietary Interest in Customers Served. .......... 22

D10169

**EXHIBIT 8**
**Page 40 of 102**

6. CONTRACTOR CUSTOMER SERVICE (CCS) PAYMENTS. ........................................... 25

7. BUSINESS SUPPORT PACKAGE. .......................................................................... 26

8. SERVICE GUARANTEE PROGRAM. ..................................................................... 26

9. FLEX PROGRAM. .............................................................................................. 28

10. HR 10 Plan. ................................................................................................... 29

11. TERM OF AGREEMENT. .................................................................................... 29
    11.1 Initial Term. ......................................................................................... 29
    11.2 Renewal Terms. ..................................................................................... 29

12. TERMINATION PROVISIONS. ............................................................................. 30
    12.1 Termination. ......................................................................................... 30
    12.2 Obligations Upon Termination. ............................................................... 31
    12.3 Arbitration of Asserted Wrongful Termination. .......................................... 32

13. MERGER OF UNDERSTANDING. ......................................................................... 35

14. CAPTIONS. ..................................................................................................... 35

15. SAVINGS CLAUSE. ........................................................................................... 35

16. FAILURE TO ENFORCE. ..................................................................................... 36

17. FORCE MAJEURE. ............................................................................................ 36

18. ASSIGNMENT. ................................................................................................. 36

19. GOVERNING LAW. ........................................................................................... 37


ADDENDUM 1 ....................................................... Identification of Leased Equipment

ADDENDUM 2 ..................................................... Insurance - Minimum Coverage Requirements

(ii)

ADDENDUM 3 ........................................................................................ Settlement
  Attachment I-1. .......................................................... Spotted Trailer Settlement
  Attachment I-2. ............................... Railhead, Airport, Storage Staging Area and Shuttle
  Attachment I-3. .................................... Temporary Core Zone Density Settlement
  Attachment I-4. ........................................................... Added Service Settlement

ADDENDUM 4 ............................................................................Primary Service Area

ADDENDUM 5 ..............................................................................Proprietary Interest

ADDENDUM 6 .............................................................. Contractor Customer Service Program

ADDENDUM 7 ........................................................................ Business Support Package
  Attachment I-1. .................................................................... Time-Off Program

RPS SAFE DRIVING PROGRAM

D10171

EXHIBIT 8
Page 42 of 102

## RPS, INC.
## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

**BACKGROUND STATEMENT.** RPS, Inc. is a duly licensed motor carrier engaged in providing a small package information, transportation and delivery service throughout the United States, with connecting international service. The Contractor is an owner-operator of one or more pieces of trucking equipment suitable for use in such a service. Contractor wants to make this equipment available, together with a qualified operator for each piece of equipment, to provide daily pick-up and delivery service on behalf of RPS. RPS wants to provide for package pick-up and delivery services through a network of independent contractors, and, subject to the number of packages tendered to RPS for shipment, will seek to manage its business so that it can provide sufficient volume of packages to Contractor to make full use of Contractor's equipment. Contractor wants the advantage of operating within a system that will provide access to national accounts and the benefits of added revenues associated with shipments picked up and delivered by other contractors throughout the RPS system. In order to get that advantage, Contractor is willing to commit to provide daily pick-up and delivery service, and to conduct his/her business so that it can be identified as being a part of the RPS system. Both RPS and Contractor intend that Contractor will provide these services strictly as an independent contractor, and not as an employee of RPS for any purpose. Therefore, this Agreement will set forth the mutual business objectives of the two parties intended to be served by this Agreement -- which are the results the Contractor agrees to seek to achieve -- but the manner and means of reaching these results are within the discretion of the Contractor, and no officer or employee of RPS shall have the

authority to impose any term or condition on Contractor or on Contractor's continued operation which is contrary to this understanding.

## 1. EQUIPMENT AND OPERATIONS.

**1.1  Power Equipment.**  In conjunction with providing to RPS transportation services as herein provided, Contractor will provide and utilize the vehicular equipment identified in the most recent Addendum 1 to this Agreement (hereinafter called the "Equipment").  Contractor certifies that the Equipment meets the requirements of all applicable federal, state and municipal laws and regulations, and, subject to the determination of RPS of its suitability for the service called for in this Agreement, the selection and replacement of the Equipment is within the discretion of Contractor.

**1.2  Equipment Maintenance.**  Contractor agrees, at Contractor's expense, to maintain the Equipment in accordance with the safety and equipment standards specified in applicable federal, state and municipal laws and any rules, regulations and orders of any applicable agency.  In particular, Contractor agrees to provide RPS with proof of timely maintenance and inspection of the Equipment in accordance with the periodic mandatory vehicle maintenance and inspection regulations administered or required by any federal, state or municipal agency with jurisdiction over the operations described in this Agreement.  The periodic maintenance schedule recommended by the equipment manufacturer shall be deemed to meet these requirements, absent specific federal, state, or municipal regulations.  In the event the Equipment is found to be

2

deficient under any law or regulation, Contractor agrees to remove the Equipment from service with RPS until it is brought into compliance. During such interim period, Contractor shall, at Contractor's expense, provide alternative equipment suitable for use in carrying out Contractor's obligations under this Agreement.

**1.3  Operating Expenses.**  Contractor agrees to bear all costs and expenses incidental to operation of the Equipment, whether empty or loaded, including, without limitation, all risks of depreciation, all maintenance (including cleaning and washing), fuel, oil, tires, repairs, business taxes, consumption and sales taxes, personal property taxes, ad valorem taxes, fuel and road-use taxes, ton-mile taxes, insurance coverage as provided herein, workers compensation assessments, licenses, vehicle registration renewal fees, base plates, and all highway, bridge and ferry tolls. To facilitate payment of licenses, taxes and fees, where mutually convenient or otherwise required by statute or regulation, Contractor hereby authorizes RPS to pay these charges on Contractor's behalf and to charge Contractor for any such payments, together with any direct expenses incurred by RPS in connection with their payment. Contractor agrees that unless strictly prohibited by law, any licenses, permits, assessments and taxes paid by RPS on behalf of Contractor pursuant to this paragraph may be charged back against and deducted from any compensation owed Contractor by RPS.

**1.4  Operation of the Equipment.**  Contractor agrees to direct the operation of the Equipment and to determine the methods, manner and means of performing the obligations specified in this

D10174

EXHIBIT 8
Page 45 of 102

Agreement. RPS shall be considered to have such exclusive possession, use and control of the Equipment required by I.C.C. regulation at 49 CFR Part 1057.12(c)(1), or other applicable regulations, but shall have no right or authority, without the express permission of Contractor, to operate the Equipment for any purpose (except for incidental yard movement and positioning) unless the Equipment is driven either by Contractor or by an operator engaged by Contractor. While the Equipment is in the service of RPS, it shall be used by Contractor exclusively for the carriage of the goods of RPS, and for no other purpose. If the Equipment is operated in the service of anyone other than RPS, including any separate business activities of Contractor, Contractor agrees to hold RPS harmless from any liability arising from operation of the Equipment that may be asserted against RPS by any person.

**1.5  Equipment Identification while in RPS's Service.**  Contractor agrees to mark Equipment while in RPS's service with such identifying colors, logos, numbers, marks and insignia as may be required either under applicable regulations, including 49 CFR Part 1058, or to identify the Equipment as a part of the RPS system. Contractor may use the Equipment for other commercial or personal purposes when it is not in the service of RPS, with the understanding that all such identifying numbers, marks, logos and insignia will be removed or masked (by paper or plastic overlay) when the Equipment is so used.

**1.6  Licensing.**  If necessary to comply with the vehicle registration requirements of applicable state regulations or laws, the base plate portion of the Equipment registration shall be in the name

D10175

**EXHIBIT 8**
**Page 46 of 102**

of RPS. If, at any time during the term of this Agreement, applicable state regulations require Contractor to obtain an owner/driver operating authority in order to serve intrastate customers, Contractor agrees, at his/her own expense, to acquire and maintain such operating authority and to cooperate with RPS in altering the arrangements set out in this Agreement to the extent necessary to ensure compliance by Contractor and RPS with any such state regulations, practices and procedures.

**1.7  Logs and Reports.**  Contractor agrees to prepare daily driver logs and daily inspection reports, along with fuel receipts, shipping documents, and other documents as required by law or regulation, and to file the originals with RPS upon the conclusion of each business day.

**1.8  Shipping Documents and Collections.**  Contractor agrees to prepare and present for the signature of consignors and consignees such shipping documents as RPS may from time to time designate, and to complete and return these documents to RPS at the end of each business day. Contractor further agrees to collect any charges owed by consignors and consignees and to return all collected charges to RPS at the end of each business day.

**1.9  Contractor Performance Escrow Account.**  Contractor agrees to deposit with RPS at such time and in such manner as RPS may specify the sum of $1,000, which deposit shall be held by RPS in an account (hereinafter called the "Contractor Performance Escrow Account"). RPS agrees to handle the Contractor Performance Escrow Account as follows:

5

(a)    Amounts held by RPS in the Contractor Performance Escrow Account shall be applied only for the purposes described in subparagraph (d) below.

(b)    RPS agrees to pay (by credit to Contractor's weekly Settlement Statements at quarterly intervals) interest on the daily balance in the Contractor Performance Escrow Account. Such interest shall be at a rate equal to the average annual yield of 13-week U.S. Treasury bills at the rate established at the beginning of each quarter for the funds held on deposit during such quarter.

(c)    RPS agrees to provide Contractor with an accounting of all credits to or subtractions from Contractor's balance in such Account as part of Contractor's weekly Settlement Statement.

(d)    Upon termination of this Agreement, Contractor agrees that any balance attributable to Contractor in the Contractor Performance Escrow Account shall be applied to reduce any indebtedness of Contractor to RPS as reflected on Contractor's Settlement Statements or other instruments. Contractor shall remain liable for any remaining indebtedness which exceeds Contractor's balance in such Account.

6

D10177

**EXHIBIT 8**
**Page 48 of 102**

(e)     Upon Contractor's fulfillment of the obligations due to RPS upon termination,

RPS shall, after making such deductions from the Contractor Performance Escrow

Account as are permitted herein, provide Contractor with a final

accounting of all final transactions involving Contractor's balance in such

Account and remit to Contractor any remaining balance within 45 days from the

date of termination.

**1.10  Agreed Standard of Service.**  RPS has represented to shippers and consignees that, in

arranging transportation of packages within the RPS system, it will provide a standard of service

that is fully competitive with that offered by other national participants in the industry.

Contractor acknowledges the benefits to his/her business of participation in the RPS national

system, and agrees to conduct activities under the terms of this Agreement to achieve the results

represented to shippers and consignees.  To achieve these business objectives, Contractor agrees

to:

(a)     Provide daily pick-up and delivery service to consignees and shippers on days and

at times which are compatible with their schedules and requirements within

Contractor's Primary Service Area, as that term is defined in this Agreement, and

in such other areas as Contractor may be asked to provide service in the event

Contractor elects to participate in the Flex Program described in Paragraph 9 of

this Agreement, all consistent with the competitive standards within the industry

D10178

**EXHIBIT 8
Page 49 of 102**

(provided, however, that on any day where the volume of packages available for pick-up or delivery in Contractor's Primary Service Area exceeds the volume that Contractor can reasonably be expected to handle on such day, RPS may reassign a portion of such packages to another contractor);

(b)     Make reasonable efforts to retain and increase the base of shippers and consignees served and the number of packages handled per shipper within Contractor's Primary Service Area;

(c)     Handle, load, unload and transport packages using methods that are designed to avoid theft, loss and damage;

(d)     Cooperate with RPS's employees, customers and other contractors, to achieve the goal of efficient pick-up, delivery, handling, loading and unloading of packages and equipment, and provide such electronic and/or manual data pertaining to package handling as is reasonably necessary to achieve this goal;

(e)     Foster the professional image and good reputation of RPS and Contractor with shippers and consignees, including adhering to the vehicle identification and operator appearance standards specified in Paragraphs 1.5 and 1.12 of this Agreement;

8

D10179

**EXHIBIT 8**
**Page 50 of 102**

(f)     Conform to all applicable federal, state and local laws, regulations and ordinances;

(g)     Cause the Equipment to be operated safely and in compliance with all applicable laws and regulations; and,

(h)     Conduct all business activities with integrity and honesty, in a professional manner, and with proper decorum at all times.

**1.11 Refused or Returned Shipments.**  If a package cannot be delivered on the day it is tendered to Contractor for delivery, Contractor agrees to return the package to RPS that same day at the terminal facility where it was tendered for delivery, and to inscribe on the package and to provide by electronic and/or manual means whatever notational references RPS may from time to time reasonably require in order to document the package location and the reason for non-delivery (i.e., service cross).

**1.12 Operator and Equipment Appearance Standard.**  Contractor acknowledges that the presentation of a consistent image and standard of service to customers throughout the system is essential in order to be competitive with other alternatives available to shippers and consignees and to permit recognition and prompt access to customers' places of business.  Accordingly, each

9

D10180

**EXHIBIT 8
Page 51 of 102**

person having contact with the public under the provisions of this Agreement will wear an RPS-approved uniform, maintained in good condition, and will otherwise keep his/her personal appearance consistent with reasonable standards of good order as maintained by competitors and promulgated from time to time by RPS. In addition, the Equipment shall be maintained in a clean and presentable fashion free of body damage and extraneous markings, in accordance with the standards of the industry.

**1.13  Communications Equipment.**  Contractor shall, at Contractor's expense, purchase or lease the electronic communications equipment necessary to fulfill the obligations specified in Paragraph 1.10 (d) above and which complies with specifications promulgated from time to time by RPS. Alternatively, at Contractor's option, Contractor may acquire such equipment from RPS through the Business Support Package described in Paragraph 7 of this Agreement.

**1.14  Contractor's Obligation to Meet Standards of Customer Service.**  Contractor shall have the obligation to assure that all persons who operate the Equipment are fully trained and capable of meeting the customer service standards set forth in this Agreement. RPS shall, during the first 30 days of the term of this Agreement, familiarize Contractor with various quality service procedures developed by RPS. In addition, qualified RPS terminal personnel may, at their option, visit customer locations with Contractor four times annually to verify that Contractor is meeting the standards of customer service provided in this Agreement.

10

**1.15 Discretion of Contractor to Determine Method and Means of Meeting Business Objectives.** It is specifically understood and agreed by both parties that Contractor shall be responsible for exercising independent discretion and judgment to achieve the business objectives and results specified above, and no officer, agent or employee of RPS shall have the authority to direct Contractor as to the manner or means employed to achieve such objectives and results. For example, no officer, agent or employee of RPS shall have the authority to prescribe hours of work, whether or when the Contractor is to take breaks, what route the Contractor is to follow, or other details of performance.

## 2. VEHICLE OPERATION.

**2.1 Additional Vehicles; Safe Operation Required.** Contractor may, with the consent of RPS and consistent with the capacity of the terminal serviced by Contractor, own and operate more than one vehicle, with any such additional vehicles to be driven by qualified operators employed by Contractor, as described in subparagraph 2.2 below. The RPS Safe Driving Standards are attached hereto and made a part of this Agreement. No vehicle may be operated pursuant to this Agreement by any operator who is not in compliance with such standards.

**2.2 Employment of Qualified Persons.** Contractor may employ or provide person(s) to assist Contractor in performing the obligations specified by this Agreement. All persons so employed or provided by Contractor shall be qualified pursuant to applicable federal, state and municipal safety standards and the RPS Safe Driving Standards, and shall be fully trained, at Contractor's

D10182

EXHIBIT 8
Page 53 of 102