# EXHIBIT 8

## Part 2 of 2

expense, to operate the Equipment. Contractor understands and agrees that such persons shall not be considered employees of RPS and that it is Contractor's responsibility to assure that such persons conform fully to the applicable obligations undertaken by Contractor pursuant to this Agreement. Contractor further agrees to:

(a)    Bear all expenses associated with qualifying such persons to perform the services agreed to be provided herein, including, without limitation, the cost of physical examinations and drug screen tests;

(b)    Bear all expenses associated with the employment of such persons, including, without limitation, wages, salaries, employment taxes, workers compensation coverage, health care, retirement benefits and insurance coverages;

(c)    Assume sole responsibility for compliance with all applicable laws, rules, regulations and orders respecting payroll deductions and maintenance of payroll and employment records; and,

(d)    Hold RPS harmless from any liability and claims by others or by governments arising from Contractor's relationship with Contractor's employees or substitutes whether under industrial accident prevention laws or any other federal, state or municipal laws applicable to the relationship between employers and employees.

12

D10183

EXHIBIT 8
Page 54 of 102

## 3. INSURANCE AND INDEMNITIES.

**3.1  Non-Trucking Liability Coverage -- Contractor Responsibility.**  Contractor agrees to

obtain and keep in force at all times a policy(ies) of public liability (automobile/truckers bodily

injury and property damage insurance coverage), issued by an insurance company qualified to

write such coverage in the state(s) where the Equipment is operated, and rated A, Class VII or

better by A.M. Best Co., to cover all costs, losses and expenses arising from operation of the

Equipment while it is in operation without packages on board (empty mile coverage) in amounts

not less than $1,000,000 per occurrence.  Contractor shall provide RPS Certificate(s) of

Insurance evidencing such coverage naming RPS an additional insured and providing RPS

30 days' prior written notice of cancellation or material change.  Minimum coverage

requirements are listed in Addendum 2.


**3.2  Public Liability -- RPS's Responsibility.**  RPS agrees to self-retain and maintain insurance

coverages for public liability (general and automobile/truckers personal injury and property

damage insurance coverage), and cargo loss and damage risks in amounts sufficient to meet its

legal obligations under 49 U.S.C. § 10927 and, subject to the exception described in

subparagraph 3.5, will indemnify Contractor and Contractor's drivers against liability for

operation of Equipment when any package is on board while on RPS's business subject to the

following exceptions and conditions, the occurrence of any one of which will void this

indemnity:

13

D10184

**EXHIBIT 8
Page 55 of 102**

(a)    As to the involved Equipment operator, if the operator has engaged in intentional misconduct or reckless or willfully negligent operation of the Equipment;

(b)    As to the Contractor, if the Contractor is not the involved Equipment operator, but has knowledge of or reason to anticipate such operator's intentional misconduct or reckless or willfully negligent operation of the Equipment; or

(c)    As to Contractor and operator(s), when RPS has elected to discontinue its indemnity hereunder pursuant to the provisions of subparagraph 3.3.

**3.3  Public Liability – Contractor's Responsibility.**  At any time that RPS discovers that Contractor or an operator engaged by Contractor to drive the Equipment fails to meet RPS's Safe Driving Standards as published from time to time, all as determined by RPS in its sole discretion, RPS may elect to terminate its indemnity for liability to Contractor and Contractor's drivers (hereinafter referred to as "indemnity termination").  Any such election of indemnity termination shall be given in writing to Contractor not less than 30 days before the effective date thereof, as specified in such election.  In such event (unless Contractor cures such violation to RPS' sole and complete satisfaction before such effective date), Contractor shall obtain, effective not later than such specified date, and continually thereafter maintain, a policy of public liability (automobile/truckers bodily injury and property damage insurance coverage) for a combined single limit of not less than $2,000,000 naming RPS as an additional insured, issued by an

14

insurance company qualified to write such coverage in the state(s) where the Equipment is

operated and rated A, Class VII or better by A.M. Best Co. Such insurance coverage shall be

evidenced by a Certificate of Insurance provided to RPS showing RPS as an additional insured

and providing RPS 30 days' prior written notice of cancellation or material change. In addition,

Contractor will obtain and continually thereafter maintain a policy of insurance for cargo loss

and damage risk for an amount not less than $40,000 per vehicle, with deductibles not greater

than $250, to be issued by an insurance company meeting the same qualifications provided

above. Such insurance coverage shall be evidenced by a Certificate of Insurance provided to

RPS naming RPS as an additional insured and providing RPS 30 days' prior written notice of

cancellation or material change.


**3.4  RPS's Non-Liability for Equipment.**  Contractor agrees that RPS shall not be liable to

Contractor for any depreciation, loss or damage that may occur to the Equipment by collision,

fire, theft or similar occurrence, excepting such loss or damage as may be caused by RPS, its

agents, servants and employees.


**3.5  Contractor's Responsibility for Certain Losses.**  The following indemnities constitute an

exception to the provision for risk protection to Contractor provided in subparagraph 3.2. During

the term of this Agreement and thereafter, Contractor agrees to indemnify and save RPS

harmless against liabilities as follows:

15

(a)    The first $1,000 arising from each claim brought against RPS and all liabilities incurred by RPS for or on the account of bodily injury and/or property damage in any manner caused by, incidental to or growing out of any act or omission of Contractor or Contractor's agents, servants or employees arising out of the ownership, maintenance, use or operation of the Equipment and/or RPS-provided equipment, or out of the conduct of Contractor's business;

(b)    After one year of continuous safe operation of the Equipment under the terms of this Agreement, the Contractor's responsibility under this subparagraph shall be reduced to $500; after two years, to $250; and after three years to zero (provided, however, in the event the Equipment is involved in an at-fault accident while in the service of RPS, the Contractor's responsibility shall revert to $1,000 until, by passage of time without a further at-fault accident, the modifications of this subparagraph (b) again apply);

(c)    The first $1,000 of each claim for loss or damage to packages tendered for shipment or handling hereunder while such packages are in the possession of Contractor or Contractor's agents, servants or employees;

(d)    Any or all claims brought against RPS and liabilities incurred by RPS arising from the Contractor's relationship with Contractor's employees, whether under

16

D10187
**EXHIBIT 8
Page 58 of 102**

industrial accident prevention laws, or any other federal, state or municipal laws, rules, regulations and orders applicable to the relationship between employers and employees; and,

(e)     Any and all claims brought against RPS or liabilities incurred by RPS for or on account of Contractor's failure or failure of Contractor's agents, servants or employees to comply with any laws, rules, regulations or orders applicable to Contractor's business.

(f)     Any and all claims brought against RPS or liabilities incurred by RPS in the event the Contractor or the involved Equipment operator fails to assist RPS in securing and giving evidence, attending hearings and trials, obtaining the attendance of witnesses, or otherwise fails to cooperate with RPS in such matters.

**3.6  Work Accident and Workers Compensation.**  Contractor agrees to obtain and keep in force at all times during the term of this Agreement work accident and/or workers compensation insurance insuring Contractor and all of Contractor's employees.  At Contractor's option, such coverage may be obtained either under a policy negotiated by RPS, through an applicable state sponsored program, or through a policy providing comparable benefits and issued by an insurance company qualified to write such coverage in the state(s) where the Equipment is operated, and rated A, Class VII or better by A.M. Best Co.  Such insurance coverage shall be

17

EXHIBIT 8
Page 59 of 102

D10188

evidenced by a Certificate of Insurance provided to RPS and providing RPS 30 days' prior written notice of cancellation or material change.  Minimum coverage requirements are as listed in Addendum 2.

## 4.  SETTLEMENT WITH CONTRACTOR.

**4.1  Settlement for Services Performed.**  RPS agrees to settle on a weekly basis with Contractor for services provided in accordance with the settlement schedule set forth in Addendum 3, from which settlement shall be deducted charges for items which are authorized in writing or required by law.  The settlement to Contractor shall consist of the following parts:

(a)    **Package Pick-Up and Delivery Settlement,** which amount shall be a payment for stops made and packages handled.

(b)    **Contractor and Van Availability Settlement,** which amount shall be payable to Contractor with respect to each business day that Contractor provides services under this Agreement, in consideration of Contractor making available to RPS at the start of such day a clean, properly maintained van, driven by a qualified and uniformed operator.  In order to encourage van availability on business days falling immediately before and immediately after certain national holidays, the Contractor and Van Availability Settlement shall be enhanced on such days, as shown in Addendum 3.

D10189

EXHIBIT 8
Page 60 of 102

(c)    **Temporary Core Zone Density Settlement,** which amount shall be payable to Contractor with respect to each business day that Contractor provides services under this Agreement in Contractor's Primary Service Area, in consideration of Contractor agreeing to provide daily package pick-up and delivery service during such period of time when the customer density and package volume in such Primary Service Area is still developing.  In the event Contractor provides service in another contractor's Primary Service Area pursuant to the Flex Program, Contractor shall also receive a proportionate share of any Temporary Core Zone Density Settlement applicable to such other Primary Service Area.  The intention of Contractor and RPS is to cooperate in increasing the customer density and package volume in Contractor's Primary Service Area to such an extent that the Temporary Core Zone Density Settlement will be reduced or eliminated, and Contractor agrees that, as such density and/or package volume increases, RPS may reduce or eliminate the Temporary Core Zone Density Settlement.  Except where the Contractor's Primary Service Area is reconfigured, with a resulting increase in customer density and/or package volume, or in the case of a new terminal opening or other major increase in customer density and/or package volume in Contractor's Primary Service Area, such settlement amount shall not be decreased by more than $10 per day in any six month period, and then only with 30 days' prior written notice to Contractor.

19

(d)     **Flex Fee**, which amount shall be payable to Contractor with respect to each

business day that Contractor provides services under this Agreement, provided

Contractor has agreed to participate in the Flex Program offered by RPS.


(e)     **Quarterly Performance Settlement**, which amount shall be paid in the first

settlement of each quarter, beginning after Contractor has completed one year as

an RPS Contractor and shall be equal to that percentage specified in Addendum 3

of the aggregate amounts credited to Contractor in the immediately preceding

quarter, pursuant to subparagraphs (a)-(d) above.


**4.2  Settlement Statements.**  RPS agrees to issue Settlement Statements and settlement checks

to Contractor on a weekly basis (except when this Agreement is terminated as provided herein, in

which case a final Settlement Statement and settlement check shall be issued within 45 days of

termination).  Settlement Statements shall contain a computation of the settlement Contractor is

entitled to receive and an itemized listing of all deductions from Contractor's settlement.  RPS

shall have no responsibility to make deductions for, or to pay wages, benefits, health, welfare and

pension costs, withholding for income taxes, unemployment insurance premiums, payroll taxes,

disability insurance premiums, social security taxes, or any other similar charges with respect to

Contractor or Contractor's employees.  To facilitate prompt settlement, Contractor agrees to

prepare such settlement documents and records as RPS may from time to time require in order to

D10191
**EXHIBIT 8**
**Page 62 of 102**

compute such settlement. Upon written request, Contractor shall be provided copies of those documents which are necessary to determine the validity of all deductions from Contractor's settlement. Settlement Statements and the entries thereon shall be deemed conclusive and binding on Contractor, unless written objections to entries on a questioned Settlement Statement are received by RPS within 30 days from the date of issuance of the Settlement Statement to which the objections apply.

## 5.  CONTRACTOR PRIMARY SERVICE AREA.

**5.1  Definition.**  Contractor shall be responsible for the daily pick-up and delivery of packages in Contractor's Primary Service Area, as assigned to Contractor from time to time by RPS, and as shown in Addendum 4 to this Agreement.

**5.2  Mutual Intention to Reduce Geographic Size of Primary Service Area.**  Contractor recognizes that, as the customer base and package volume in the Primary Service Area increases, the geographic size of the area which Contractor will be able to serve with the Equipment can be expected to decrease.  Contractor acknowledges that the increased concentration in customer base and package volume which results from a decrease in the geographic size of Contractor's Primary Service Area is in the interest of Contractor, since Contractor will thereby have the opportunity to complete a greater number of package pick-ups and deliveries with less expense, and Contractor agrees to cooperate with the reasonable efforts of RPS in gathering data necessary to evaluate Contractor's Primary Service Area, including permitting RPS personnel to ride with

21

D10192

EXHIBIT 8
Page 63 of 102

Contractor from time to time in connection with these efforts. RPS shall have the authority, upon five work days of prior written notice to Contractor, to reconfigure Contractor's Primary Service Area to take account of customer service requirements. During such notice period, RPS shall give Contractor the opportunity, using means satisfactory to RPS, to continue to provide in such Primary Service Area the level of service called for in this Agreement. In the event Contractor is not able to provide reasonable means to continue to service the Primary Service Area, RPS may, in its sole discretion, reconfigure such area.

**5.3 Recognition of Contractor's Proprietary Interest in Customers Served.** This Agreement is based on the concept that Contractor and RPS are each engaged in an undertaking to operate an efficient package delivery service which is fully competitive with the standards of other national participants in the industry. RPS and Contractor recognize that, because of the reciprocal benefits which flow from participation in an interrelated, national service, they have a mutual interest in increasing package volume and the number of customers both in Contractor's Primary Service Area and in the service areas of other contractors who have entered into substantially identical agreements with RPS. Contractor specifically acknowledges that the intentions set forth in this Agreement to provide a national delivery service cannot be met -- either nationwide or in the service area served by the terminal (the "Terminal Service Area") which includes Contractor's Primary Service Area -- without the participation of a network of contractors. Therefore this Agreement contemplates the recognition both by the parties hereto and by other contractors in the RPS system of a proprietary interest by Contractor in the customer accounts in

22

his/her Primary Service Area as that area is configured from time to time, and a consequent right of Contractor to receive payment in the event his/her Primary Service Area is reconfigured with the result that customers previously served by the Contractor are reassigned. Depending on the circumstance, as provided below, such payments may be from other contractors or from RPS. In consideration of the mutual obligations contained herein and in substantially similar agreements with other contractors, the parties hereto agree as follows:

In the event Contractor's Primary Service Area is reconfigured so that the Contractor gains customer accounts, the Contractor hereby authorizes RPS to deduct from Contractor's settlement and to pay to the Contractor relinquishing such accounts the payments calculated as provided below; and

In the event Contractor's Primary Service Area is reconfigured so that customer accounts which had been serviced by the Contractor are reassigned to another contractor or to a spotted trailer, the Contractor shall receive payments, calculated and made as provided below.

Payments to or from Contractor for customer accounts gained or relinquished when Contractor's Primary Service Area is reconfigured shall be calculated and made as follows:

23

D10194

EXHIBIT 8
Page 65 of 102

**First,** the average number of package deliveries per day gained or relinquished by Contractor shall be determined by reference to the average number of package deliveries in the area relinquished in the three most recent complete RPS accounting periods;

**Second,** the average number of package pick-ups per day gained or relinquished by the Contractor shall be determined by reference to the average number of package pick-ups in the area relinquished in the three most recent complete accounting periods;

**Third,** the Contractor shall be entitled to a payment of the dollar amount specified in Addendum 5, multiplied by the average number of package deliveries relinquished, and the dollar amount specified in Addendum 5, multiplied by the average number of package pick-ups relinquished;

**Fourth,** the Contractor shall make payments calculated using the same formula as set forth in the preceding paragraph to relinquishing contractor(s) for package deliveries and pick-ups gained;

**Fifth,** in the event, in connection with the reconfiguration, package deliveries or pick-ups previously in Contractor's Primary Service Area are reassigned to another contractor, RPS shall remit payment to Contractor, but only as and to the

24

extent RPS receives payments from the contractor to whom the package deliveries or pick-ups were reassigned;

**Sixth,** in the event package pick-ups or deliveries are permanently reassigned to a spotted trailer, RPS itself shall have the obligation to make the payments to the Contractor called for herein; and

**Seventh,** if contractors so request, and if RPS in its sole discretion agrees, payments provided hereunder may be made by credits to and deductions from the affected Contractor's weekly settlement, as shown on such Contractor's Settlement Statement.

## 6.  CONTRACTOR CUSTOMER SERVICE (CCS) PAYMENTS.

In addition to the payments listed above in Paragraph 4, beginning with the first day of the second full RPS accounting period, Contractor shall be eligible to receive performance-based Contractor Customer Service (CCS) payments each period in the amounts specified in Addendum 6. Payment shall be based on Contractor meeting individual customer service and safety goals, as well as Contractor's terminal meeting it's service goals, all as determined by RPS.

D10196

EXHIBIT 8
Page 67 of 102

**7.  BUSINESS SUPPORT PACKAGE.**  Contractor shall not be required to purchase or rent any products, equipment, or services from RPS as a condition to entering into this Agreement. At Contractor's  election (which election shall be as indicated on Addendum 7, and may be changed annually during the first RPS accounting period and as provided below) RPS will provide a Business Support Package to Contractor at a per van charge to Contractor as set out in the current version of Addendum 7, which amount shall be deducted from Contractor's weekly settlement.  The Business Support Package shall include uniforms, communications and data processing equipment, D.O.T. inspections, equipment washing, drug tests meeting D.O.T. requirements, and other items and services found in the current version of Addendum 7.  The cost of the Business Support Package may be changed once annually to reflect changes in the cost to RPS of providing such package.  In the event RPS proposes to implement any such change, it shall provide Contractor with 30 days' prior written notice, during which period Contractor may elect to discontinue participation.

**8.  SERVICE GUARANTEE PROGRAM.**  RPS and Contractor recognize the mutual benefits to each party of keeping the Equipment, together with a qualified operator, in continuous daily service pursuant to the terms of this Agreement.  The expenses of both maintenance and engaging a substitute operator during periods when Contractor is ill or does not desire to drive are, pursuant to the terms of this Agreement, borne by Contractor.  In order to encourage Contractor to accumulate a fund from which these and other unusual costs of operation can be paid when they arise, RPS agrees to maintain an interest-bearing fund, a Service Guarantee

D10197

**EXHIBIT 8**
**Page 68 of 102**

Account (with interest calculated and applied the same way as with respect to the Contractor Performance Escrow) to account for contributions to the Service Guarantee Account. Contractor may from time to time, and solely at Contractor's discretion, make contributions to such Account. Each quarter, RPS shall credit matching contributions to the Account as follows:

| Contractor Average Balance in Preceding Quarter | Quarterly Matching Contribution |
| --- | --- |
| $ 500 or more | $100 |
| $ 750 or more | $150 |
| $1,000 or more | $200 |

In addition, if Contractor has more than one year as a P&D contractor for RPS, RPS shall, on the anniversary of the date Contractor first became a P&D Contractor for RPS, credit the Service Guarantee Account with a Service Bonus. The amount of this Service Bonus shall be in accordance with the settlement schedule set forth in Addendum 3. The Contractor may withdraw amounts credited to the Service Guarantee Account at any time and for any purpose. RPS may, at its discretion and taking into account the credit history of Contractor, make a loan to Contractor to fund maintenance costs in excess of the balance in the Contractor's Service Guarantee Account. The maximum amount of any such loan is as follows: if the aggregate balance in Contractor's Service Guarantee Account is between $500 and $1,000, the maximum loan is the amount of such aggregate balance; if such aggregate balance is in excess of $1,000, the maximum loan is twice the amount of such aggregate balance, up to a maximum loan of

27

$5,000. Loans must be repaid within one year, and shall bear interest at the same rate as then applicable to interest payments by RPS on balances held in the Contractor Performance Escrow Account.

**9. FLEX PROGRAM.** At Contractor's election (which election shall be as indicated on Addendum 3, and may be changed annually during the first RPS accounting period), Contractor may participate in the RPS Flex Program. By electing to participate, Contractor agrees to accept packages from outside Contractor's Primary Service Area for pick-up and delivery, up to daily pick-up and delivery capacity (determined by reference to time required, mileage, and van capacity), when requested to do so by RPS terminal management. In consideration of Contractor's election to participate, Contractor shall receive, in addition to other components of the settlement provided in Paragraph 4 of this Agreement, a daily flex fee as specified in Addendum 3 for each piece of vehicular equipment in service under this Agreement. Such payment shall be made with respect to each business day that Contractor has also become entitled to the Contractor and Van Availability Settlement, regardless of whether Contractor is called upon to pick up or deliver packages outside Contractor's Primary Service Area. P&D contractors who utilize a tractor/trailer to perform P&D work, may elect to participate in the flex program, but will only receive the daily flex fee as specified in Addendum 3, on days they actually make a live pickup or delivery stop. P&D trailer spots do not qualify for the daily flex fee.

28

D10199

**EXHIBIT 8**
**Page 70 of 102**

**10.  HR 10 Plan.** At Contractor's election (which election shall be and may be changed annually during January of each year, Contractor may, provided Contractor meets the eligibility requirements for participation, adopt the Prototype Defined Contribution Retirement Plan created and sponsored by Merrill Lynch for self-employed individuals such as Contractor (hereinafter referred to as the "Plan").  Any contributions by Contractor shall be in such amounts as Contractor shall specify, not to exceed 15 percent of the "covered compensation," as that term is used in the Internal Revenue Code of 1986, as amended, of Contractor and his employees, shall be subject to any applicable limitations contained in the Plan, and shall be allocated to participant accounts as provided in the Plan.

**11.  TERM OF AGREEMENT.**

**11.1  Initial Term.**  This Agreement shall, at the election of Contractor, as indicated by Contractor's initials below, continue in full force and effect for an initial term ranging from one to three years from the date this Agreement is signed. Contractor hereby elects a term of:

a) one year    X̄ )⊤

b) two years    _____

c) three years  _____

**11.2  Renewal Terms.**  This Agreement shall automatically renew for successive terms of one year each after expiration of the initial term unless Contractor or RPS provides the other party notice of non-renewal in writing at least 30 days prior to the expiration of the initial term or any successive renewal term.

29

## 12. TERMINATION PROVISIONS.

**12.1  Termination.**  This Agreement may be terminated during the initial term or during any renewal term hereof, as follows:

    (a)    At any time, by mutual agreement of Contractor and RPS;

    (b)    By RPS in the event that Paragraphs 3.2(a) or 3.2(b) apply;

    (c)    By Contractor or RPS if the other party breaches or fails to perform the contractual obligations imposed by this Agreement;

    (d)    By either party in the event that RPS:

        (1)    ceases to do business in all or part of the Terminal Service Area; or,

        (2)    as a result of a decline in business, reduces operations in all or part of the Terminal Service Area; or

    (e)    By Contractor, upon 30 days' prior written notice to RPS.  The parties hereto specifically recognize the damage to RPS, which is difficult to quantify, but which includes the cost of engaging and qualifying temporary operators and replacement equipment to service Contractor's Primary Service Area, if Contractor should terminate his/her service obligations hereunder without first giving notice as provided in this paragraph.  Therefore, in the event of such unauthorized termination by Contractor (except if such termination is caused by

30

the death or disability of Contractor) Contractor shall pay to RPS, as liquidated

damages, and not as a penalty, the sum of $1,000.  RPS may withhold such

amount from Contractor's final settlement or from Contractor's Performance

Escrow Account.


**12.2  Obligations Upon Termination.**  Upon termination of this Agreement for any reason,

Contractor agrees promptly to:


    (a)    Return to RPS's terminal facility any trailers furnished by RPS for use in

connection with the Equipment (if Contractor fails to return RPS's trailers to

RPS's terminal facilities, RPS shall be entitled to a rental charge of $50 per day

per trailer until said trailer is returned, (each 24-hour period or fraction thereof

being considered one day, and may deduct any such charges from Contractor's

final settlement, or from Contractor's Performance Escrow Account);


    (b)    Return to RPS any packages tendered for pickup and/or delivery and any shipping

papers, documents, collections, or other property of RPS in Contractor's

possession;


    (c)    Return to RPS any property of RPS furnished to Contractor pursuant to the

Business Support Package; and


31

D10202

EXHIBIT 8
Page 73 of 102

(d)    Remove and return or permanently mask (such as by painting over) all of RPS's

vehicle identification from the Equipment.

RPS may withhold the return of any monies owed Contractor, including any balance remaining

in Contractor's Performance Escrow Account, until Contractor completes the return of the items

listed above.

**12.3  Arbitration of Asserted Wrongful Termination.**  In the event RPS acts to terminate this

Agreement (which acts shall include any claim by Contractor of constructive termination) and

Contractor disagrees with such termination or asserts that the actions of RPS are not authorized

under the terms of this Agreement, then each such disagreement (but no others) shall be settled

by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration

Association (AAA) and judgment upon the award of the arbitrator may be rendered in any court

having jurisdiction thereof, according to the following:

(a)    Written notice of a demand for arbitration must be mailed by Contractor to RPS

and to the AAA by certified mail within 90 days of the occurrence of the claimed

wrongful termination.  Failure to mail written notice of a demand for arbitration

within such 90 day period and comply with all procedural requirements set forth

in the Commercial Arbitration Rules of the AAA shall constitute an absolute bar

to the institution of any proceedings and a waiver of the claimed wrongful

termination.  The copy of the demand sent to the American Arbitration

EXHIBIT 8
Page 74 of 102

D10203

Association will be addressed to Four Gateway Center, Suite 419, Pittsburgh, PA 15222-1207, with a request that the demand be forwarded to the appropriate AAA Regional Office.

(b)     The dispute shall be heard and determined by a single arbitrator, chosen pursuant to the procedures of the AAA.

(c)     The arbitrator shall set the date, time, and place for each hearing, and shall schedule the hearing and make his or her determination in an expeditious manner. Neither party shall be entitled to written or deposition discovery from the other, except with respect to damages.

(d)     As to any dispute or controversy which under the terms hereof is made subject to arbitration, no suit at law or in equity based on such dispute or controversy shall be instituted by either party hereto, other than a suit to confirm, enforce, vacate, modify or correct the award of the arbitrator as provided by law; provided, however, that this clause shall not limit RPS's right to obtain any provisional remedy including, without limitation, injunctive relief, writ for recovery or possession or similar relief, from any court of competent jurisdiction, as may be necessary in RPS's sole subjective judgment to protect its property rights.

EXHIBIT 8
Page 75 of 102

D10204

(e)    The arbitrator shall have the authority only to conclude whether the termination of Contractor was within the terms of this Agreement, to determine damages if required to do so under this subparagraph, and to provide for the division of the AAA fees and AAA assessed expenses of the arbitration between the parties; provided, however, each party shall bear the cost of attorneys, expert witnesses, or other expenses incurred by that party, and the arbitrator shall have no authority to allocate or apportion such costs. If the arbitrator concludes the termination was within the terms of this Agreement, the termination shall be effective on the date specified in the notice of termination from RPS to Contractor. If the arbitrator concludes the termination was not within the terms of this Agreement, then, at the option of RPS: (1) the Contractor shall be reinstated within a reasonable period of time, not to exceed 90 days from the Company's receipt of the abitrator's decision, and in that event shall be entitled to damages equal to the arbitrator's determination of what Contractor's net earnings (after payment of all expenses which are borne by Contractor pursuant to this Agreement) would have been during the period between the date of termination and the date of reinstatement; or (2) Contractor shall nevertheless be terminated, and, in that event, shall be entitled to damages equal to the arbitrator's determination of what Contractor's net earnings (after payment of all expenses which are borne by Contractor pursuant to this Agreement) would have been during the period between the date of termination to the last day of the term of this Agreement (without any renewals).

34

**EXHIBIT 8**
**Page 76 of 102**

D10205

Contractor shall have no claim for damages in any other amount, and the arbitrator shall have no power to award punitive or any other damages.

(f)     The arbitrator shall  provide the parties with only a written determination of the outcome of the arbitration, without accompanying opinion, and shall have no authority to alter, amend or modify any of the terms and conditions of this Agreement, and further, the arbitrator may not enter any award which alters, amends or modifies the terms or conditions of this Agreement in any form or manner.

**13.  MERGER OF UNDERSTANDING.** This Agreement, the Addenda hereto, and the Attachments to the Addenda, constitute the entire agreement and understanding between the parties and, when executed, shall constitute a revocation of any earlier Contractor Operating Agreement between the parties.  This Agreement, the Addenda and Attachments shall not be modified, altered, changed or amended in any respect unless in writing and signed by both parties .

**14.  CAPTIONS.**  Captions appearing in this Agreement are for convenience only and do not in any way limit, amplify, modify or otherwise affect the terms and provisions of this Agreement.

**15.  SAVINGS CLAUSE.**  If any part of this Agreement is declared unlawful or unenforceable, the remainder of this Agreement shall remain in full force and effect.

**EXHIBIT 8**
**Page 77 of 102**

D10206

**16. FAILURE TO ENFORCE.** Failure of either party to enforce strictly any provision of this Agreement shall not be construed as a waiver thereof or as excusing the other party from future performance.

**17. FORCE MAJEURE.** The performance of the obligations of this Agreement on the part of either RPS or the Contractor shall be excused by reason of closing of public highways, changes in customer shipping and/or receiving requirements, strikes or work stoppages, weather conditions which make operations unsafe or impractical, Acts of God, or temporary or permanent cessation of business by RPS within the Terminal Service Area.

**18. ASSIGNMENT.** This Agreement shall be binding upon and enure to the benefit of the parties to this Agreement and their assignees. RPS shall have the right to assign its rights and obligations hereunder to an affiliate of RPS. Provided Contractor is in good standing hereunder, Contractor shall, with 30 days' prior written notice to RPS, have the right to assign his/her rights and obligations hereunder to a replacement contractor acceptable to RPS as being qualified to provide the services of Contractor under this Agreement (the "Replacement Contractor"), and, provided Contractor or Contractor's representative continues to provide service under this Agreement up to the effective date of such assignment, RPS shall thereupon enter into a new agreement with Replacement Contractor on substantially the same terms and conditions as herein contained. In addition, in the event of the death or disability of Contractor, Contractor or his/her

36

**EXHIBIT 8**
**Page 78 of 102**

D10207

representative shall have a period of 30 days from and after such death or disability to secure a qualified Replacement Contractor to whom Contractor's rights and obligations may be assigned. Any consideration to be paid by Replacement Contractor on account of such assignment shall be strictly a matter of agreement between Contractor (or Contractor's representative) and Replacement Contractor. As a matter of accommodation to Contractor, RPS at its sole discretion, may agree, upon receipt of written instructions from Contractor and Replacement Contractor, to collect such consideration from Replacement Contractor by means of deductions from Replacement Contractor's weekly settlements for a period not to exceed one year, and promptly to remit such amounts to Contractor or his/her representative. RPS shall have no other obligations whatsoever either to secure a Replacement Contractor for the benefit of Contractor, or to assure any payment to Contractor on account of Contractor's assignment of this Agreement.

**19. GOVERNING LAW.** This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania.

37

EXHIBIT 8
Page 79 of 102

D10208

CONTRACTOR ACKNOWLEDGES AND REPRESENTS THAT CONTRACTOR HAS READ AND FULLY UNDERSTANDS THE PROVISIONS OF THIS AGREEMENT, AND HAS HAD SUFFICIENT TIME AND OPPORTUNITY TO CONSULT WITH PERSONAL FINANCIAL, TAX AND LEGAL ADVISORS PRIOR TO EXECUTING THIS AGREEMENT.

**IN WITNESS WHEREOF,** the parties hereto enter into and execute this Agreement this _4th_ day of _June_, ~~19~~2000, at _0800_.

RPS, INC.                                CONTRACTOR:


_Peter Rieks_
Signature                                Signature


_Terminal Manager._              _John H Thompson_
Title                                    Typed Name


Witness                                  Witness

38

**EXHIBIT 8**
**Page 80 of 102**

D10209

EFFECTIVE: June 4th 2000

## ADDENDUM 1

### PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

### IDENTIFICATION OF LEASED EQUIPMENT

| RPS Unit Number | Vehicle Make | Vehicle Year | Body Type | VIN | Number Axles |
|---|---|---|---|---|---|
| 95813 | Intl. | 1999 | P+D Van | 1HTM6ABM2XA020583 | 2 |

**EXHIBIT 8**
**Page 81 of 102**

D10210

ADDENDUM 2

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

### INDEPENDENT CONTRACTOR INSURANCE COVERAGE
### WORK ACCIDENT INSURANCE & NON-TRUCKING LIABILITY
### MINIMUM COVERAGE REQUIREMENTS

| WORK ACCIDENT INSURANCE | |
|---|---|
| COVERAGE | LIMITS |
| Disability | 66 2/3% of earnings payable weekly |
| Disability Benefit Period | 2 years |
| Medical | $250,000 maximum -- Reasonable & Customary |
| Medical Benefit Period | 2 years |
| Loss of Life | 55% of earnings |
| Loss of Life Benefit Period | 2 years |
| Loss of Life Amount | $144,000 |
| Co-insurance | 0 |
| Deductible | 0 |
| Contingent Workers' Compensation | Required |
| Minimum A.M. Best Rating | A |
| Alternative Coverage | Workers compensation by "A" rated insurer or state owned and licensed in Contractor's home state |

| NON-TRUCKING LIABILITY AND PHYSICAL DAMAGE | |
|---|---|
| COVERAGE | LIMITS |
| Auto liability | $1,000,000 combined single unit |
| Empty Miles vs. Non-Dispatch | Required |
| Physical Damage | Stated Value |
| Comprehensive Deductible | $500.00 |
| Collision Deductible | $500.00 |
| Rental Reimbursement | $100/day -- 30 days -- tractors $50/day -- 60 days -- vans |
| Additional Insured | RPS must be named |
| Minimum A.M. Best Rating | A |

**EXHIBIT 8**
**Page 82 of 102**

D10211

ADDENDUM 3

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT SETTLEMENT

FedEx Ground agrees to settle with Contractor at terminal _995_ for performance of the contractual obligations imposed by this Agreement as follows:

**I.    Package Pick-Up and Delivery Settlement**

**A.    Delivery Settlement**

$1.05 per stop at each consignee or other authorized location for the purpose of delivering a package(s) for straight trucks/tractor trailers only.

$1.13 per stop at each consignee or other authorized location for the purpose of delivering a package(s) for vans only.

$.22 per package

$.25 per package for straight truck only

$.27 per package for tractor/trailers only

**B.    Package Van Pick-up Settlement**

$1.50 minimum pick-up settlement (when 3 or less packages)

$1.00 per stop at each shipper or other authorized location for the purpose of picking up a package(s) for delivery elsewhere.

$.130 per package (  1st-50th package per stop)
$.120 per package ( 51th-100th package per stop)
$.108 per package (101st-200th package per stop)
$.096 per package (201st-300th package per stop)
$.084 per package (301st-400th package per stop)
$.072 per package (401st-500th package per stop)
$.060 per package (501st-PLUS package per stop)

**C.    Tractor Trailer Pick-up Settlement**

$1.00 per stop at each shipper or other authorized location for the purpose of picking up a package(s) for delivery elsewhere.

$.130 per package (  1st-50th package per stop)
$.120 per package ( 51st-100th package per stop)
$.096 per package (101st-200th package per stop)
$.077 per package (201st-300th package per stop)
$.062 per package (301st-400th package per stop)
$.050 per package (401st-500th package per stop)
$.040 per package (501st-PLUS package per stop)

1

D.    Pick-up and delivery of International packages:

    1.    Pick-up Settlement - International

| Package Van | Tractor/Trailer |
|---|---|
| $.180 per package ( 1st-50th package per stop) | $.180 per package |
| $.170 per package ( 51st-100th package per stop) | $.170 per package |
| $.158 per package (101st-200th package per stop) | $.146 per package |
| $.146 per package (201st-300th package per stop) | $.127 per package |
| $.134 per package (301st-400th package per stop) | $.112 per package |
| $.122 per package (401st-500th package per stop) | $.100 per package |
| $.110 per package (501st-PLUS package per stop) | $.090 per package |

Stop settlement shall be as otherwise described in this agreement with no additional stop pay for pick-up or delivery of International packages in conjunction with normal package pick-up and delivery service.

E.    Oversize Packages -- $.10 for each delivery of a package designated as oversize for billing purposes.

F.    C.O.D. Delivery Settlement -- $.30 for each delivery of a package bearing a valid C.O.D. label.

    Additional settlement will be paid for delivery of shipper designated CASH C.O.D. packages, in the amount of 1% of the CASH C.O.D. amount collected or $2.50, which ever is greater.

    Delivery stop settlement for the first C.O.D. "no money" stop will be paid, provided that stop is scanned and logged and the consignee's signature is obtained.

G.    Call Tag Settlement -- $.50 for each Call Tag package picked up in response to a validly issued Call Tag.

    Delivery stop settlement for the first Call Tag "not ready" stop will be paid, provided that stop is scanned and logged and the consignee's signature is obtained.

H.    One-time Pick-up Settlement -- $.30 for each stop made in response to a one-time pick-up request, in addition to the stop settlement otherwise described in paragraph I, B of this Addendum.

I.    One Hundred Plus -- $1.00 for each delivered 100+ pound package and $.50 for each 100+ pound package picked up.

2

**EXHIBIT 8**
**Page 84 of 102**

**D10213**

J.      Daily Mileage Settlement -- For each mile driven daily in excess of 200 miles the following settlement shall be paid:

| 201 - 250 Miles | $0.25 per mile |
| 251 - 300 Miles | $0.30 per mile |
| 300  Plus Miles | $0.35 per mile |

Does not apply to straight trucks or tractors doing trailer spots.

K.      Spotted Trailer Settlement -- See Attachment I-1 to this Addendum.

L.      At a designated Contractor load and/or unload terminal, Contractor will be paid an additional $ .147 for packages loaded into the Equipment and $.063 for packages unloaded at the terminal.

M.      Fuel/Mileage Settlement.  In the event of substantial increases in fuel prices in Contractor's terminal area, Contractor shall receive an additional fuel/mileage settlement, calculated as follows:

Fuel Price per Gallon  $1.25  $1.35  $1.45  $1.55  $1.65  $1.75  $1.85  $1.95

Settlement per Mile   +.01¢  +.02¢  +.03¢  +.04¢  +.05¢  +.06¢  +.07¢  +.08¢

For purposes of calculating this settlement, fuel prices will be based on the lowest self-service cash price available to Contractor within a five-mile radius of the terminal.

## II.      Contractor and Van Availability Settlement

A.      Van availability settlement of $45 for each business day that Contractor makes a van or straight truck and a qualified driver available and provides services under the Agreement.  Tractors and supplemental vans are not eligible for this daily van availability.

B.      A holiday van availability bonus of $50 if Contractor makes the Equipment, including P&D tractors, and a qualified driver available on both the work day falling immediately before and the work day falling immediately after the following national holidays:

| New Year's Day | Memorial Day |
| Fourth of July | Labor Day |

6/5/00

**EXHIBIT 8**
**Page 85 of 102**

D10214

C.   A holiday van availability bonus of $100 if Contractor makes the Equipment, including P&D tractors, and a qualified driver available on both the work day falling immediately before and the work day falling immediately after the Thanksgiving and the day after Thanksgiving Holidays and Christmas Eve and Christmas Day holidays.

D.   The Company reserves the right to name the work days preceding and following any holiday falling on or in conjunction with a weekend.

III.   **Temporary Core Zone Density Settlement.**   See Attachment I-3 to this Addendum.

IV.   **Flex Program.**   Daily flex fee of $7.50, payable as provided in the Agreement.  P&D Contractors operating a tractor/trailer to perform P&D work may elect to participate in the Flex Program but will only receive the daily flex fee on days they actually make a live pickup or delivery stop.  P&D trailer spots do not qualify for the daily flex fee.  By initialing the appropriate space below, Contractor

_Ji_ elects

____ elects not

to participate in the Flex Program.

V.   **Quarterly Performance Settlement**

A.   After Contractor has been a contractor one full year, FedEx Ground agrees to provide additional settlement to Contractor for overall performance of the obligations imposed by this Agreement on a quarterly basis in accordance with the following provisions:

1.   The Quarterly Performance Settlement shall be fixed at 2.25 percent of the gross P&D settlement for the quarter on each one of Contractor's approved P&D van, truck, and tractor operations, including settlement earned in support of linehaul operations.

2.   Quarterly Performance Settlement shall not exceed $2,000 per P&D van, truck, or tractor each year.

3.   Supplemental equipment is not eligible for separate Quarterly Performance Settlement.  Settlement earned by supplemental equipment shall be included in Contractor's gross P&D settlement subject to the 2.25 percent computation.

6/5/00

**EXHIBIT 8**
**Page 86 of 102**

D10215

4.    To qualify for this settlement, Contractor must be an active contractor for the entire quarter.  Quarterly Performance Settlement will not be paid if Contractor terminates, for any reason, during the quarter, and will not be paid on gross settlement earned by any van, truck, or tractor operation that is terminated during the quarter.

5.    The Quarterly Performance Settlement shall be paid in the period following the end of the quarter.

6.    Contractor may elect to have this settlement deposited to Contractor's interest-bearing Service Guarantee Account, added to a previously established HR-10 Plan, or take it in cash settlement, as specified below.

B.    Contractor hereby elects as follows:

1.    Portion to HR-10 Plan                                     $0$ %
2.    Portion to Service Guarantee Account
      or to Cash Settlement                                     $0$ %

                          Total                              2.25% *

                          Contractor initial  _J T_

## VI.    Service Bonus

A.    A Contractor with more than one, but less than five, years as a P&D contractor shall receive a Service Bonus of $500; credited to the Service Guarantee Account on the anniversary of the date Contractor first became a P&D Contractor for FedEx Ground.

B.    If a Contractor has five or more years as a P&D Contractor, the Service Bonus shall be $1,000.

C.    If a Contractor has ten or more years as a P&D Contractor, the Service Bonus shall be $1,500.

D.    If a Contractor has fifteen or more years as a P&D Contractor, the Service Bonus shall be $2,000.

6/5/00

5

**EXHIBIT 8**
**Page 87 of 102**

D10216

EFFECTIVE:

## ATTACHMENT I-2 TO ADDENDUM 3

### PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

### RAILHEAD, AIRPORT, STORAGE STAGING AREA
### AND SHUTTLE SETTLEMENTS

Name and Location                                                    Settlement ($)

Note:   Settlement is a composite amount and includes drops, hooks, and other activities related
to picking up or delivering equipment at the above locations.

D10217

**EXHIBIT 8**
**Page 88 of 102**

An FedEx CMS and approved second P&D van or truck operated by a P&D Contractor shall also receive a Service Bonus, credited to the Service Guarantee Account of that second unit on the anniversaries and in the amounts specified above. Up to third and fourth additional units shall be eligible for the Service Bonus.

VII. **Added** Service Settlement.   See Attachment I-4 to this Addendum.

6

EFFECTIVE:

## ATTACHMENT I-1 TO ADDENDUM 3

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

## SPOTTED TRAILER SETTLEMENTS

Account                                                                    Settlement ($)

Notes:

1.  RPS agrees to pay Contractor a full settlement per account when a trailer is spotted (or a previously spotted trailer is picked up) and no other pick-up or deliveries are performed enroute to or from the terminal.

2.  RPS agrees to pay Contractor a half settlement per account when a trailer is spotted (or previously spotted trailer is picked up) and pick-up and/or deliveries are made enroute either to or from the terminal.

3.  If other pick-up and/or deliveries are performed enroute both before and after a trailer is spotted (or a previously spotted trailer is picked up), RPS agrees to pay Contractor a Drop and Hook settlement of $6 in addition to any other settlement due Contractor for pick-ups and deliveries.

**EXHIBIT 8**
**Page 90 of 102**

D10219

EFFECTIVE: *6/4/00*                                                                                    *6/7/99*

## ATTACHMENT I-3 TO ADDENDUM 3

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

## TEMPORARY CORE ZONE DENSITY SETTLEMENT

| Core Zone | Settlement ($) | | |
|---|---|---|---|
| | Package Van | Straight Truck | Tractor/Trailer |

*see attached Core zone Density Settlement sheet dated 6/1/00.*

Core Zones are comprised of one or more five-digit ZIP Code areas.

If Contractor provides pick-up and/or delivery service in more than one Core Zone on any one day, Contractor's Core Zone settlement for that day shall be prorated between the Core Zones, taking into consideration the number of stops in each Core Zone for vans and packages and stops for straight trucks and tractor/trailers.

For Contractors driving greater than 200 miles a day, the miles driven and differences in Core Zone settlement are also considered.

Core Zone settlement will be prorated if Contractor provides pick-up and/or delivery service for less than seven hours in any one day.

**EXHIBIT 8**
**Page 91 of 102**

**D10220**

Memorandum

Date:      06/01/00

To:        TERMINAL MANAGER

From:      JON ROCCHINO

Subject:   TEMPORARY CORE ZONE DENSITY SETTLEMENT
           (ANAK-0995)

Copies:    ROEM-NWST
           MARSHA OBENAUF

     Attached are revised copies of Attachment III-1 to Addendum 3
of the Pick-Up and Delivery Contractor Operating Agreement
for your terminal.  These changes go into effect June 01,2000.
Please review and distribute these changes to all contractors
immediately.

     According to the agreement, all contractors must have a thirty
day notice of T.C.Z.D.S. rate changes.

Attachment:

     As stated.


JPR:wsg

EXHIBIT 8
Page 92 of 102

D10221

EFFECTIVE: 06/01/2000                    TERMINAL: 0995

ATTACHMENT III-1 TO ADDENDUM 3

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

TEMPORARY CORE ZONE DENSITY SETTLEMENT

| Core Zone | Package Van | Settlement ($) Straight Truck | Tractor/Trailer |
|-----------|-------------|-------------------------------|-----------------|
| 501 | $25 | $45 | $46 |
| 502 | $57 | $42 | $42 |
| 503 | $12 | $42 | $42 |
| 504 | $53 | $46 | $48 |
| 505 | $93 | $62 | $70 |
| 506 | $69 | $57 | $64 |
| 507 | $51 | $45 | $46 |
| 508 | $30 | $46 | $48 |
| 509 | $14 | $43 | $44 |
| 510 | $16 | $45 | $46 |
| 511 | $14 | $43 | $44 |
| 512 | $18 | $46 | $48 |
| 513 | $16 | $45 | $46 |
| 514 | $18 | $46 | $48 |
| 515 | $31 | $43 | $44 |
| 516 | $77 | $49 | $42 |
| 517 | $42 | $43 | $44 |
| 518 | $11 | $37 | $36 |
| 519 | $12 | $42 | $42 |
| 520 | $16 | $45 | $46 |
| 521 | $18 | $46 | $48 |
| 522 | $12 | $42 | $42 |
| 523 | $16 | $45 | $46 |
| 524 | $12 | $42 | $42 |
| 567 | $99 | $74 | $87 |
| 577 | $100 | $67 | $78 |
| 599 | $12 | $42 | $42 |
| 645 | $111 | $94 | $114 |
| 654 | $100 | $104 | $129 |
| 687 | $116 | $104 | $129 |
| 695 | $28 | $42 | $42 |

Core zones are comprised of one or more five digit zip code areas.

Received by,

_____      _____
(Contractor)                     (Date)

**EXHIBIT 8**
**Page 93 of 102**

**D10222**

EFFECTIVE: 6/4/00

## ADDENDUM 4

### PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

### PRIMARY SERVICE AREA

Contractor's Primary Service Area is as described below:

(Copy of Contractor's load chart and pickup listing should be attached.)

All Pickups and Deliveries in the following zip codes.

| | |
|---|---|
| 99501 | Anchorage. |
| 99503 | Anchorage. |
| 99505 | Fort Richardson |
| 99506 | Elmendorf Air Force Base |
| 99510 | Anchorage - P.O. Box in 99501 |
| 99513 | Anchorage - Federal Building 222 w 7th Ave |
| 99516 | Anchorage - |
| 99520 | Anchorage - P.O. Box in 99501 |
| 99524 | Anchorage - P.O. Box in 99503 |
| 99599 | Anchorage - General Delivery in 99503 |
| 99695 | Anchorage - General Delivery to Anchorage. |

Signature

**EXHIBIT 8**
**Page 94 of 102**

D10223

EFFECTIVE:

## ATTACHMENT I-4 TO ADDENDUM 3

## PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

## ADDED SERVICE SETTLEMENT

Contractor will receive additional settlement in the amounts shown below for each day an approved helper is used and the total number of pickup and delivery stops completed by Contractor are greater than the established thresholds.

| Contractor | $15 Threshold | $20 Threshold | $30 Threshold |
|---|---|---|---|
| | _____ stops | _____ stops | _____ stops |

**EXHIBIT 8**
**Page 95 of 102**
D10224

EFFECTIVE: 6/5/00

ADDENDUM 5

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

PROPRIETARY INTEREST

RPS recognizes that Contractor has a proprietary interest in the customer accounts in Contractor's Primary Service Area, as defined in Addendum 4 of this Agreement (but excluding package deliveries assigned by shippers to the FedEx Home Delivery division of FedEx Ground, f/k/a RPS). RPS also recognizes that in the event Contractor's Primary Service Area is reconfigured, resulting in customers previously served by contractor being permanently reassigned, Contractor is entitled to payment. Such payment may be from other contractors or from RPS, in accordance with the provisions of Paragraph 5.3 of this Agreement.

> For every delivery package relinquished, under the provisions of Paragraph 5.3 of the Agreement, Contractor is entitled to a minimum payment of $1.00 per package.

> For every pick-up package relinquished, under the provisions of Paragraph 5.3 of the Agreement, Contractor is entitled to a minimum payment of $2.00 per package. This does not include trailer spots.

As Contractor's settlement and density increase in the Primary Service Area, the potential value of Contractor's customers may increase. Contractor may offer more than the minimum amounts prescribed above for packages being relinquished by another contractor, in order to gain additional customers and increase profitability, or Contractor may sell to the highest bidder when Contractor's customers are being reassigned. RPS makes no guarantees of such increases, nor will RPS interfere in such transactions between Contractor and other persons who have the capability and qualifications to perform the services required by this Agreement.

In the event a trailer spot, pick-up or delivery being performed by a P&D Contractor operating a tractor/trailer is permanently returned to a P&D Contractor operating a van or straight truck, RPS shall pay the tractor/trailer Contractor a one-time payment of $100.00 for each such trailer spot.

In every case involving payment for packages transferred between contractors, whether tractor/trailer, van, or straight truck, the reason must be based on RPS' determination, reasonably made, that such changes in pick-up and delivery assignments are permanent, not seasonal, nor known to be of short duration.

**EXHIBIT 8**
**Page 96 of 102**
D10225

EFFECTIVE: 6/7/99

ADDENDUM 6

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

CONTRACTOR CUSTOMER SERVICE PROGRAM

Beginning with the completion of one full RPS accounting period, a P&D Contractor is eligible to receive an individual, performance related bonus, each period, under the Contractor Customer Service (CCS) Program.

Payment of this bonus will be based on Contractor's individual performance or the performance of Contractor's employed driver, the length of Contractor's service and on Contractor's terminal meeting its CCS Goals.

| Contract Service | Individual Safety and Customer Service | Terminal Local Inbound Service Goals |
|---|---|---|
| 1 year - 3 years | $205.00 per period | 1st Level pays $50 |
| 3 years - 5 years | 230.00 per period | 2nd Level pays $75 |
| Over 5 years | 260.00 per period | 99%  pays  $99 |

## INDIVIDUAL  SERVICE AND SAFETY

Each full accounting period, eligibility for  the individual CCS Bonus will be determined by the Contractor's performance in customer service and safety.  To qualify, during each period, Contractor or Contractor's driver must have no at-fault accidents, no verified customer complaints, meet the goals set for daily scanning or sheeting of packages returned to the terminal at the end of each day, and must remain a contractor and complete the full accounting period.

Examples of customer complaints include, but are not limited to, complaints about the following:

- ◆ Driver release to business.
- ◆ Unauthorized indirect deliveries.
- ◆ Rudeness, abusive, or objectionable language or behavior.
- ◆ Poor appearance or not in RPS uniform.
- ◆ Failure to follow customer instructions.
- ◆ Unsafe driving.
- ◆ Accidents or property damage.

1

**EXHIBIT 8**
**Page 97 of 102**

D10226

6/7/99

## TERMINAL SERVICE

Eligibility for the Terminal CCS Bonus will be based on whether Contractor's terminal meets its local inbound service goal. If it does, all contractors at that terminal receive the Terminal CCS Bonus; if it does not meet its goal, no one receives the Terminal Bonus.

## NO MISSED PICKUPS

A service bonus of $50 will be paid each period to every contractor who has had no missed pick-ups during that period.

Contractor may request, in writing, in the first period of each quarter, that CCS monies be deposited in Contractor's HR-10 Account, Service Guarantee Account, or be paid in the applicable weekly settlement.

Contractors with multiple vans are eligible for CCS awards for each van beginning after each such additional van has been in service for one full period.

2

**EXHIBIT 8**
**Page 98 of 102**

D10227

EFFECTIVE: 6/7/99

ADDENDUM 7

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

BUSINESS SUPPORT PACKAGE

The Business Support Package consists of the following items:

- Supply of a clean uniform each business day.
- Lease of RPS scanner, printer (where applicable) and communications and related equipment necessary for customer service and package data processing.
- Annual D.O.T. inspection.
- Drug tests meeting D.O.T. requirements.
- Equipment washing service which complies with applicable federal, state and municipal regulations pertaining to waste water run-off and at sufficient frequency to meet the Appearance Standards of Paragraph 1.12 of this Agreement.
- The opportunity, at contractor's discretion, to purchase from vendors, at RPS negotiated prices, tires, batteries, bumpers, package handling equipment, body repairs, preventive maintenance services, and painting.

Contractor is not required to purchase the Business Support Package. The cost of the Package is $8 per day, per van, for each business day Contractor is entitled to receive van availability. If Contractor elects to participate in the program, Contractor agrees to be liable for loss or damage to such equipment received under this program under the following conditions:

1. Loss while in the possession of Contractor;
2. Willful and/or intentional damage;
3. Damage resulting from disregard of vendor's recommended operating procedures.

Contractor will not be liable for normal wear and tear or defects associated with manufacture and/or vendor repair and maintenance.

By initialing the appropriate space below, Contractor

      JT elects

      _____ elects not

to participate in the Business Support Package. Contractor may change such election as provided in the Agreement.

**EXHIBIT 8**
**Page 99 of 102**

D10228

EFFECTIVE: 6/5/00

ATTACHMENT I-1 TO ADDENDUM 7

PICK-UP AND DELIVERY CONTRACTOR OPERATING AGREEMENT

TIME-OFF PROGRAM

Each contractor, at his or her own discretion, may elect to participate in the company's time-off program. The program consists of the following key elements:

A contractor is eligible to sign up for two weeks time-off during each year. Weeks available will be posted prior to the company fiscal year. (A year being the normal company fiscal year, June through the end of May).

- A contractor operating multiple vans may select time-off for each van for which deductions are made for the Business Support Package (BSP).

- Selection of time off weeks will take place in May of each year with selections made according to length of time as a contractor. Highest local inbound service for the previous full accounting period will serve as a tie-breaker.

- Each contractor will select one week off, in order, through the entire list of participating contractors before the second week is selected, in the same order.

- A contractor who signs up for the time-off program must remain in the program for the entire year.

The Time-Off Program will provide participating contractors with two weeks off under the following conditions:

- The contractor's van will not be used to service his or her work area.

- The contractor will have no liability for accidents, claims or service resulting from the activities of the individual working in his work area during his absence.

- Contractor's eligibility for a CCS bonus during the time-off period will not be affected by the replacement driver.

Prior to taking time-off, the replacement driver will ride with the contractor an appropriate number of days to familiarize himself with the contractor's work area.

- The contractor is expected to provide guidance, suggestions, and advice concerning the most efficient manner of serving his work area and any special customer requirements.

**EXHIBIT 8**
**Page 100 of 102**

D10229

6/5/00

- The cost of such familiarization rides is included in the Time-Off Program.

To participate in the Time-Off Program, Contractor must indicate that he or she understands and agrees to the following provisions:

- For two weeks time-off, Contractor agrees to have an additional $3.00 added to the daily BSP settlement deduction.

- Contractor will not receive any settlement for work performed by the replacement driver in his or her work area during the time-off period.

- If a contract is terminated for any reason, contractor is not entitled to any reimbursement of monies collected in the BSP for time-off.

- If a contract is terminated and contractor has taken all or part of his selected time-off, the remaining monies owed to the BSP for the Time-Off Program that year will be deducted from final settlement.

- If a contract is not renewed at the time it expires and contractor is participating in the Time-Off Program but has not taken any time-off, he or she will be reimbursed the amount paid into the BSP for time-off.

- If a contractor, participating in the Time-Off Program, sells his or her work area and the buyer agrees to participate in the program and continue the BSP deduction for the remainder of the year, the selling contractor will not be charged for the remainder of the year. In that case, the buyer will assume the days off selected by the selling contractor.

- Any contractor participating in the Time-Off Program may sell or trade his selected days off to any other contractor. Terminal management must be informed for planning purposes only. Settlement deduction may be used for such transactions using the Contractor Equity Settlement Deduction form (SET005), not to exceed $1,000.

I wish to participate in the Time-Off Program and hereby acknowledge that I understand and accept the above provisions and conditions of the Time-Off Program.

_I choose not to Participate if this year_

| Signature | Printed Name | Date |

**EXHIBIT 8**
**Page 101 of 102**

2

D10230

## SIGNATURE PAGE

## P&D CONTRACTOR OPERATING AGREEMENT

By their execution of this Signature Page to the current P&D Contractor Operating Agreement dated * _06/04/00_____ (the "Agreement"), RPS and Contractor each agree that effective 6/5/00, revised Addendum 3 and 5, Attachment I-1 to Addendum 7 supersede the same previously executed Addendums and, except for the changes and additions in these revised Addendums, the Agreement remains in full force and effect, and each party agrees to continue to be bound by the terms of that Agreement.

RPS, INC.                                    CONTRACTOR

_Peter Ricks_____            _____
Signature                                    Signature

_Senior Manager_____            _J.C. Thompson_____
Title                                        Printed Name

_06/04/00_____            _06/04/00_____
Date                                         Date

* Date current contract was signed.

**EXHIBIT 8**
**Page 102 of 102**

D10231