EXHIBIT 10

Pulse                                FedEx Ground

Date:       03/25/02

To:         TM/ANAK - 935

From:       Carol Dubbs
            Maintenance

Subject:    **Approval**
            Supplemental Van

Copies:     M. Sefick
            K. Lion
            NWTS RMSM
            NWTS ROEM

*Corrected to Chevy 4/4/02*

Contractor, John Thompson # _____ has been **approved** to purchase a (02 Ford F-600) as a supplemental vehicle unit #780855.

Make sure the contractor completes a OCS Protective Insurance form and sends it to the Settlement Dept. Coordinate with them to insure proper payment.

SPECIAL INSTRUCTIONS:   As vehicle does not have enough GVW for cu.ft., any breakdowns resulting in service failure will be held against contractor and his service agreement.

Please send hard copy of photo showing rear vision camera mounted on vehicle ASAP. Thanks!



REDACTED

supvan2

D10481

**EXHIBIT 10**
Page 1 of 4

SUBMITTED BY: **Peter Ricks**
TERMINAL NAME/NUMBER: **ANAK 995**
** DO NOT PULSE ** SIGNATURE REQUIRED ** SEND TO REGIONAL DIRECTOR **
CONTRACTOR NAME: **John Thompson** _____ INITIAL CONTR. DATE: _____
CONTRACTOR SOC. SEC. NUMBER: _____

I requested approval for use of a supplemental unit which will be used in the following manner: _____ as a spare van, handle peak volume, daily
**Shuttle Van to move Pkg between Anchorage and Soldotna**

EQUIPMENT DESCRIPTION (attach photos, front, rear, and both sides):

MAKE: **Ford**  MODEL: **Silverado Chassis Cab**  YEAR: **2002**  APPEARANCE: **New**

DOT INSPECTION BEEN PERFORMED: _____ DATE: _____
VACUUM REPORT OF VEHICLE _____ — Form _____ — Don Fayevchich
                                                                                                    yet.
WILL OPERATE VEHICLE: **Joe Williams** _____ DOT QUALIFIED Y/N? **Yes**

WILL DRIVER BE IN FULL RPS UNIFORM Y/N **Yes** UNIFORM PROGRAM Y/N? **Purchased Uniforms.**

I understand and agree that, if approved, my operation of this equipment will be subject to all terms and conditions of the P&D Agreement, that this will be subject to all the same maintenance and safety requirements as any other similar equipment I have leased to FTN, including driver qualifications and the provisions of the Safe Driving Program and will not be given a dock loading privilege.

_____ (CONTRACTOR)  **2/12/02** DATE

RECOMMENDED APPROVAL:

**Peter Ricks** TERMINAL MANAGER  **2/12/02** DATE

_____ REGIONAL DIRECTOR  **2-13-02** DATE

SEND TO MANAGER, MAINTENANCE FOR FINAL APPROVAL

REDACTED

SUBMITTED BY: Peter Ricks                                     DATE: 02/12/02
TERMINAL NAME/NUMBER: ANAK 995
** DO NOT PULSE **    ** SIGNATURE REQUIRED **    SEND TO REGIONAL DIRECTOR **

CONTRACTOR NAME: John Thompson                INITIAL CONTR. DATE: _____

CONTRACTOR ID/SOCIAL NUMBER: _____

Is requested approval for use of a supplemental unit which will be used in the following manner (i.e., used as a spare van, handle peak volume, daily run by self or others):

Shuttle Van to Move Pkg between Anchorage and Soldotna

EQUIPMENT DESCRIPTION (attach photos, front, rear, and both sides):

MAKE: Ford    MODEL: Silverado Chassis Cab    YEAR: 2002    APPEARANCE: New-

DOT INSPECTION BEEN PERFORMED: ____ DATE: _____ PASS/FAILED ____
(attach report of vehicle inspection - Form M-090) — Don't have vehicle yet.

WHO WILL OPERATE VEHICLE? Joe Williams                DOT QUALIFIED Y/N? Yes

WILL DRIVER BE IN FULL RPS UNIFORM Y/N? Yes    UNIFORM PROGRAM Y/N? Purchased Uniforms.

I understand and agree that, if approved, my operation of this equipment will be subject to all terms and conditions of the P&D Agreement, that this will be subject to all the same maintenance and safety requirements as any other similar equipment I have leased to RPS, including driver qualifications and the provisions of the Safe Driving Program and will not be given a dock loading position.

_____[signature]_____    2/12/02
       CONTRACTOR                   DATE

--------------------------------------------------

RECOMMENDED APPROVAL:

Peter Ricks                          2/12/02
TERMINAL MANAGER                      DATE


                                     REDA—
_____              _____
REGIONAL DIRECTOR                     DATE

--------------------------------------------------

SEND TO MANAGER, MAINTENANCE FOR FINAL APPROVAL

(907) 365-8638  Fax (907) 365-8664

```
50U   SUMMIT WHITE                    /VBD
12C   GRAPHITE CLOTH
ORDER NO. DTXZQV/TRE            STOCK NO. 28-0625
VIN 1GB JK34 13 2F164768
************************************************
MODEL & FACTORY OPTIONS                    MSRP
CK36403 SILVERADO 3500 4WD CHASSI      26462.00
DG5 EXT WIDE LOAD LARGE MIRRORS          115.00
FE9 FEDERAL/NY/MA/ME/VT EMISSIONS          N/C
GT4 REAR AXLE - 3.73 RATIO                 N/C
G80 LOCKING DIFFERENTIAL-REAR AXLE       295.00
LB7 DURAMAX DIESEL 6600 V8 ENGINE       4810.00
    (INCLUDES 5 YEAR/100,000
     MILE ENGINE LIMITED WARRANTY-
     -SEE DEALER FOR DETAILS)
M74 ALLISON 5 SPD AUTOMATIC TRANS       2295.00
R6G AIR CONDITIONING NOT DESIRED         825.00-
UM7 AM/FM STEREO W/4 SPEAKERS              N/C
XEC LT215/85R16E ALS BW FRT/REAR           N/C
ZEC LT215/85R16/E BW SPARE               410.00
1SA BASE DECOR INCLUDES:                   N/C
    * 40/20/40 SEATING
    * AIR CONDITIONING W/AIR
      FILTRATION SYSTEM
```

$ 36,371 ⁰⁰
+ Dmv + Doc
Includes Box

Joe Williams Van

Exp 1/6/02

```
                              TOTAL MODEL & OPTIONS        33562.00
1.2                           DESTINATION CHARGE Summit White  720.00
```

28-0625 CK36403 LB7 M74   34282.00

---

Van Body for Cab Chassis

11' Inside w/ 3' Dorm over Cab

- Roll up rear door      ★ Fed code lighting    ★ Plywood lined walls
★ Hardwood Floor         ★ Mud Flaps            ★ ICC Bumper w/ PADS
★ Aero front             ★ Fuel Fillers         ★ 3 Lights Interior

EXHIBIT 10
Page 4 of 4

D10484