# EXHIBIT 16

**Nicole Gilmore**  To: Laura Forsmark/CORP/FXG
10/15/2002 12:45 AM  cc:
                     cc:
                     Subject: driver termination - remove from STTS

Please remove Joe Williams ss#      from the STTS for terminal ANAK/0995. He was a driver for contractor John Thompson ss#      and is no longer working for the contractor. Contractor terminated driver. If you have any questions please contact Peter Ricks SM for ANAK.
Thank You, Nicole

```
              CONTRACTOR'S DRIVER/TEMPORARY DRIVER TERMINATION NOTICE     TSM002

SUBMITTED BY  NICOLE GILMORE                           DATE 10/14/02
TERMINAL NAME/NUMBER  ANAK 0995
PULSE TO  SAFETY, RMSM


THIS PULSE MUST BE COMPLETED FOR CONTRACTOR'S DRIVER/TEMPORARY DRIVER
TERMINATION.

DRIVER'S NAME:   JOE WILLIAMS

DRIVER'S S.S. #: ___-__-____

DOMICILE #:  995

DATE OF TERMINATION:  10/04/02

REASON FOR TERMINATION:  contractor terminated driver.
=================================================================

CONTRACTOR'S NAME:  JOHN THOMPSON             (IF CONTRACTOR'S DRIVER)

CONTRACTOR'S S.S. # ___-__-____
```

*Peter FYI*

**REDACTED**

EXHIBIT (stamp)

D10057
**EXHIBIT 16**
Page 1 of 1