EXHIBIT 17

## SETTLEMENT AND RELEASE OF ALL CLAIMS

JOE W. WILLIAMS (hereinafter "WILLIAMS"), in consideration of the payment of Two Thousand Five Hundred Dollars ($2,500) by JOHN H. THOMPSON d/b/a THOMPSON and ASSOCIATES (hereinafter "THOMPSON"), on behalf of himself and his successors in interest, assigns, personal representatives and heirs, does hereby release and discharge THOMPSON and his agents, representatives, affiliates, attorneys, successors-in-interest and assigns, and any other persons or entities who may be or may be claimed to be liable by or through THOMPSON from and against any and all actions, causes of action, claims, suits, damages, and demands of every kind and nature, both known and now unknown, mature or to mature in the future, arising out of or in any manner whatsoever related to THOMPSON'S and WILLIAMS' prior business and/or alleged employer/employee relationships, including but not limited to, the relationships, actions and conduct which are the subject of the lawsuit captioned <u>Joe W. Williams v. John H. Thompson, d/b/a, Thompson and Associates; and FedEx Ground Package System, Inc.</u>, Case No. 3AN-04-11527 CI, presently pending in the Superior Court for the State of Alaska, Third Judicial District, in Anchorage, Alaska.

WILLIAMS agrees that he will not, either individually or in concert with others, make or cause to be made, acquiesce in or assist in bringing any further action for damages of any kind against THOMPSON because of, on account of, or in any manner connected with the matters enumerated above. WILLIAMS further states that he has been advised of the Alaska Supreme Court's decision in <u>Witt v. Watkins</u>, 579 P.2d 1065 (Alaska 1978). Nevertheless, he acknowledges and represents that it is his intent to unequivocally

**EXHIBIT 17**
Page 1 of 4

release and forever discharge the persons and entities named above for any and all claims accrued, accruing, or which may accrue in the future as a result of, in connection with, or related to any change in the nature or extent of the claimed damages, or as a result of discovery of new damages.

WILLIAMS acknowledges that he is familiar with the decisions of the Alaska Supreme Court in <u>Young v. State</u>, 455 P.2d 889 (Alaska 1969) and <u>Totem Tug & Barge, Inc. v. Alyeska Pipeline Co.</u>, 584 P.2d 15 (Alaska 1978), and he states that it is his true intent and desire to fully release all individuals, entities or firms generally described above as fully as though such individuals, entities or firms were specifically listed and named herein.

It is expressly understood and agreed that THOMPSON has not offered any opinion or guarantee to WILLIAMS regarding any tax consequences of this Release of All Claims or payment made thereunder. It is further understood and agreed that THOMPSON does not assume any tax liability of WILLIAMS arising out of this Release of All Claims or payment made thereunder.

WILLIAMS acknowledges that all the terms and conditions of this Release of All Claims have been completely read and are fully understood. He acknowledges that no promise or inducement that is not expressed herein has been made to him and, in executing this Release of All Claims, he does not rely upon any statement or representation made by or on behalf of any of the persons or entities hereby released concerning the nature, extent, or duration of any damages, or legal liability therefore.

SETTLEMENT AND RELEASE OF ALL CLAIMS
Williams v. Thompson – Case No. 3AN-04-11523 CI
Page 2
79571/7389.2

**EXHIBIT 17**
**Page 2 of 4**

WILLIAMS understands that this settlement is a compromise of disputed claims and that the payment of the above consideration is not to be construed as an admission of liability on the part of THOMPSON, by whom liability is expressly denied. Pursuant to this settlement, the claims against THOMPSON in the pending lawsuit captioned Joe W. Williams v. John H. Thompson, d/b/a, Thompson and Associates; and FedEx Ground Package System, Inc., Case No. 3AN-04-11527 CI, Superior Court, Third Judicial District, Anchorage, Alaska, shall be dismissed with prejudice, with each party to bear their own costs and attorney fees.

Because WILLIAMS is represented by counsel, and because all counsel have had the opportunity to review this settlement agreement and release, to propose revisions, and to resolve any ambiguities, it is agreed and understood that the rule of construction against the drafter shall not apply. This release, and its interpretation, shall be governed by the laws of the State of Alaska.

WILLIAMS agrees that this Release of All Claims represents the entire agreement between the parties. It is the exclusive, final and complete agreement and the terms hereof are contractual and not merely recital.

**READ CAREFULLY BEFORE SIGNING**

Dated  JUN 29-05                              /s/ Joe W. Williams
                                              Joe W. Williams

SETTLEMENT AND RELEASE OF ALL CLAIMS
Williams v. Thompson – Case No. 3AN-04-11527 CI
Page 3
78571/7389.2

EXHIBIT 17
Page 3 of 4

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

The foregoing instrument was acknowledged before me this __29__ day of June, 2005, by Joe W. Williams.

_____
Notary Public in and for Alaska
My Commission Expires: Oct 2, 2006

SETTLEMENT AND RELEASE OF ALL CLAIMS
Williams v. Thompson – Case No. 3AN-04-11527 CI
Page 4
78571/7389.2

**EXHIBIT 17**
**Page 4 of 4**