# EXHIBIT 24

# Exhibit 24

Exhibit 24 (Thompson's Bank Statements) to be filed under seal should the Court grant FedEx Ground's pending Motion to Seal Exhibits D and 24 to Defendant's Motion for Summary Judgment