EXHIBIT 28

| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2002** | (99) | IRS use only — Do not write or staple in this space. |
|---|---|---|---|

For the year Jan 1 - Dec 31, 2002, or other tax year beginning _____, 2002, ending _____, 20___     OMB No. 1545-0074

**Label** (See instructions.)

Your first name: Joseph   MI: W   Last name: Williams

Your social security number: [REDACTED]

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name   MI   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.
PO Box 672236

▲ **Important!** ▲
You **must** enter your social security number(s) above.

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
Chugiak                                                                       AK      99567

**Presidential Election Campaign** (See instructions.)

▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

You: ☐ Yes  [X] No     Spouse: ☐ Yes  ☐ No

**Filing Status**

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here ▶ _____
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ... ▶ ___ ). (See instructions.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

b ☐ Spouse

No. of boxes checked on 6a and 6b ..... 1

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| Wade Williams | | Son | [X] |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you ..... 1
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above

If more than five dependents, see instructions.

d Total number of exemptions claimed ..... Add numbers on lines above ▶ 2

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7  | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 1,680. |
|----|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b  | Tax-exempt interest. Do not include on line 8a     8b | | |
| 9  | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 5,078. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ......  15a _____   b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities ...  16a _____   b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ...... 20a _____   b Taxable amount (see instrs) | 20b | |
| 21 | Other income  SEE STMT FORM 8814 41. | 21 | 1,582. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 8,340. |

**REDACTED**

**EXHIBIT 28**
**Page 1 of 10**

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) | 23 | |
|----|---|---|---|
| 24 | IRA deduction (see instructions) | 24 | |
| 25 | Student loan interest deduction (see instructions) | 25 | |
| 26 | Tuition and fees deduction (see instructions) | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | 359. |
| 30 | Self-employed health insurance deduction (see instructions) | 30 | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings | 32 | |
| 33a | Alimony paid  b Recipient's SSN ▶ _____ | 33a | |
| 34 | Add lines 23 through 33a | 34 | 359. |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income ▶ | 35 | 7,981. |

EXHIBIT 28
WILLIAMS
P10000

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  10/16/02   Form 1040 (2002)

Form 1040 (2002)  Joseph W Williams                                               Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 36 | Amount from line 35 (adjusted gross income) | 36 | 7,981. |

37a Check if:  ☐ You were 65/older,  ☐ Blind;  ☐ Spouse was 65/older,  ☐ Blind.
   Add the number of boxes checked above and enter the total here ▶ 37a
 b If you are married filing separately and your spouse itemizes deductions,
   or you were a dual-status alien, see instructions and check here ▶ 37b ☐

**Standard Deduction for —**
• People who checked any box on line 37a or 37b or who can be claimed as a dependent, see instructions.
• All others:
Single, $4,700
Head of household, $6,900
Married filing jointly or Qualifying widow(er), $7,850
Married filing separately, $3,925

| 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 38 | 6,900. |
|---|---|---|---|
| 39 | Subtract line 38 from line 36 | 39 | 1,081. |
| 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet in the instructions | 40 | 6,000. |
| 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 0. |
| 42 | Tax (see instrs). Check if any tax is from a [X] Form(s) 8814  b ☐ Form 4972 | 42 | 75. |
| 43 | Alternative minimum tax (see instructions). Attach Form 6251 | 43 | |
| 44 | Add lines 42 and 43 | 44 | 75. |
| 45 | Foreign tax credit. Attach Form 1116 if required | 45 | |
| 46 | Credit for child and dependent care expenses. Attach Form 2441 | 46 | |
| 47 | Credit for the elderly or the disabled. Attach Schedule R | 47 | |
| 48 | Education credits. Attach Form 8863 | 48 | |
| 49 | Retirement savings contributions credit. Attach Form 8880 | 49 | |
| 50 | Child tax credit (see instructions) | 50 | 75. |
| 51 | Adoption credit. Attach Form 8839 | 51 | |
| 52 | Credits from:  a ☐ Form 8396  b ☐ Form 8859 | 52 | |
| 53 | Other credits. Check applicable box(es):  a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify | 53 | |
| 54 | Add lines 45 through 53. These are your total credits | 54 | 75. |
| 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- | 55 | 0. |

**Other Taxes**
| 56 | Self-employment tax. Attach Schedule SE | 56 | 718. |
|---|---|---|---|
| 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| 58 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 58 | |
| 59 | Advance earned income credit payments from Form(s) W-2 | 59 | |
| 60 | Household employment taxes. Attach Schedule H | 60 | |
| 61 | Add lines 55-60. This is your total tax | 61 | 718. |

**Payments**
If you have a qualifying child, attach Schedule EIC.

| 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 155. | |
|---|---|---|---|---|
| 63 | 2002 estimated tax payments and amount applied from 2001 return | 63 | | |
| 64 | **Earned income credit (EIC)** | 64 | 2,168. | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 65 | | |
| 66 | Additional child tax credit. Attach Form 8812 | 66 | | |
| 67 | Amount paid with request for extension to file (see instructions) | 67 | | |
| 68 | Other pmts from:  a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 68 | | |
| 69 | Add lines 62 through 68. These are your total payments | | | 69 | 2,323. |

**Refund**
Direct deposit? See instructions and fill in 71b, 71c, and 71d.

| 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 70 | 1,605. |
|---|---|---|---|
| 71a | Amount of line 70 you want **refunded to you** | 71a | 1,605. |
|   | b Routing number _____  c Type: [X] Checking  ☐ Savings |  | |
|   | d Account number _____ |  | |
| 72 | Amount of line 70 you want applied to your 2003 estimated tax ▶ 72 | | |

**Amount You Owe**
| 73 | Amount you owe. Subtract line 69 from line 61. For details on how to pay, see instructions | 73 | |
|---|---|---|---|
| 74 | Estimated tax penalty (see instructions) | 74 | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. [X] No
Designee's name ▶            Phone no. ▶            Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶            Date            Your occupation  Self Employeed            Daytime phone number
Spouse's signature. If a joint return, both must sign. ▶            Date            Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶ Jos? W Williams            Date            Check if self-employed ☐            Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶ Self-Prepared            EIN            P10001
                                                                                Phone no.

REDACTED

03/20/2006  12:28   9072603027   L&K TRANSPORT INC   PAGE 02/10

| SCHEDULE C<br>(Form 1040) | Profit or Loss from Business<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.<br>▶ Attach to Form 1040 or 1041.  ▶ See instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>**2002**<br>09 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | |

Name of proprietor: **Joseph W Williams**  Social security number (SSN): [REDACTED]

A Principal business or profession, including product or service (see instructions): **Trucking**
B Enter code from instructions: ▶ **484110**
C Business name. If no separate business name, leave blank: **JWW Trucking**
D Employer ID number (EIN), if any:
E Business address (including suite or room no.) ▶ **PO Box 672236**
  City, town or post office, state, and ZIP code **Chugiak, AK 99567**
F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
G Did you 'materially participate' in the operation of this business during 2002? If 'No,' see instructions for limit on losses ... [X] Yes  [ ] No
H If you started or acquired this business during 2002, check here ................................................ ▶ [X]

### Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 38,470. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 38,470. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 38,470. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 38,470. |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see instructions) | 9 | | 20 Rent or lease (see instructions): | | |
| 10 | Car and truck expenses (see instructions) | 10 | 8,946. | a Vehicles, machinery, and equipment | 20a | |
| | | | | b Other business property | 20b | |
| 11 | Commissions and fees | 11 | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 16,861. | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Meals and entertainment ... 10,560. | | |
| 15 | Insurance (other than health) | 15 | | c Enter nondeductible amount included on line 24b (see instrs) ... 5,280. | | |
| 16 | Interest: | | | d Subtract line 24c from line 24b | 24d | 5,280. |
| | a Mortgage (paid to banks, etc) | 16a | | 25 Utilities | 25 | 483. |
| | b Other | 16b | | 26 Wages (less employment credits) | 26 | |
| 17 | Legal & professional services | 17 | 1,400. | 27 Other expenses (from line 48 on page 2) | 27 | |
| 18 | Office expense | 18 | 422. | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | 33,392. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | 5,078. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | 31 | 5,078. |

- If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
- If a loss, you must go to line 32.

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
- If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you must attach Form 6198.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

**REDACTED**

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.  FDIZ0112 08/13/02  Schedule C (Form 1040) 2002

P10002
**EXHIBIT 28**
**Page 3 of 10**

Schedule C (Form 1040) 2002   Joseph W Williams                                                                  Page 2

**Part III  Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ................................................................................................ ☐ Yes ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation .......................................................................................... | 35 |

36  Purchases less cost of items withdrawn for personal use ....................................... | 36 |

37  Cost of labor. Do not include any amounts paid to yourself ..................................... | 37 |

38  Materials and supplies .................................................................................... | 38 |

39  Other costs .................................................................................................. | 39 |

40  Add lines 35 through 39 ................................................................................. | 40 |

41  Inventory at end of year ................................................................................. | 41 |

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 .......... | 42 |

**Part IV  Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _ _ .

44  Of the total number of miles you drove your vehicle during 2002, enter the number of miles you used your vehicle for:
    a Business _ _ _ _ _ _ _ _ _ _    b Commuting _ _ _ _ _ _ _ _ _ _    c Other _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? .............................................. ☐ Yes ☐ No

46  Was your vehicle available for personal use during off-duty hours? ........................................................ ☐ Yes ☐ No

47a  Do you have evidence to support your deduction? ................................................................................ ☐ Yes ☐ No

  b  If 'Yes,' is the evidence written? ............................................................................................................ ☐ Yes ☐ No

**Part V  Other Expenses.** List below business expenses not included on lines 8 – 26 or line 30.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _

48  Total other expenses. Enter here and on page 1, line 27 ...................................................... | 48 |

Schedule C (Form 1040) 2002

**EXHIBIT 28**
**Page 4 of 10**

P10003

FOIZ0112  08/13/02

REDACTED

03/20/2006  12:28   9072693027   L&K TRANSPORT INC   PAGE 04/10

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

► Attach to Form 1040. ► See instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2002**

17

Name of person with self-employment income (as shown on Form 1040)
Joseph W Williams

Social security number of person with self-employment income ►

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE. See instructions.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 56.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



REDACTED

## Section A – Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 5,078. |
| 3 Combine lines 1 and 2 | 3 | 5,078. |
| 4 **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ► | 4 | 4,690. |
| 5 **Self-employment tax.** If the amount on line 4 is: | | |
| • $84,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56.** | | |
| • More than $84,900, multiply line 4 by 2.9% (.029). Then, add $10,527.60 to the result. Enter the total here and on **Form 1040, line 56.** | 5 | 718. |
| 6 **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 29** | 6 | 359. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 2002

FDIA1101 10/22/02

EXHIBIT 28
Page 5 of 10

P10004

| Form **8814** | | **Parents' Election to Report Child's Interest and Dividends** ► See instructions. ► Attach to parents' Form 1040 or Form 1040NR. | | OMB No. 1545-1128 **2002** 40 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on your return: Joseph W Williams

Your social security number:

**Caution:** *The Federal Income tax on your child's income, including capital gain distributions, may be less if you file a separate tax return for the child instead of making this election. This is because you cannot take certain tax benefits that your child could take on his or her own return. For details, see* **Tax Benefits You May Not Take** *in the instructions.*

**A** Child's name (first, initial, and last): Wade Williams

**B** Child's social security number:

**C** If more than one Form 8814 is attached, check here ........ ► ☐

### Part I — Child's Interest and Dividends to Report on Your Return

| | | |
|---|---|---|
| **1a** Enter your child's **taxable** interest. If this amount is different from the amounts shown on the child's Forms 1099-INT and 1099-OID, see the instructions | **1a** | |
| **b** Enter your child's **tax-exempt** interest. Do not include this amount on line 1a ..... **1b** | | |
| **2** Enter your child's ordinary dividends, including any Alaska Permanent Fund dividends. If your child received any ordinary dividends as a nominee, see the instructions | **2** | 1,541. |
| **3** Enter your child's capital gain distributions. If your child received any capital gain distributions as a nominee, see the instructions | **3** | |
| **4** Add lines 1a, 2, and 3. If the total is $1,500 or less, skip lines 5 and 6 and go to line 7. If the total is $7,500 or more, do not file this form. Your child must file his or her own return to report the income | **4** | 1,541. |
| **5** Base amount | **5** | 1,500. |
| **6** Subtract line 5 from line 4. If you checked the box on line C above or if you entered an amount on line 3, see the instructions. Also, include this amount in the total on Form 1040, line 21, or Form 1040NR, line 21. In the space next to line 21, enter 'Form 8814' and show the amount. Go to line 7 below ► | **6** | 41. |

### Part II — Tax on the First $1,500 of Child's Interest and Dividends

| | | |
|---|---|---|
| **7** Amount not taxed | **7** | 750. |
| **8** Subtract line 7 from line 4. If the result is zero or less, enter 0 | **8** | 791. |
| **9** **Tax.** Is the amount on line 8 less than $750? ☒ **No.** Enter $75 here and see the **Note** below. ☐ **Yes.** Multiply line 8 by 10% (.10). Enter the result here and see the **Note** below. | **9** | 75. |

**Note:** *If you checked the box on line C above, see the instructions. Otherwise, include the amount from line 9 in the tax you enter on Form 1040, line 42, or Form 1040NR, line 40. Be sure to check box a on Form 1040, line 42, or Form 1040NR, line 40.*

BAA  For Paperwork Reduction Act Notice, see separate instructions.

Form 8814 (2002)

FDIA5501  10/31/02

REDACTED

EXHIBIT 28
Page 6 of 10

P10005

| SCHEDULE EIC (Form 1040A or 1040) | Earned Income Credit | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | Qualifying Child Information<br>Complete and attach to Form 1040A or 1040 only if you have a qualifying child. | **2002**<br>43 |
| Name(s) shown on return<br>Joseph W Williams | | Your social security number |

*Before you begin:* See the instructions for Form 1040A, line 41, or Form 1040, line 64, to make sure that (a) you can take the EIC and (b) you have a qualifying child.

**CAUTION:**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

## Qualifying Child Information

| | | Child 1 | | Child 2 | |
|---|---|---|---|---|---|
| | | First name | Last name | First name | Last name |
| 1 | Child's name. If you have more than two qualifying children, you only have to list two to get the maximum credit | Wade | Williams | | |
| 2 | Child's SSN. The child must have an SSN as defined in the Form 1040A or Form 1040 instructions unless the child was born and died in 2002. If your child was born and died in 2002 and did not have an SSN, enter 'Died' on this line and attach a copy of the child's birth certificate | | | | |
| 3 | Child's year of birth | Year 1995<br>If born after January 1, 1984, skip lines 4a and 4b; go to line 5. | | Year ____<br>If born after January 1, 1984, skip lines 4a and 4b; go to line 5. | |
| 4 | If the child was born before January 2, 1984 — | | | | |
| a | Was the child under age 24 at the end of 2002 and a student? | ☐ Yes. Go to line 5. | ☐ No. Continue | ☐ Yes. Go to line 5. | ☐ No. Continue |
| b | Was the child permanently and totally disabled during any part of 2002? | ☐ Yes. Continue | ☐ No. The child is not a qualifying child. | ☐ Yes. Continue | ☐ No. The child is not a qualifying child. |
| 5 | Child's relationship to you (for example, son, daughter, grandchild, niece, nephew, foster child, etc) | Son | | | |
| 6 | Number of months child lived with you in the United States during 2002<br>• If the child lived with you for more than half of 2002 but less than 7 months, enter '7'.<br>• If the child was born or died in 2002 and your home was the child's home for the entire time he or she was alive during 2002, enter '12' | 12 months<br>Do not enter more than 12 months. | | ____ months<br>Do not enter more than 12 months. | |

**TIP** You may also be able to take the additional child tax credit if your child (a) was under age 17 at the end of 2002, (b) is claimed as your dependent on line 6c of Form 1040A or Form 1040, and (c) is a U.S. citizen or resident alien. For more details see the instructions for line 42 of Form 1040A or line 66 of Form 1040.

BAA For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.   Schedule EIC (Form 1040A or 1040) 2002

FDIA7401  10/29/02

**REDACTED**

EXHIBIT 28
Page 7 of 10

P10006

# Form 4562
Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
(Including Information on Listed Property)
► See separate instructions.
► Attach to your tax return.

OMB No. 1545-0172

**2002**

Attachment Sequence No. 67

Name(s) shown on return: Joseph W Williams

Identifying number: [REDACTED]

Business or activity to which this form relates: Sch C Trucking

### Part I — Election To Expense Certain Tangible Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| # | Description | Amount |
|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | $24,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | |
| 3 | Threshold cost of section 179 property before reduction in limitation | $200,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |

| 7 | Listed property. Enter the amount from line 29 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | |
| 10 | Carryover of disallowed deduction from line 13 of your 2001 Form 4562 | | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | |
| 13 | Carryover of disallowed deduction to 2003. Add lines 9 and 10, less line 12 ► 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 11,496. |
| 15 | Property subject to section 168(f)(1) election (see instructions) | |
| 16 | Other depreciation (including ACRS) (see instructions) | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| 17 | MACRS deductions for assets placed in service in tax years beginning before 2002 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | |

**Section B — Assets Placed in Service During 2002 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 26,824. | 5.0 yrs | HY | 200DB | 5,365. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 27.5 yrs | MM | S/L | |
| | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2002 Tax Year Using the Alternative Depreciation System**

| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See instructions)

| 21 | Listed property. Enter amount from line 28 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 16,861. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | |

BAA For Paperwork Reduction Act Notice, see instructions.    FDIZ0812 10/26/02    Form **4562** (2002)

REDACTED

EXHIBIT 28
Page 8 of 10

P10007

03/20/2006 12:28   9072603027   L&K TRANSPORT INC   PAGE 08/10

Form 4562 (2002)   Joseph W Williams                                                                      Page 2

**Part V  Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A – Depreciation and Other Information** (Caution: *See instructions for limits for passenger automobiles.*)

24a  Do you have evidence to support the business/investment use claimed? ......... [X] Yes [ ] No   24b If 'Yes,' is the evidence written? ...... [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ Investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) .............................................. | 25 | | |

26  Property used more than 50% in a qualified business use (see instructions):

27  Property used 50% or less in a qualified business use (see instructions):

28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................. | 28 | |
29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 ........................................................... | 29 |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (do not include commuting miles – see instructions) | 58,136 | | | | | |
| 31  Total commuting miles driven during the year | 0 | | | | | |
| 32  Total other personal (noncommuting) miles driven | 0 | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 | 58,136 | | | | | |
| | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| 34  Was the vehicle available for personal use during off-duty hours? | X (No) | | | | | |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | X (Yes) | | | | | |
| 36  Is another vehicle available for personal use? | X (Yes) | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39  Do you treat all use of vehicles by employees as personal use? | | |
| 40  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41  Do you meet the requirements concerning qualified automobile demonstration use? (see instructions) | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

**Part VI  Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

42  Amortization of costs that begins during your 2002 tax year (see instructions):

43  Amortization of costs that began before your 2002 tax year ............................................ | 43 | |
44  Total. Add amounts in column (f). See instructions for where to report ............................ | 44 | |

FDIZ0812  10/27/02                                                                                                    Form 4562 (2002)

REDACTED  EXHIBIT 28  Page 9 of 10  P10008

| Form 1040 Line 21 | Other Income Statement | 2002 Statement |
|---|---|---|

Name(s) Shown on Return: Joseph W Williams

Social Security Number:

| | | (a) Taxpayer | (b) Spouse |
|---|---|---|---|
| 1 | Child's investment income, from Form 8814 | 41. | |
| 2 | Gambling winnings: | | |
| a | From Form W-2G | | |
| b | Not reported on Form W-2G | | |
| 3 | Taxable income from Form 1099-MISC: | | |
| a | Substitute payments in lieu of interest or dividends | | |
| b | Other income, prizes, awards, etc. | | |
| c | Alaska Permanent Fund | 1,541. | |
| 4 | Taxable qualified tuition program distributions from Form 1099-Q | | |
| 5 | Taxable Grants from Form 1099-G | | |
| 6 | Taxable Coverdell ESA distributions from Form 1099-R | | |
| 7 | Foreign earned income and housing exclusion, from Form 2555 | | |
| 8 | Net operating loss carryover from a prior year | | |
| 9 | Other income, from Schedule(s) K-1 | | |
| 10 | Taxable distribution from Archer Medical Savings Accounts, and Long-Term Care Insurance Contracts, from Form 8853 | | |
| 11 | Refunds or reimbursements of deductions claimed in a prior year: | | |
| a | Reimbursement for deducted medical expenses | | |
| b | Refunds of deducted taxes (other than state or local inc. taxes) (enter type of tax) | | |
| c | Recapture of deducted moving expenses | | |
| d | Reimbursement for deducted casualty or theft loss | | |
| e | Reimbursement for deducted employee business expenses | | |
| f | Other refunds or reimbursements | | |
| 12 | Recoveries of bad debts deducted in a prior year | | |
| 13 | Jury duty pay | | |
| 14 | Bartering income not reported elsewhere | | |
| 15 | Income from the rental of personal property | | |
| 16 | Other taxable income: | | |
| 17 | Total. Add lines 1 through 16. Enter here and on Form 1040, line 21 | 1,582. | |

**REDACTED**

EXHIBIT 28
Page 10 of 10

P10009