EXHIBIT 39

CONTRACT SETTLEMENT STATEMENT

CONTRACTOR SSN:
TRACTOR NAME: THOMPSON, JOHN H.
ADDRESS: 2221 MULDOON ROAD, #115
          ANCHORAGE    AK  99504-0000
TERMINAL NO.....: 995
VEHICLE TYPE....: 100

| DATE | ZONE | CORE ZONE $ AMT | VAN-AVAILS | PICK-UP GROUND # PKG | $ AMT | STOPS | $ AMT | DELIVERY GROUND # PKG | $ AMT | STOPS | $ AMT | SPOTTED TRLR $/ SHUTTLE | MILEAGE $ AMT | DOC PKG INBO $ | HNDL OUTB $ | COD AMT | CALL TAG $ AMT | DAILY GROSS $ AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/02 | 501 | 7.57 | 45.00 | 6 | .84 | 1 | 1.27 | 35 | 7.70 | 20 | 25.40 | | | | | | | 106.56 |
| 3/11/02 | 502 | .55 | | | | 1 | 1.27 | | | 3 | 3.81 | | | | | | | 2.66 |
| 3/11/02 | 503 | 1.69 | | | | | | 202 | 44.44 | 52 | 66.04 | | | | | | | 49.89 |
| 3/11/02 | 506 | 11.30 | | | | | | 114 | 25.08 | 7 | 8.89 | | | | | | | 105.96 |
| 3/11/02 | 508 | 6.10 | | 2 | .28 | 2 | 2.54 | 45 | 9.90 | | | | | | | | | 24.89 |
| DAILY TOTALS | | 27.16 | 45.00 | 8 | 1.12 | 4 | 5.08 | 396 | 87.12 | 82 | 104.14 | .00 | .00 | 19.62 | | .00 | .72 | 289.96 |
| 3/12/02 | 501 | 9.85 | 45.00 | | | | | | | | | | | | | | | 132.43 |
| 3/12/02 | 502 | 1.76 | | | | | | 84 | 18.48 | 33 | 41.91 | | | | | | | 59.14 |
| 3/12/02 | 503 | 10.09 | | | | | | 215 | 47.30 | 5 | 3.81 | | | | | | | 111.31 |
| 3/12/02 | 506 | 5.61 | | 11 | 1.54 | 1 | 1.27 | 104 | 22.88 | 8 | 10.16 | | | | | | | 19.51 |
| 3/12/02 | 508 | .34 | | | | 6 | 7.62 | 17 | 3.74 | 1 | 1.27 | | | | | | | 1.83 |
| DAILY TOTALS | | 27.65 | 45.00 | 11 | 1.54 | 8 | 10.16 | 421 | 92.62 | 99 | 125.73 | .00 | .00 | 15.02 | | .90 | .72 | 319.22 |
| 3/13/02 | 501 | 10.21 | 45.00 | | | 1 | 1.27 | 35 | 7.70 | 27 | 34.29 | | | | | | | 113.33 |
| 3/13/02 | 502 | 2.21 | | 1 | .14 | 1 | 1.27 | 167 | 36.74 | 3 | 3.81 | | | | | | | 44.17 |
| 3/13/02 | 503 | 11.01 | | 10 | 1.40 | 3 | 3.81 | 109 | 23.98 | 49 | 62.23 | | | | | | | 105.75 |
| 3/13/02 | 515 | .40 | | | | | | 1 | .22 | 1 | 1.27 | | | | | | | 1.89 |
| DAILY TOTALS | | 23.83 | 45.00 | 12 | 1.68 | 5 | 6.35 | 312 | 68.64 | 80 | 101.60 | .00 | .00 | 14.72 | | 1.50 | .72 | 263.14 |
| 3/14/02 | 501 | 10.77 | 45.00 | | | 3 | 3.81 | 51 | 11.22 | 30 | 38.10 | | | | | | | 122.53 |
| 3/14/02 | 502 | 1.48 | | 1 | .14 | | | 149 | 32.78 | 2 | 2.54 | | | | | | | 38.21 |
| 3/14/02 | 503 | 7.96 | | 19 | 2.66 | 3 | 3.81 | 78 | 17.16 | 39 | 49.53 | | | | | | | 81.72 |
| 3/14/02 | 506 | 7.89 | | | | | | 22 | 4.84 | 10 | 12.70 | | | | | | | 25.43 |
| 3/14/02 | 507 | 1.80 | | | | | | 3 | .66 | 3 | 3.81 | | | | | | | 6.27 |
| 3/14/02 | 515 | 1.43 | | | | | | 15 | 3.30 | 4 | 5.08 | | | | | | | 9.81 |
| DAILY TOTALS | | 31.33 | 45.00 | 21 | 2.94 | 7 | 8.89 | 318 | 69.96 | 88 | 111.76 | .00 | .00 | 12.77 | | .60 | .72 | 283.97 |
| 3/15/02 | 501 | 6.45 | 45.00 | | | | | 39 | 8.59 | 21 | 26.67 | | | | | | | 102.54 |
| 3/15/02 | 502 | .93 | | | | | | 155 | 34.10 | 2 | 2.54 | | | | | | | 37.57 |
| 3/15/02 | 506 | 10.87 | | | | | | 134 | 29.48 | 57 | 72.39 | | | | | | | 120.34 |
| 3/15/02 | 515 | 3.71 | | 18 | 2.52 | 4 | 5.08 | 6 | 1.32 | 5 | 6.35 | | | | | | | 11.38 |
| 3/15/02 | | 4.04 | | | | | | 15 | 3.30 | 12 | 15.24 | | | | | | | 23.18 |
| DAILY TOTALS | | 26.00 | 45.00 | 18 | 2.52 | 4 | 5.08 | 349 | 76.78 | 97 | 123.19 | .00 | 15.12 | 15.12 | | .60 | .72 | 295.01 |
| UNADJ. GROSS | | 135.97 | 225.00 | 70 | 9.80 | 28 | 35.56 | 1795 | 395.12 | 445 | 566.42 | .00 | 15.12 | 77.25 | | 3.30 | 2.88 | 1451.30 |

ADJUSTMENTS

| | | |
|---|---|---|
| 3/08/02 | MIN.P/U | 1.00 |
| 3/08/02 | SHUTTLES | 239.80 |
| 3/08/02 | SHUTTLES | 239.10 |
| 3/11/02 | MIN.P/U 006-PKG,003-STOPS | 4.65- |
| 3/11/02 | MIN.P/U 001-PKG,001-STOPS | 4.50 |
| 3/11/02 | SHUTTLES | 1.41- |
| 3/12/02 | MIN.P/U SETLMT 003-STOPS | 1.50 |
| 3/12/02 | MIN.P/U 001-PKG,001-STOPS | 239.10 |
| 3/12/02 | SHUTTLES | 1.41- |
| 3/13/02 | MIN.P/U 010-PKG,005-STOPS | 239.70 |
| 3/13/02 | SHUTTLES | 7.75- |
| 3/14/02 | MIN.P/U 001-PKG,001-STOPS | 7.50 |
| 3/15/02 | MIN.P/U SETLMT 005-STOPS | 238.85 |
| 3/15/02 | FUEL SUPPLEMENT | 1.41- |
| 3/15/02 | FLEX PROGRAM | 1.50 |
| 3/14/02 | BUSINESS SUPPORT PACKAGE | 6.72 |
| 3/14/02 | MIN.P/U 002-PKG,002-STOPS | 40.00- |
| 3/15/02 | MIN.P/U SETLMT 032-STOPS | 2.82- |
| 3/16/02 | 141 OVERSIZE PKGS ADJ | 3.00 |
| | | 9.87 |
| | | 2551.50 |

TOTAL GROSS

NET PAY    2523.43

REDACTED

EXHIBIT 39

D10659

EXHIBIT 39
Page 1 of 1