Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>      Plaintiff,<br><br>      v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>      Defendant. | Case No.: A05-0192CV (TMB)<br><br>**DECLARATION OF JAMES E. SCAPELLATO** |

1.  My name is James E. Scapellato, and I am over twenty-one years of age. I have personal knowledge of the following.

2.  I am currently the Chief Executive Officer for the Scapellato Group, Inc. (SGI), a transportation consulting company located in Atlanta, Georgia.

3.  On May 8, 2006, I submitted a preliminary expert report in the above-styled matter. A copy of that report is attached hereto as Exhibit E.

4.  I declare, under penalty of perjury, that the opinions stated in my preliminary report, as well as the foregoing, are true and correct.

*/s/ James E. Scapellato*
James E. Scapellato

DECLARATION OF JAMES E. SCAPELLATO 1
Case No. A05-0192CV (TMB)

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 30 day of August, 2006, at Seattle, Washington.

_____
Heather M. Feenan

DECLARATION OF JAMES SCAPELLATO – 1
Case No. A05-0192CV (TMB)