EXHIBIT E



The Scapellato Group, Inc.

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOE W. WILLIAMS

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM
INC., an Alaska Corporation,

    Defendant

Case No. A05—0192CV (JKS)

# PRELIMINARY EXPERT REPORT

PREPARED BY

JAMES E. SCAPELLATO

MAY 8, 2006

## INTRODUCTION

I have been retained by FedEx Ground Package System, Inc. to render an expert report with regard to specific matters in this case and with a reasonable degree of professional certainty. The information and facts relied upon to form my opinions come from review of case pleadings, documents, exhibits, and depositions. My opinions expressed herein are premised on more than 36 years of professional experience, education, and training in highway and motor carrier safety. If necessary, I am willing to provide testimony by deposition or at trial regarding my opinions expressed herein.

## PROFESSIONAL BACKGROUND

I currently serve as Chief Executive Officer for the Scapellato Group, Inc. (SGI), a transportation consulting company located in Atlanta, Georgia. Prior to forming SGI, I worked for thirty years in state and federal government in a variety of professional positions. In 1970, I worked for the State of West Virginia for approximately two years in safety and research and thereafter for U.S. Department of Transportation (USDOT), National Highway Traffic Safety Administration (NHTSA), and the Federal Highway Administration (FHWA) for more than 28 years. I retired from federal service in January 1999. During my federal career, I held positions in the USDOT as a Senior Executive Service (SES) Program Manager, Division Administrator, Regional and Assistant Regional Counsel, and Safety Management Specialist.

Specific to motor carriers, I served as the Federal Highway Administration's Office of Motor Carriers Director of Research and Standards for five years, and for one year as the Director of Federal Enforcement and State Programs. As the Director of Research and Standards, I was responsible, among other things, for writing and

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



**EXHIBIT E**
**Page 2 of 17**

interpreting the Federal Motor Carrier Safety Regulations and managing the $10 million driver and truck research program.

As the Director of Motor Carrier Enforcement, I was responsible for developing federal enforcement policy and procedures for federal and state field investigators and managing the $100 million State Motor Carrier Safety Assistance Grant Program for state roadside enforcement.  In absence of the Associate Administrator, I served as the Acting Associate Administrator for the Office of Motor Carriers.

As Regional Counsel for the Federal Highway Administration, I served as the chief legal officer for the Southeast Region of the United States.  In that capacity, I litigated and/or administratively resolved hundreds of motor carrier cases.

Since 1999, in my non-governmental career, I have worked for numerous motor carriers (small and large) in many regulatory and safety capacities.  I have also served as an expert in several state or federal cases.  I have become knowledgeable of industry standards, procedures, and practices for the industry to achieve compliance with the Federal Motor Carrier Safety Regulations (FMCSRs) and other requirements. Throughout my entire professional career, I have dedicated myself to improving highway and motor carrier safety across the Nation.

I have a J.D. degree from Atlanta Law School and I have been a licensed attorney and an active member of the Georgia State Bar Association since 1976.  I have a Bachelors Degree in Business Administration with honors from Georgia State University and Masters Degree in Public Administration from the University of Georgia.  I also hold Bachelors and Masters Degrees in Education and Safety Studies from West Virginia University.  Throughout my career I have taken numerous continuing education courses

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



both legal and non-legal to keep my skills and knowledge at a current and acceptable level.[1]

**INFORMATION RELIED UPON**

My opinions are based upon information and documents provided to me as of the date of this report and based on my knowledge, training, and experience in the trucking industry. Because additional documents may become available (through lawyers for FedEx Ground) as this case proceeds, I have entitled my report a "Preliminary Expert Report" and reserve the right to amend my report accordingly.[2]

## OPINIONS

**OPINION 1: FedEx Ground must independently monitor and control for safety compliance each and every owner operator who performs pickup and delivery services on its behalf because FedEx Ground is an interstate motor carrier and thereby subject to the regulatory control and oversight of the United States Department of Transportation and the Federal Motor Carrier Safety Administration.**

According to the United States Department of Transportation (DOT) and the Federal Motor Carrier Safety Administration (FMCSA), there are approximately 677,000 motor carriers registered with the DOT who are engaged in interstate and/or foreign commerce. FedEx Ground Package System, Inc. is a registered motor carrier operating under U.S. DOT # 265752 and thereby is subject to the regulatory control and oversight of the DOT/FMCSA. As of April 27, 2006, FMCSA records show that FedEx Ground has 19,419 drivers (predominantly owner operators), who operate 16,979 vehicles in interstate commerce with an accumulated mileage of 978.2 million miles through 2004.[3]

---

[1] See attached curriculum vitae for more information on qualifications.
[2] See attached document list reviewed to date in this matter.
[3] Numbers of drivers, vehicles, and miles for FedEx Ground come from the Federal Motor Carrier Administration's SAFER system.

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



Under existing federal safety regulations, a driver can be either an independent contractor or an employee. Safety regulations permit motor carriers to make the necessary choices so as not to preclude any business option or arrangement.

FedEx Ground provides a small package information, transportation, and delivery service throughout the United States. In furtherance of that purpose, FedEx Ground has developed a business model predicated on the use of independent owner operators or contractors. Even though FedEx Ground contracts owner operators for services, the company is not exempt from strict compliance with federal and state safety laws and regulations. The reason for this is because the contracted transportation services are being performed under FedEx Ground's DOT number and operating authority. As a regulated motor carrier, FedEx Ground must therefore insure that each and every independent contractor who operates under its DOT authority achieves the highest degree of safety compliance without exception.

In my experience, motor carriers who rely heavily on owner operators for transportation services have all contributed to the evolution of a sound industry standard—one that protects at all costs the motor carrier's safety rating and DOT compliance status. This standard is built on a foundation of continuous and sustained monitoring, coupled with proper safety checks and balances, without distinction whether the person involved in performing the transportation services is an employee, agent, subcontractor, or contractor. Companies that properly control for safety compliance through internal policies and practices developed to meet or exceed DOT requirements are the most successful.

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



The Scapellato Group, Inc.

**EXHIBIT E**
**Page 5 of 17**

Since 1996, FedEx Ground has been successful in maintaining its satisfactory safety rating (the highest rating obtainable from the FMCSA) because of effective safety systems and management controls that are designed to achieve the highest degree of safety compliance with DOT rules as more fully explained below. In my judgment, FedEx Ground has a sophisticated safety management system in place that properly and effectively controls safety compliance in such regulated areas as: controlled substances and alcohol use and testing; CDL compliance; financial responsibility; qualifications of drivers; safe operation of motor vehicles; vehicle parts and accessories necessary for safe operation; load securement; hours of service of drivers; inspection, repair, and maintenance; transportation of hazardous materials; and special educational safety programs. Furthermore, federal safety regulations encourage interstate motor carriers such as FedEx Ground to adopt policies and procedures that raise the bar in safety. By doing so, this does not make a company vulnerable in terms of altering the status of an independent contractor to that of an employee.[4]

FedEx Ground has maintained its satisfactory safety rating for more than a decade even though it operates one of the largest vehicle fleets (16,979) with predominantly independent contractors (19,419). FedEx Ground has been successful in its utilization of independent owner operators—a daunting challenge in today's turbulent business environment.

Based on the documents provided to me to date and my experience in the trucking industry, it is my opinion that the amount of safety control exercised by FedEx Ground over its Contractor John Thompson (Thompson and Associates) and Mr. Thompson's

---

[4] According to 49 CFR §390.3(d), motor carriers such as FedEx Ground are encouraged and authorized to develop and enforce more stringent requirements relating to safety of operation and driver safety and health than those contained in the federal safety regulations. *See also* 376.12 (c).

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



Subcontractor Joe Williams (J.W.W. Trucking) was permissible, reasonable, and not intrusive in application. FedEx Ground's involvement in Mr. Thompson's p/d business was limited only to determine whether he and his subcontractors were complying with federal and state safety regulations and whether company policies and practices, especially with regard to customer satisfaction were being met or exceeded in furtherance of business interests. Further, as discussed in the next section, such safety controls are expected and mandated by the U.S. Department of Transportation and the Federal Motor Carrier Safety Administration.

**OPINION 2: Based on the documents reviewed to date, Fed Ex Ground did not exercise improper control over Mr. Joe Williams within the meaning of the Federal Motor Carrier Safety Regulations and trucking industry standards.**

Mr. Williams raises several factors that he believes are indicators of improper control by FedEx Ground which he believes altered his status from independent contractor to employee or otherwise entitled him to recover damages from FedEx Ground. Mr. Williams alleges this altered status because of his apparent disappointment in not receiving either the Kenai-Soldotna shuttle run or Fairbanks run as an official FedEx Ground designated route. I find this position illogical because had Mr. Williams been offered either or both of these routes as an independent contractor, the alleged controlling factors would still exist. Therefore, I respectfully disagree with Mr. Williams' theory of improper controlling factors for the below stated reasons:

**Markings on Trucks.** Federal safety regulations require owner operators and their subcontractors to mark their vehicles properly (49 CFR §390.21). The intent of this federal regulation is to provide notice to the public as to which motor carrier is providing

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



the transportation services. Consequently, Mr. Williams was required by both federal and state law to mark his vehicle with FedEx Ground's logos and colors, etc. if he engaged in interstate transportation by motor vehicle under FedEx Ground's DOT number and operating authority. These company policy requirements meet the intent and purpose of federal law and clearly conform to industry practice. Therefore, they are permissible and non-controlling.

**Use of Only DOT Qualified Drivers.** Federal safety regulations (49 CFR Part 391) require owner operators and their subcontractors to use only DOT qualified drivers. Before engaging in interstate transportation by motor vehicle, Mr. Williams had to demonstrate that he met the DOT qualification standards, including drug and alcohol testing. Mr. Williams also had to show he understood the duties imposed by the safety requirements. FedEx Ground provided Mr. Williams with opportunities to review safety training materials and videos and attend group meetings through which he could update or improve his knowledge and understanding of these important safety rules. These requirements are mandated by federal law, FedEx Ground's policies and/or conform to industry practice. Therefore, they are permissible and non-controlling.

**Wearing of Approved Uniforms.** Since 9/11, the trucking industry has become increasingly concerned about how the American people view truck drivers. The trucking industry, primarily through the efforts of the American Trucking Association, has put considerable emphasis on raising the image of truck drivers, especially because of the heightened awareness on security. Several trucking companies are resorting to identification badges or credentials, uniforms, or other identifying measures to better alert or inform customers who exactly is performing the pick-up and/or delivery services.

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com

**EXHIBIT E**
**Page 8 of 17**

FedEx Ground's policy that requires owner operators and their subcontractors to wear uniforms is consistent with the intent and purpose of federal safety regulations and trucking industry standards. Therefore, they are permissible and non-controlling.

**Transportation of Unauthorized Passengers.** Federal safety regulations (49 CFR §390.60) prohibit owner operators and their subcontractors from transporting unauthorized passengers unless prior authorization in writing is obtained from the motor carrier under whose authority the commercial motor vehicle is being operated. Further, federal regulations require that when such authorization is issued, it shall state the name of the person to be transported, the points where the transportation is to begin and end, and the date upon which such authority expires. This standard is mandated by federal law, FedEx Ground's policies, and/or conforms to industry practice. Therefore, it is permissible and non-controlling. Based on the records and information reviewed to date, there is no evidence that Mr. Williams made a request in writing to FedEx Ground for his son to be an authorized passenger.

**Driver and Vehicle Inspection Reports.** Federal safety regulations (49 CFR §§396.11, 396.13, and 396.17) require owner operators and their subcontractors to complete daily and annual inspections. FedEx Ground has an independent duty to ensure that owner operators and their subcontractors strictly comply. These requirements are mandated by federal law, FedEx Ground's policies, and/or conform to industry practice. Therefore, they are permissible and non-controlling.

**Time Sheets or Driver Logs.** Federal regulations (49 CFR Part 395) require owner operators and their subcontractors to complete time sheets or driver logs to track hours of service. The DOT has determined that driver fatigue is a significant causative factor in

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com

The Scapellato Group, Inc.

EXHIBIT E
Page 9 of 17

truck accidents, and therefore requires regulated motor carriers to comply. FedEx Ground has an independent duty to ensure that owner operators and their subcontractors performing transportation services under FedEx Ground's operating authority are in compliance. Mr. Williams admits to having to fill out a driver's log (D12080-81) about five times because he worked more than twelve hours in a day. The area of hours-of-service by itself can cause a motor carrier's safety rating to be downgraded. These requirements are mandated by federal law, FedEx Ground's policies, and/or conform to industry practice. Therefore, they are permissible and non-controlling.

**Unauthorized Movement of Vehicle.** Mr. Williams alleges that FedEx Ground required him to leave his vehicle and keys at the terminal and that on at least one occasion FedEx Ground officials used his vehicle without permission. FedEx Ground answers by stating that it is company policy for owner operators to leave their vehicle(s) and keys with them so that vehicles may be moved around the terminal to facilitate loading and unloading of packages, i.e., consistent with the DOT load securement rules (49 CFR §393.100 *et seq*). Further, this policy permits FedEx Ground officials the opportunity to visually inspect and operate these vehicles (albeit short distances) to determine safety compliance with vehicle parts and accessories standards and out-of-service criteria, particularly with tire tread depth and brake performance requirements. In my view, these policy requirements are a reasonable and logical extension of duties imposed by federal safety regulations and therefore are not improper controls placed on any particular owner operator or their subcontractors.

In the case where a FedEx Ground official used Mr. Williams' vehicle beyond loading criteria, I find the action to be de minimus. It was a one time event spurred by an

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com

The Scapellato Group, Inc.

**EXHIBIT E**
**Page 10 of 17**

unexpected heavy snow fall. An official from FedEx Ground explained to Mr. Williams why his vehicle was used without his knowledge or permission. Mr. Williams was paid for the fuel that was used, and he received an apology from FedEx Ground, which he admits in deposition testimony. This one time incident falls short of being a significant controlling factor sufficient to alter his status from independent contractor to employee.

**Road Test.**

The gross vehicle weight rating of Mr. Williams' vehicle was approximately 12,000 pounds, thus triggering the applicability of the DOT safety rules. As a part of the driver qualifying process, a road test (49 CFR §391.31) is normally given to an applicant driver unless the driver has a commercial driver's license (CDL). If the applicant has a CDL, the motor carrier may accept that license as the equivalent to the road test (49 CFR § 391.33). Here, Mr. Williams already possessed an Alaska Commercial Driver's License, Group A classification, which enabled him to drive the largest tractor-trailer combination rigs. Further, Mr. Williams had extensive driving experience in large trucks and not the smaller less difficult box truck he operated for Mr. Thompson. As a result of Mr. Williams' extensive truck driving experience, Terminal Manager Ricks was entitled to accept Mr. Williams' CDL as the equivalent to the road test consistent with federal safety law. Although Mr. Ricks completed FedEx Ground's road test form (D10037) on February 2, 2002, in my judgment, this was an unnecessary but acceptable process since the substantive part of the federal regulation had been met by the equivalent CDL.

**CONCLUSION**

Based upon documents and information reviewed to date, my knowledge of DOT safety regulations and industry standards, and my experience in the trucking industry, it is

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com

The Scapellato Group, Inc.

**EXHIBIT E**
**Page 11 of 17**

my conclusion that (1) FedEx Ground did not impermissibly control Mr. Williams' subcontractor activities to a degree sufficient to alter his status from that of sole proprietor, or subcontractor, to one of an employee for FedEx Ground, and (2) to the extent that FedEx Ground's policies or practices are deemed controlling, such controlling measures are either required or justified by federal and state safety laws and regulations, and well within the norm of industry standards and practice.

**RESERVE RIGHT TO MODIFY**

Because additional documents and information may become available to me (through lawyers for FedEx Ground) as this case proceeds, I reserve the right to modify and/or add to my opinions accordingly.

Very truly yours,

*James E. Scapellato*

---

James E. Scapellato
Scapellato Group, Inc.

Attachments

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



**DOCUMENTS REVIEWED AS OF MAY 8, 2006**

1. Plaintiff's Amended Complaint.

2. FedEx Ground's First Amended Answer and Affirmative Defenses.

3. Plaintiff's Responses to FedEx Ground's First Request for Admissions.

4. Deposition Transcript of John Howard Thompson and Exhibits.

5. Deposition Transcript of Joe Wade Williams and Exhibits.

6. Attachment 1-2 to Addendum 3 of the Pick-up and Delivery Contractor Operating Agreement regarding Shuttle Settlements.

7. Plaintiff's Initial Disclosures.

8. Plaintiff's Responses to Defendant's Interrogatories Nos. 1-9 and Requests for Production Nos. 1-9.

9. Defendant's Initial Disclosures, dated September 26, 2005.

10. Defendant's Supplemental Initial Disclosures, dated February 14, 2006.

11. Defendant's Second Supplemental Initial Disclosures, dated March 27, 2006.

12. Defendant's Third Supplemental Initial Disclosures, dated April 25, 2006.

13. DOT Statutes, Regulations and Interpretations.

14. Alaska Administrative Code, Title 17.

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com





# CURRICULUM VITAE
# JAMES E. SCAPELLATO

**WORK EXPERIENCE:**

**Chief Executive Officer for the Scapellato Group, Inc. January 1999 - Present.**

> Serves as Chief Executive Officer and performs executive level consultant services for a broad spectrum of clients in areas of highways, environment, and safety. Provides expert advice and services primarily in safety and environmental (NEPA) regulatory and compliance matters.

**Division Administrator (Tennessee) for the Federal Highway Administration. August 1996 – January 1999 (Retired January, 1999, over 28 years service).**

> Served as the manager of the $650 million dollar Federal-aid highway construction program in the State of Tennessee. Supervised a team of professional engineers and specialists to carry out mandated legislative and regulatory highway and safety programs throughout the state.

**Director, Safety and Technology Office, for the Federal Highway Administration Office of Motor Carriers (Washington, D.C.). January 1996 - August 1996.**

> Served as the Office Director (SES) for the $100 million Federal and State grant-in-aid enforcement program, the Federal enforcement and hazardous materials program, and the $30 million ITS/CVO program nationwide. Managed three divisions comprised of managers, engineers and specialists to carry out national legislative and regulatory programs and projects.

**Director, Research and Standards Office, for the Federal Highway Administration, Office of Motor Carriers (Washington, D.C.). June 1990 - January 1996.**

> Served as the Office Director (SES) for rulemaking and research. Managed the regulatory rulemaking process affecting interstate trucking. Managed the $8 million research program and conducted research to promote safety and efficiency of interstate motor carriage. Managed three divisions comprised of medical, engineering and safety specialists to carry out mandated legislative and regulatory motor carrier programs and projects.

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



**EXHIBIT E**
**Page 14 of 17**

**Regional Counsel for the Federal Highway Administration for the Southeast Region.  January 1985 - May 1990.**

    Served as the chief legal officer for the Federal Highway Administration in the Region.  Defended agency decisions, programs, and project actions in Federal and State courts throughout the region.  Supervised a staff of attorneys and clerks.

**Assistant Regional Counsel for the Federal Highway Administration for the Southeast Region.  March 1978 - January 1985.**

    Served as the first assistant to the Regional Counsel for the Atlanta Region.  Defended agency decisions, programs and project actions in Federal and State courts throughout the region.  Supervised attorneys and clerks.

**Highway Management Specialist for the National Highway Traffic Safety Administration in Region 4.  June 1971 - March 1978.**

**Research Analyst for the Governor's State and Community Programs Office for West Virginia -From January 1970 - June 1971.**


**EDUCATION:**

J.D. Atlanta Law School, 1976
M.P.A, University of Georgia 1985
B.B.A., Georgia State University *cum laude*, 1982
B.S., M.S., West Virginia University, 1969

**TEACHING EXPERIENCE:**

Adjunct Professor, Business Law and Business Management, Dekalb College, Clarkston, Georgia.
Adjunct Professor, Business Law, Strayer College, Alexandria, Virginia.


**PRESENTATIONS:**

- Testified before the United States Congress on two separate occasions involving matters affecting interstate commerce.
- Testified before a Senate committee on the Commercial Drivers Licensing requirements.
- Negotiated NAFTA safety harmonization agreements with Mexico and Canada.
- Presented numerous technical, legal, and managerial papers at various federal, state, and local conferences on subjects such as federal practice, regulatory reform, civil rights, environment, motor carrier safety, highway safety, federal

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



**EXHIBIT E**
**Page 15 of 17**

due process, innovative financing, contract claims, personnel actions and right-of-way topics.
- Speaker at hundreds of private organizations' conferences and seminars covering such topics as, motor carrier safety regulations, safety management, research, enforcement, commercial vehicle operations, and other topics.
- Prepared expert reports for attorneys in motor carrier safety matters
- Performs administrative legal defense of motor carrier safety cases before DOT Administrative Law Judges.

**ARTICLES:**

"Back to Basics in Safety Enforcement," *Transport Topics*. March 8, 1999.
"Paving for the Long Term," *Transport Topics*. November 15, 1999.
"Prescription for Hours of Service," *Transport Topics*. September, 2000.

**AWARDS:**

Division Administrator Outstanding Performance Award 1999.
Senior Executive Service Outstanding Performance Awards 1990, 1993, and 1996 – FHWA.
Division Administrator Outstanding Performance Award 1998 - FHWA
Superior Achievement Awards 1982, 1985 - FHWA.
Special Achievement Award 1975, 1977 – NHTSA.
Governor's Citation of Merit 1971 - WV

**LEGAL BAR MEMBERSHIP:**

Member of the State Bar of Georgia - Active Status - 1976 to Present
Court Membership:
- United States Supreme Court
- Federal Courts of Appeal for the Fifth, Sixth and D.C. Circuits
- Federal District Court for the Northern District of Georgia and Central District Court of Illinois
- All State Courts of Georgia

**PROFESSIONAL ORGANIZATIONS:**
- State Bar of Georgia
- American Trucking Associations
- South Carolina Trucking Association
- North Carolina Trucking Association
- American Concrete Pavement Associations

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com


The Scapellato Group, Inc.

**CONTACT INFORMATION:**

The Scapellato Group, Inc.
1946 Saxon Valley Circle N.E.
Atlanta, Georgia 30319
404-327-8346 (Office)
404-327-8348 (Fax)
843-224-6376 (Cell)
Email: scap@scapgroup.com

The Scapellato Group, Inc.
1946 Saxon Valley Circle NE---Atlanta Georgia 30319
Office: 404-327-8346 ~ Fax: 404-327-8348 ~ Email: scap@scapgroup.com



**EXHIBIT E**
**Page 17 of 17**