Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS, | )<br>)<br>) |
| Plaintiff, | ) Case No.: A05-0192CV (TMB)<br>) |
| v. | ) **DECLARATION OF THOMAS W. HERD** |
| FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation, | )<br>)<br>) |
| Defendant. | ) |

1.      My name is Thomas W. Herd, and I am over twenty-one years of age.

2.      I am currently a Senior Manager in the Contractor Relations Department of FedEx Ground Package System, Inc. ("FedEx Ground"), a position that I held during 2002. I have personal knowledge of the following.

3.      Roadway Package System, Inc., ("RPS") was founded in 1985. In 1998, FDX Corp., the parent company of the Federal Express Corporation, purchased RPS. In 2000, RPS became FedEx Ground, and FDX Corp. became FedEx Corporation.

DECLARATION OF THOMAS W. HERD 1
Case No. A05-0192CV (TMB)

4. FedEx Ground is a motor carrier licensed by the U.S. Department of Transportation ("DOT") to provide small package pick-up and delivery service to customers throughout the country. It is organized on a hub-and-spoke model: the "hubs" are transfer stations in large geographic regions of the U.S., where packages are transferred to various "spokes," represented by terminals and substations. In providing its pick-up and delivery service, FedEx Ground utilizes advanced technology, which allows it to track packages and provide customers up-to-the-minute information regarding their packages.

5. Since its founding in 1985, FedEx Ground has relied on a network of independent contractors to provide its services. At present, more than 17,000 contractors for FedEx Ground operate throughout the United States and Canada. From the outset FedEx Ground has believed that relying on independent contractors to pick up and deliver packages is an effective and efficient way to operate in a competitive market with a dominant, aggressive rival, because independent contractors—unlike traditional "employees"—have their own market incentives to service their customers effectively, to reduce costs and increase efficiency, and to build solid, growing businesses in part on the strength of the FedEx Ground brand.

6. The independent contractors who transport packages between the terminals and the customers are called pickup and delivery ("P&D") contractors. P&D Contractors own the work areas that they service and the trucks that they drive, and they are compensated primarily based on the number of stops that they make and the number of packages that they deliver.

7. P&D Contractors enter into an Operating Agreement with FedEx Ground (hereinafter "Agreement"). John Thompson, the P&D Contractor who retained Plaintiff Williams as a driver, signed the Agreement on June 4, 2000.

DECLARATION OF THOMAS W. HERD 2
Case No. A05-0192CV (TMB)

8. The Agreement (a) confirms the parties' mutual intention that contractors operate as independent contractors; (b) bars FedEx Ground from exercising control of the "manner and means" by which contractors fulfill their basic pick-up and delivery obligations under the contract; (c) gives each contractor transferable ownership of a particular pick-up and delivery service area; (d) recognizes that contractors may operate as independently incorporated businesses; (e) recognizes that contractors may hire their own drivers and helpers—like Plaintiff Williams—to fulfill their contractual pick-up and delivery obligations; (f) acknowledges that contractors own their trucks and may use them for personal and other business purposes when not being used to carry FedEx Ground packages; (g) compensates contractors according to a settlement formula that emphasizes the number of packages handled, thereby encouraging contractors to expand their businesses; and (h) prohibits either party from improperly terminating the agreement at will without liability to the other.

9. The Agreement also prescribes certain requirements designed to ensure compliance with federal motor carrier safety and leasing regulations, as well as simple obligations associated with FedEx Ground's brand. Under the overall operating model established by the Agreement, however, contractors are constrained only by their contractual obligations to ensure daily package pick-up and delivery on terms consistent with federal law, and by the demands of their customers.

10. The delivery workforce is the public face of a transportation company, and a delivery workforce that has incentives to build customer relationships will present the best face possible. P&D Contractors have a number of incentives to build customer relationships.

11. First, P&D Contractors have an incentive (1) to ensure that as many customers as possible ship their packages through FedEx Ground and (2) to encourage those customers to ship

DECLARATION OF THOMAS W. HERD 3
Case No. A05-0192CV (TMB)

as many packages as possible through FedEx Ground. P&D Contractors are paid for the number of stops that they make and the number of packages that they pick up or deliver. Furthermore, if a P&D Contractor wishes to sell its work area to another P&D Contractor, the work area is valued, in part, on the number of customers in the work area and the number of packages picked up or delivered. Accordingly, P&D Contractors have an incentive to build customer relationships.

12. Second, P&D Contractors have an incentive to treat their equipment well and otherwise maintain it. P&D Contractors own their own equipment, including their trucks, and are responsible for maintaining it.

13. Third, P&D Contractors are motivated to make their relationship with FedEx Ground work because they have both an investment and a risk of loss.

14. P&D Contractors derive numerous benefits from being independent contractors rather than employees. The most obvious benefit is that contractors are able to buy and sell their work areas. Accordingly, a contractor can expand its business by acquiring additional work areas and enhancing the revenue generated by those work areas. Furthermore, a contractor can capitalize on the value of its work area by selling it to another contractor. Contractors also have flexibility in their working arrangements. Unlike employees, contractors are not required to punch a time clock or begin their work day at any particular time. Furthermore, unlike employees, contractors can retain helpers to assist them in fulfilling their obligations or retain drivers to service their work areas altogether.

DECLARATION OF THOMAS W. HERD 4
Case No. A05-0192CV (TMB)

15. I hereby declare, under penalty of perjury, that the foregoing is true and correct.

*Thomas W. Herd*
Thomas W. Herd

DECLARATION OF THOMAS W. HERD 5
Case No. A05-0192CV (TMB)

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 30 day of August, 2006, at Seattle, Washington.

*Heather M. Feenan*
Heather M. Feenan

DECLARATION OF THOMAS W. HERD 1
Case No. A05-0192CV (TMB)