Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L. Street, Suite 400
Anchorage, AK 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>             Plaintiff,<br><br>      v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>             Defendant. | Case No.: A05-0192CV (TMB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FEDEX GROUND'S MOTIONS IN LIMINE** |

This matter comes before this Court on Defendant FedEx Ground's Motions in Limine ("Motions in Limine"). Based on the Motions in Limine and the records and files herein, the Court grants or denies the motions as indicated below.

Accordingly, it is hereby **ORDERED** that:

| **Motions in Limine** | **Granted** | **Denied** |
|---|---|---|
| 1. Exclude any reference to financial status of FedEx Ground or the relative financial status of the other | | |

[PROPOSED] ORDER GRANTING DEFENDANT
FEDEX GROUND'S MOTIONS IN LIMINE 1
Case No. A05-0192CV (TMB)

| Motions in Limine | Granted | Denied |
|---|---|---|
| parties. | | |
| 2. Exclude any testimony regarding emotional distress damages. | | |
| 3. Exclude any reference to expenses of litigation and/or attorney fees. | | |
| 4. Exclude any comment emphasizing that FedEx Ground is a corporation or is located out of state. | | |
| 5. Exclude any reference to any other litigation in which FedEx Ground is or has been involved. | | |
| 6. Exclude any reference to any document or thing FedEx Ground requested Plaintiff to produce, but which was not produced. | | |
| 7. Prohibit requesting documents at trial from the other party, its witnesses, or its counsel; stating or referring at trial to the failure of either party to produce or to tender any documents to Plaintiff; and/or stating or referring at trial to any discovery disputes arising between the parties prior to trial. | | |
| 8. Exclude any statement or reference which would require a non-expert witness to draw a legal conclusion, including but not limited to, inquiries as to whether a certain act or omission is unlawful or illegal. | | |
| 9. Exclude any reference to the purported testimony of a witness, or calling as a witness at trial, any person who was not identified in Plaintiff's initial disclosures, responses and supplemental responses to Defendant FedEx Ground's interrogatories as a person of knowledge of relevant facts, or Plaintiff's witness list. | | |
| 10. Exclude any reference to the purported testimony of an expert witness, or calling as an expert witness at trial or attempting to offer or solicit expert testimony from any person who was not identified as an expert witness in Plaintiff's witness list or expert disclosures. | | |
| 11. Prohibit showing the Court any videotape, movie, film, photograph, sound recording, demonstrative exhibit, spreadsheet, chart, diagram, drawing or scale model unless first produced for inspection by FedEx Ground's counsel outside the sight, presence and hearing of the Court and directing that, prior to inspection, such items not be placed in or around the courtroom in areas where | | |

[PROPOSED] ORDER GRANTING DEFENDANT
FEDEX GROUND'S MOTIONS IN LIMINE 2
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

| Motions in Limine | Granted | Denied |
|---|---|---|
| the Court could reasonably be expected to view such items. | | |
| 12. Exclude any evidence of action or inaction relating to Plaintiff's wage and hour claim that occurred before October 1, 2002. | | |
| 13. Limit Plaintiff's theories of recovery to those remaining in discovery and the pleadings. | | |
| 14. Exclude any reference to any element of damages not identified in Plaintiff's initial disclosure, answers, or supplemental answers to Defendant FedEx Ground's interrogatories or requests for production. | | |
| 15. Exclude all of Plaintiff's non-party witnesses, including but not limited to family, from the courtroom during the course of the trial so that they cannot hear the testimony of other witnesses. | | |
| 16. Require the parties to give 24 hours notice of witnesses, depositions and exhibits to be called or used at trial. | | |
| 17. Requiring the Plaintiff to refrain from referring to FedEx Ground as "FedEx" or by any other name besides its full corporate name, FedEx Ground Package System, Inc. (for introductory purposes only), or by the proper short form of its corporate name, FedEx Ground. | | |

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT
FEDEX GROUND'S MOTIONS IN LIMINE 3
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on **August 30, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 30 day of August, 2006, at Seattle, Washington.

*/s/ Heather M. Feenan*
Heather M. Feenan

[PROPOSED] ORDER GRANTING DEFENDANT
FEDEX GROUND'S MOTIONS IN LIMINE
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404