

Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>Defendant. | Case No.: A05-0192CV (TMB)<br><br>**DECLARATION OF KATHERYN BRADLEY IN SUPPORT OF DEFENDANT FEDEX GROUND'S MOTIONS IN LIMINE** |

I, Katheryn Bradley, declare as follows:

1. I am competent to testify to the matters set forth herein and do so based on my personal knowledge.

2. I am one of the attorneys representing the above-named Defendant in this matter.

3. Plaintiff has produced very few documents in this case. Plaintiff disclosed no documents with initial disclosures. When FedEx Ground requested documents through

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT FEDEX GROUND'S
MOTIONS IN LIMINE - 1 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

discovery requests propounded on plaintiff's counsel, the total number of documents produced by plaintiff was approximately 182 pages. To date, Plaintiff has not produced any records of his hours worked or any contemporaneous records relating to damages.

4. Plaintiff has conducted limited discovery in this case. Plaintiff served a single set of written discovery. FedEx Ground asserted a number of objections in response. Plaintiff chose not to challenge these objections either informally or formally under Fed. R. Civ. P. 37. Furthermore, while FedEx Ground disclosed numerous witnesses in its initial disclosures and witness list, only three depositions were taken in this case. FedEx Ground took the depositions of Plaintiff and John Thompson. Plaintiff took the deposition of Peter Ricks.

5. To the best of my knowledge, Plaintiff did not file or serve a witness list with the Court, as required by the Court's scheduling order, dated September 15, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 30th day of August, 2006.

_____
Katheryn Bradley

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT FEDEX GROUND'S
MOTIONS IN LIMINE - 2 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 30 day of August, 2006, at Seattle, Washington.

_____
Heather M. Feenan

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT FEDEX GROUND'S
MOTIONS IN LIMINE - 3 -
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404