Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA  98101
(206) 405-0404
bradleyk@jacksonlewis.com

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>      Defendant. | Case No.: A05-0192CV (TMB)<br><br>**STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE** |

Plaintiff Joe W. Williams and Defendant FedEx Ground Package Systems, Inc., by and through counsel, stipulate as follows:

1. Plaintiff's opposition to the summary judgment motion filed by FedEx Ground is currently due on September 18, 2006.  The parties stipulate to extend the time for filing and serving as follows:  (1) Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed and served no later than October 18, 2006, and (2) FedEx Ground's reply to Plaintiff's opposition shall be filed and served no later than November 8, 2006.

STIPULATED MOTION FOR EXTENSION OF
BRIEFING SCHEDULE - PAGE 1
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

2. Plaintiff's opposition to the motions in limine filed by FedEx Ground is also currently due on September 18, 2006. The parties stipulate to extend the time for filing and serving as follows: (1) Plaintiff's opposition to Defendant FedEx Ground's Motions in Limine shall be filed and served no later than October 3, 2006, and (2) FedEx Ground's reply to Plaintiff's opposition shall be filed and served no later than October 18, 2006.

Dated this 18th day of September, 2006.

JACKSON LEWIS LLP

By: /s/ Katheryn Bradley
    Katheryn Bradley, Alaska Bar No. 8611098
    Jackson Lewis LLP
    One Union Square
    600 University Street, Suite 2900
    Seattle, WA 98101
    Phone: (206) 405-0404
    Fax: (206) 405-4450
    E-mail: bradleyk@jacksonlewis.com
    Attorney for Defendant FedEx Ground Package System, Inc.

FELDMAN ORLANSKY & SANDERS

By: /s/ Jeffrey Feldman (consent)
    Jeffrey M. Feldman, Alaska Bar No. 7605029
    Feldman Orlansky & Sanders
    500 L Street, Suite 400
    Anchorage, AK 99501
    Phone: (907) 272-3538
    Fax: (907) 274-0819
    E-mail: feldman@frozenlaw.com
    Attorney for Defendant FedEx Ground Package System, Inc.

STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE - PAGE 2
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

LAW OFFICES OF ISAAC DEREK ZOREA

By: /s/ Isaac Zorea (consent)
    Isaac Zorea, AK Bar No. 0011090
    P.O. Box 210434
    Anchorage, AK 99521
    Phone: 907-677-3779
    Fax: 907-677-3779
    E-mail: eyedz@gci.net
    Attorney for Plaintiff Joe W. Williams

LAW OFFICES OF MOSHE C. ZOREA

By: /s/ Moshe Zorea (consent)
    Moshe C. Zorea, Alaska Bar No. 8406055
    7540 E. 17th Ave.
    Anchorage, AK 99504
    Phone: (907) 337-7741
    Fax: (907) 337-2737
    E-mail: moshezorea@clearwire.net
    Attorney for Plaintiff Joe W. Williams

STIPULATED MOTION FOR EXTENSION OF
BRIEFING SCHEDULE - PAGE 3
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2006, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

Signed at Seattle, Washington this 18th day of September, 2006.

_Lara Needham_
Lara Needham

STIPULATED MOTION FOR EXTENSION OF
BRIEFING SCHEDULE - PAGE 4
Case No. A05-0192CV (TMB)

**Jackson Lewis, LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404