Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
(206) 405-0404
bradleyk@jacksonlewis.com

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>Defendant. | Case No.: A05-0192CV (TMB)<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE**<br><br>**[PROPOSED]** |

This matter comes before this Court on the parties' Stipulated Motion for Extension of Briefing Schedule ("Stipulated Motion"). Based on the Stipulated Motion and the records and files herein, the Court finds that the requested extensions should be granted.

Accordingly, it is hereby **ORDERED** that:

1. Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed and served no later than October 18, 2006, and FedEx Ground's reply to Plaintiff's opposition shall be filed and served no later than November 8, 2006.

[PROPOSED] ORDER GRANTING STIP. MOTION FOR EXTENSION
OF BRIEFING SCHEDULE- PAGE 1
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

2. Plaintiff's opposition to Defendant FedEx Ground's Motions in Limine shall be filed and served no later than October 3, 2006, and FedEx Ground's reply to Plaintiff's opposition shall be filed and served no later than October 18, 2006.

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING STIP. MOTION FOR EXTENSION
OF BRIEFING SCHEDULE- PAGE 2
Case No. A05-0192CV (TMB)

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2006, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF. In addition, I served a copy of this document by U.S. Mail to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

Signed at Seattle, Washington this 18th day of September, 2006.

_____
Lara Needham

[PROPOSED] ORDER GRANTING STIP. MOTION FOR EXTENSION OF BRIEFING SCHEDULE- PAGE 3
Case No. A05-0192CV (TMB)

**Jackson Lewis, LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404