UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>      Defendant. | Case No.: 3:05-cv-192 TMB<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE** |

This matter comes before this Court on the parties' Stipulated Motion for Extension of Briefing Schedule ("Stipulated Motion"). Based on the Stipulated Motion and the records and files herein, the Court finds that the requested extensions should be granted.

**IT IS HEREBY ORDERED**:

1. Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed and served no later than October 18, 2006, and FedEx Ground's reply to Plaintiff's opposition shall be filed and served no later than November 8, 2006.

2. Plaintiff's opposition to Defendant FedEx Ground's Motions in Limine shall be filed and served no later than October 3, 2006, and FedEx Ground's reply to Plaintiff's opposition shall be filed and served no later than October 18, 2006.

DATED this 19th day of September, 2006.

                                                        /s/ Timothy M. Burgess
                                                        TIMOTHY M. BURGESS
                                                        United States District Court Judge