Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>   Defendant. | Case No.: A05-0192CV (TMB)<br><br>**REPLY IN SUPPORT OF DEFENDANT FEDEX GROUND'S MOTIONS IN LIMINE** |

Defendant FedEx Ground Package System, Inc. ("FedEx Ground") files this reply in support of the motions in limine filed by FedEx Ground ("Motions"). In those Motions, FedEx Ground respectfully requested the Court to exclude, limit, or restrict the admission of certain evidence, as outlined in section II subsections 1-17 of its opening brief. Plaintiff Joe Williams did not oppose FedEx Ground's Motions. Because FedEx Ground's Motions are unopposed, the

REPLY IN SUPPORT OF DEFENDANT
FEDEX GROUND'S MOTIONS IN LIMINE - 1 -
Case No. A05-0192CV (TMB)

Motions are deemed well taken and subject to summary ruling by the Court. See D.Ak. LR 7.1(d)(1). Accordingly, FedEx Ground respectfully asks the Court to grant its Motions in Limine.

DATED this 18th day of October, 2006.

JACKSON LEWIS LLP

By: /s/ Katheryn Bradley
Katheryn Bradley
Alaska Bar No. 8611098
JACKSON LEWIS LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Phone: (206) 405-0404
Fax: (206) 405-4450
E-Mail: bradleyk@jacksonlewis.com
Attorney for Defendant FedEx Ground
Package Systems, Inc.

FELDMAN ORLANSKY & SANDERS

By: /s/ Jeffrey M. Feldman (consent)
Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Fax: (907) 274-0819
Email: feldman@frozenlaw.com
Attorney for Defendant FedEx Ground
Package System, Inc.

REPLY IN SUPPORT OF DEFENDANT
FEDEX GROUND'S MOTIONS IN LIMINE - 2 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on _October 18, 2006_, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

DATED this 18th day of October, 2006, at Seattle, Washington.

_Heather M. Feenan_
Heather M. Feenan

REPLY IN SUPPORT OF DEFENDANT
FEDEX GROUND'S MOTIONS IN LIMINE - 1 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404