Isaac Zorea
Law Office of Isaac Zorea
P.O. Box 210434
Anchorage, AK 99521
Telephone: (907) 830-1385
Facsimile: (907) 677-3779
eyedz@gci.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan Corporation,<br>    Defendant. | Case No. A05-0192CV (TMB)<br><br>DECLARATION OF ISAAC DEREK ZOREA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

I, Isaac Derek Zorea, declare as follows:

1. I am competent to testify to the matters set forth herein and do so based on my personal knowledge.

2. I am one of the attorneys representing the above-named Plaintiff in this matter.

3. Attached hereto as **Exhibit A** is a true and correct copy of Affidavit of Joe Williams.

4. Attached hereto as **Exhibit B** is a true and accurate copy of e-mail correspondence provided to plaintiff by defendant during discovery.

5. Attached hereto as **Exhibit C** is a true and accurate copy of a check provided to plaintiff by defendant during discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 18th day of October, 2006.

_____
Isaac D Zorea

DECL. OF ISAAC D ZOREA: *WILLIAMS V. FEDEX GROUND, INC.*   PAGE - 1 -

1       Certificate of Service

2 I hereby certify that on October 18, 2006, I electronically filed the foregoing with the
3 Clerk of Court using the CM/ECF system which sent notification to the following:

4

    Kathryn Bradley
5     Jackson Lewis LLP

6     Jeffery M. Feldman
    Feldman Orlansky & Sanders
7

8 and I hereby certify that I have mailed by United States Postal Service the document to the following non
9 CM/ECF participants

10     none.

11 Dated this 18th day of October, 2006, at Anchorage, Alaska.

12

13 Isaac Zorea

14

...

28 DECL. OF ISAAC D ZORBA; *WILLIAMS V. FEDEX GROUND, INC.*      PAGE - 2 -