# EXHIBIT B

Nicole Gilmore

10/15/2002 12:45 AM

To: Laura Forsmark/CORP/FXG
cc:
cc:
Subject: driver termination - remove from STTS

Please remove Joe Williams ss# 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 from the STTS for terminal ANAK/0995. He was a driver for contractor John Thompson ss# 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 and is no longer working for the contractor. Contractor terminated driver. If you have any questions please contact Peter Ricks SM for ANAK.
Thank You, Nicole

CONTRACTOR'S DRIVER/TEMPORARY DRIVER TERMINATION NOTICE       TSM002

SUBMITTED BY NICOLE GILMORE                                   DATE 10/14/02
TERMINAL NAME/NUMBER ANAK 0995
PULSE TO SAFETY, RMSM

THIS PULSE MUST BE COMPLETED FOR CONTRACTOR'S DRIVER/TEMPORARY DRIVER TERMINATION.

DRIVER'S NAME:   JOE WILLIAMS

DRIVER'S S.S. #:  518 - 88 - 2523          Peter FYI

DOMICILE #:  995

DATE OF TERMINATION:  10/04/02

REASON FOR TERMINATION:  contractor terminated driver.

==================================================================

CONTRACTOR'S NAME:  JOHN THOMPSON          (IF CONTRACTOR'S DRIVER)

CONTRACTOR'S S.S. #  574-26 -

Exhibit B
EX. 16

D10057