EXHIBIT C



Exhibit C

REDACTED

D10348