Isaac Zorea
Law Office of Isaac Zorea
P.O. Box 210434
Anchorage, AK 99521
Telephone: (907) 830-1385
Facsimile: (907) 677-3779
eyedz@gci.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOE W. WILLIAMS,                          )
                    Plaintiff,            )
                                          )
        v.                                )        Case No. A05-0192CV (TMB)
                                          )
FEDEX GROUND PACKAGE                      )        [PROPOSED] ORDER DENYING
SYSTEMS, INC., an Alaskan                 )        DEFENDANT'S MOTION
Corporation,                             )        FOR SUMMARY JUDGMENT
                                          )
                    Defendant.            )
_____)

        This matter comes before this Court on the motion by Defendant FedEx

Ground for Summary Judgment.  The Court considered all memorandum and

exhibits provided by all parties.

        Being fully advised, the Court finds that there are genuine issues of material

fact, and that FedEx Ground is **not** entitled to judgment as a matter of law on any of

the issues presented.

        Accordingly, it is hereby ORDERED that Defendant FedEx Ground's Motion

for Summary Judgment is **DENIED**.

        DATED this ___ day of _____, 2006.


_____                    _____
                                            TIMOTHY M. BURGESS
                                            UNITED STATES DISTRICT COURT JUDGE

1

<u>Certificate of Service</u>

2

3   I hereby certify that on October 18, 2006, I
    electronically filed the foregoing with the
    Clerk of Court using the CM/ECF system
4   which sent notification to the following:

5        Kathryn Bradley
         Jackson Lewis LLP
6
         Jeffery M. Feldman
7        Feldman Orlansky & Sanders

8
    and I hereby certify that I have mailed by United States
9   Postal Service the document to the following non
    CM/ECF participants
10
         none.
11
    Dated this 18th day of October, 2006, at Anchorage, Alaska.
12

13   _____

14    Isaac Zorea

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [Proposed] Order DENYING Defendant's Motion
     For Summary Judgment: *Williams V. Fedex Ground, Inc..*                Page - 2 -