Isaac Zorea
Law Office of Isaac Zorea
P.O. Box 210434
Anchorage, AK 99521
Telephone: (907) 830-1385
Facsimile: (907) 677-3779
eyedz@gci.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br>    Plaintiff,<br><br>    v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan Corporation,<br><br>    Defendant. | Case No. A05-0192CV (TMB)<br><br>NOTICE OF CORRECTED SIGNATURE PAGE ON PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to request by clerk of court, Plaintiff hereby submits, by and through his attorney, Isaac Derek Zorea, the following Notice of Corrected Signature Page for Docket number 39. The amended signature page is attached to this notice, as a separate exhibit.

Future signature page will conform with the local rules for the District of Alaska.

DATED this 24th  Day of October, 2006.


                                    S/ Isaac Zorea
                                    Law Offices of Isaac D Zorea
                                    P.O. Box 210434
                                    Anchorage, AK 99521
                                    907-830-1385
                                    907-677-3770
                                    Eyedz@gci.net

NOTICE OF CORRECTION: *WILLIAMS V. FEDEX GROUND, INC.*.                    PAGE - 1 -