1   material facts in favor of Williams, it becomes clear that this case cannot be resolved

2   in defendant's favor by summary judgment.  As such, plaintiff Williams requests that

3   on each and every issue argued, that Defendant's Motion for Summary Judgment be

4   denied.

5        DATED this _18th_  Day of October, 2006.

6

7                                    S/ Isaac Zorea_____
                                     Law Offices of Isaac D Zorea
8                                    P.O. Box 210434
                                     Anchorage, AK 99521
9                                    907-830-1385
                                     907-677-3770
10                                   Eyedz@gci.net

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28