Katheryn Bradley
Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L. Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>    Defendant. | Case No.: A05-0192CV (TMB)<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT G TO FEDEX GROUND'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

This matter comes before this Court on Defendant's Motion to Seal Exhibit G to Defendant's Reply in Support of Motion for Summary Judgment. Based on the motion and the records and files herein, including the Stipulated Protected Order entered by this Court on June 5, 2006 at Docket 21, the Court finds good cause to seal Exhibit G and grants the motion.

Accordingly, it is hereby **ORDERED** that Exhibit G to Defendant's Reply in Support of Motion for Summary Judgment shall be sealed.

(PROPOSED) ORDER GRANTING DEFONDANT'S MOTION TO
SEAL EXHIBIT G TO DEFENDANT'S REPLY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT - 1 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  DATED this ___ day of _____, 2006.

2
3  _____
   TIMOTHY M. BURGESS
   UNITED STATES DISTRICT COURT JUDGE

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO
SEAL EXHIBIT G TO DEFENDANT'S REPLY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT - 2 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## CERTIFICATE OF SERVICE

I hereby certify that on ___11·8·06___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK  99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 8th day of November, 2006, at Seattle, Washington.

_____
Heather M. Feenan

(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT G TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 3 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404