Katheryn Bradley
Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L. Street, Suite 400
Anchorage, AK  99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation.<br><br>   Defendant. | Case No.  A05-0192CV (TMB)<br><br>**DECLARATION OF KATHERYN BRADLEY IN SUPPORT OF DEFENDANT'S MOTION TO SEAL EXHIBIT G TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Katheryn Bradley, declare as follows:

1. I am competent to testify to the matters set forth herein and do so based on my personal knowledge.

2. I am one of the attorneys representing the above-named Defendant in this matter.

3. **Exhibit G** is a true and correct copy of selected portions of the Deposition of Peter Ricks.  The deposition was marked "CONFIDENTIAL" pursuant to the stipulated protective order because of the sensitive and proprietary information it contains related to FedEx

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT'S MOTION TO SEAL EXHIBIT G
TO DEFENDANT'S REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT – Page 1 of 3
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  Ground's operations.  This deposition excerpt supports FedEx Ground's Reply in Support of
2  Defendant's Motion for Summary Judgment also filed on November 8, 2006.  The document will
3  be filed with the Court when the Court grants the motion to seal.
4      I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.
6      DATED this ___8th___ day of November, 2006.

_____
Katheryn Bradley

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT'S MOTION TO SEAL EXHIBIT G
TO DEFENDANT'S REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT – Page 2 of 3
Case No. A05-0192CV (TMB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

# CERTIFICATE OF SERVICE

I hereby certify that on 11-8-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 8th day of November, 2006, at Seattle, Washington.

*/s/ Heather M. Feenan*
Heather M. Feenan

---

DECL. OF KATHERYN BRADLEY IN SUPPORT
OF DEFENDANT'S MOTION TO SEAL EXHIBIT G
TO DEFENDANT'S REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT – Page 3 of 3
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404