# EXHIBIT G

# Exhibit G

Exhibit G (additional selected portions of the Deposition of Peter Ricks) to be filed under seal should the Court grant FedEx Ground's pending Motion to Seal Exhibit G to Reply in Support of Defendant's Motion for Summary Judgment