Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation.<br><br>    Defendant. | Case No. A05-0192CV (TMB)<br><br>**SECOND DECLARATION OF KATHERYN BRADLEY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Katheryn Bradley, declare as follows:

1. I am competent to testify to the matters set forth herein and do so based on my personal knowledge.

2. I am one of the attorneys representing the above-named Defendant in this matter.

3. **Exhibits A – E** were previously attached to my declaration in support of defendant's motion for summary judgment.

SECOND DECL. OF KATHERYN IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

4. Attached hereto as **Exhibit F** is a true and correct copy of additional selected portions of the Deposition of Joe W. Williams.

5. **Exhibit G** is a true and correct copy of additional selected portions of the Deposition of Peter Ricks. The deposition was marked "CONFIDENTIAL" pursuant to the stipulated protective order entered by this Court on June 5, 2006 at Docket 21 because of the sensitive and proprietary information it contains related to Defendant's operations. Accordingly, this exhibit will be filed as a sealed exhibit should the Court grant FedEx Ground's pending Motion to Seal Exhibit G to FedEx Ground's Reply in Support of Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this _8th_ day of November, 2006.

_____
Katheryn Bradley

SECOND DECL. OF KATHERYN IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**CERTIFICATE OF SERVICE**

I hereby certify that on __11·8·06__, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 8th day of November, 2006, at Seattle, Washington.

_Heather M. Feenan_
Heather M. Feenan

SECOND DECL. OF KATHERYN IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 3 -
Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404