Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>  Defendant. | Case No.: A05-0192CV (TMB)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant FedEx Ground Package System, Inc. ("FedEx Ground") hereby submits notice of supplemental authority relating to its pending Motion for Summary Judgment. On January 3, 2007, the U.S. District Court for the Central District of California issued an opinion in *Yessayan v. FedEx Ground Package System, Inc., et al.*, Case No. CV 05-8872 ER, a case involving a very similar fact patter to the current case. A copy of that decision is attached as Exhibit A. This authority pertains to the argument that FedEx Ground made in its Motion for Summary Judgment, Section III.C.2. at pages 11 to 24, and in its Reply in Support of Defendant's Motion for Summary Judgment, Section II.B.2. at pages 4-15.

1 | DATED this 9th day of January, 2007.

JACKSON LEWIS LLP

By:   /s/ Katheryn Bradley
Katheryn Bradley
Alaska Bar No. 8611098
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Phone: (206) 405-0404
Fax: (206) 405-4450
E-Mail: bradleyk@jacksonlewis.com
Attorney for Defendant FedEx Ground Package Systems, Inc.

FELDMAN ORLANSKY & SANDERS

By:   /s/ Jeffrey M. Feldman (consent)
Jeffrey M. Feldman
Alaska Bar No. 7605029
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Fax: (907) 274-0819
Email: feldman@frozenlaw.com
Attorney for Defendant FedEx Ground Package System, Inc.

NOTICE OF SUPPLEMENTAL AUTHORITY- 2 of 3
Case No. A05-0192CV (TMB)

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 9th day of January, 2007, at Seattle, Washington.

_Heather M. Feenan_
Heather M. Feenan

NOTICE OF SUPPLEMENTAL AUTHORITY- 3 of 3
Case No. A05-0192CV (TMB)