Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEMS,<br>INC., an Alaskan corporation,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: A05-0192CV (TMB)

**AMENDED NOTICE OF
SUPPLEMENTAL AUTHORITY**

Defendant FedEx Ground Package System, Inc. ("FedEx Ground") hereby submits notice of supplemental authority relating to its pending Motion for Summary Judgment. On January 3, 2007, the U.S. District Court for the Central District of California issued an opinion in *Yessayan v. FedEx Ground Package System, Inc., et al.,* Case No. CV 05-8872 ER, a case involving a very similar fact pattern to the current case. A copy of that decision is attached as Exhibit A. This authority pertains to the argument that FedEx Ground made in its Motion for Summary Judgment, Section III.C.2. at pages 11 to 24, and in its Reply in Support of Defendant's Motion for Summary Judgment, Section II.B.2. at pages 4-15.

1    DATED this 9th day of January, 2007.

2                                              JACKSON LEWIS LLP

3

4                                              By:    /s/ Katheryn Bradley
                                                     Katheryn Bradley
5                                                    Alaska Bar No. 8611098
                                                     One Union Square
6                                                    600 University Street, Suite 2900
                                                     Seattle, WA 98101
7                                                    Phone:  (206) 405-0404
                                                     Fax:  (206) 405-4450
8                                                    E-Mail:  bradleyk@jacksonlewis.com
                                                     Attorney for Defendant FedEx Ground
9                                                    Package Systems, Inc.

10                                             FELDMAN ORLANSKY & SANDERS

11

12                                             By:    /s/ Jeffrey M. Feldman (consent)
                                                     Jeffrey M. Feldman
13                                                   Alaska Bar No. 7605029
                                                     500 L Street, Suite 400
14                                                   Anchorage, Alaska 99501
                                                     Phone: (907) 272-3538
15                                                   Fax: (907) 274-0819
                                                     Email: feldman@frozenlaw.com
16                                                   Attorney for Defendant FedEx Ground
                                                     Package System, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUPPLEMENTAL AUTHORITY- 2 of 3
Case No. A05-0192CV (TMB)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Isaac D. Zorea
P.O. Box 210434
Anchorage, AK 99521

Moshe C. Zorea
P.O. Box 212043
Anchorage, AK 99521

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

Dated this 9th day of January, 2007, at Seattle, Washington.

_Heather M. Feenan_
Heather M. Feenan

NOTICE OF SUPPLEMENTAL AUTHORITY- 3 of 3
Case No. A05-0192CV (TMB)