Karen P. Kruse, Pro Hac Vice
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
krusek@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>Defendant. | Case No.: A05-0192CV (TMB)<br><br>MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled Court:

I, Karen P. Kruse, hereby apply for permission to appear and participate as counsel for FedEx Ground Package Systems, Inc., defendant in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [Check whichever of the following boxes applies, if any.]

☐ I am a registered participant in the CM/ECF System for the District of Alaska.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

☐ For the reasons set forth in the attached memorandum.

OR

☒ I hereby designate Jeffrey Feldman, a member of the Bar of this Court, who maintains an office at the place within the district, with whom the Court and opposing counsel may readily communicate regarding conduct of this case.

DATED this 26th day of February, 2007.

Name:      Karen P. Kruse

(Signature)

Address:   Jackson Lewis LLP
           One Union Square
           600 University Street, Suite 2900
           Seattle, WA  98101
Telephone: (206) 405-0404

### CONSENT OF LOCAL COUNSEL*

I hereby consent to the granting of the foregoing application.

DATED this 5 day of March, 2007.

Name:      Jeffrey M. Feldman

(Signature) AK Bar. 7605029

(*Member of the Bar of the United States District Court for the District of Alaska.)

Address:   Feldman Orlansky & Sanders
           500 L Street, Suite 400
           Anchorage, AK  99501
Telephone: (907) 272-3538

IT IS SO ORDERED:

DATED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

## DECLARATION OF NON-RESIDENT ATTORNEY

Full Name:    Karen P. Kruse

| | | |
|---|---|---|
| Business Address: | One Union Square, 600 University Street; (Mailing/Street) | Seattle, WA 98101 (City, State, ZIP) |
| Residence: | 2445 Perkins Lane, W.; (Mailing/Street) | Seattle, WA 98199-3601 (City, State, ZIP) |
| Business Telephone: | (206) 405-0404; E-mail Address: | krusek@jacksonlewis.com |
| Other Names/Aliases: | N/A | |

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Washington State Bar Assoc. | 1325 Fourth Avenue, Suite 600 Seattle, WA 98101-2539 | 1990 |
| USDC, Western District of Wash. | U.S. Courthouse, 700 Stewart Street Seattle, WA 98101 | 1992 |
| USDC, Eastern District of Wash. | W. 920 Riverside Ave., Rm. 888 Spokane, WA 99210 | 1993 |
| U. S. Court of Appeals, 9th Circuit | San Francisco, CA 941219-3939 | 1995 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒    (If yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒    (If yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.2(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the Court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this Court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

DATED this 26th day of February, 2007.

_____
(Signature of Applicant)

MOTION AND APPLICATION OF NON-RESIDENT
ATTORNEY FOR PERMISSION TO APPEAR AND
PARTICIPATE IN THE USDC FOR THE DIST. OF ALASKA - 3 of 3
Case No. A05-0192CV (TMB)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2007, a copy of the foregoing document was served electronically on Isaac Zorea, Moshe Zorea and M. Katheryn Bradley, and by U.S. Mail to Karen Kruse.

FELDMAN ORLANSKY & SANDERS

By: s/ Jeffrey M. Feldman
Jeffrey M. Feldman
(AK Bar 7605029)
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819

MOTION AND APPLICATION OF NON-RESIDENT
ATTORNEY FOR PERMISSION TO APPEAR AND
PARTICIPATE IN THE USDC FOR THE DIST. OF ALASKA
Case No. A05-0192CV (TMB)