# STATUS CERTIFICATE

This certifies that

# KAREN P. KRUSE

was admitted to the Bar of the State of Washington on November 13, 1990, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of February 16, 2007.

*M. Janice Michels*
_____
M. Janice Michels
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA