```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

        # 00129965 - PS
         March 2, 2007


Code    Case #    Qty      Amount

6855XX-N 05-192            150.00 CK


TOTAL->                    150.00


FROM: JACKSON LEWIS LLP
      FOR KAREN KRASE
      NEW PRO HAC VICE
      3:05-CV-00192 TMB
```