Karen P. Kruse (*Pro Hac Vice* application pending)
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Facsimile: (206) 405-4450
krusek@jacksonlewis.com
Attorney for Defendant

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation, <br><br> Defendant. | Case No.: A05-0192CV (TMB) <br><br> MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. |

Katheryn Bradley moves pursuant to Local Rule 11.1(c)(1)[A] for leave to withdraw as counsel for the defendant FedEx Ground Package System, Inc. The firm of Jackson Lewis LLP will continue as counsel for the defendant. Karen P. Kruse of Jackson Lewis LLP will substitute as counsel for Ms. Bradley, subject to the Court's approval of her contemporaneously filed application for admission *pro hac vice*. Jeffrey M. Feldman will continue as local co-counsel for defendant.

The client consents to this substitution, as indicated below.

MOTION TO SUBSTITUTE COUNSEL OF RECORD
FOR DEFENDANT FEDEX GROUND - 1 of 4
Case No. A05-0192CV (TMB)

1    DATED this __5__ day of March, 2007.

2

3                                         WITHDRAWING COUNSEL

4                                         By:    /s/ Katheryn Bradley
                                                 Katheryn Bradley
5                                                Alaska Bar No. 8611098
                                                 E-Mail: bradk@foster.com
6                                                Withdrawing Attorney for Defendant
                                                 FedEx Ground Package System, Inc.
7

8                                         FELDMAN ORLANSKY & SANDERS

9
                                          By:
10                                               Jeffrey M. Feldman,
                                                 AK Bar No. 7605029
11                                               Feldman Orlansky & Sanders
                                                 500 L Street, Suite 400
12                                               Anchorage, Alaska 99501
                                                 Phone: (907) 272-3538
13                                               Facsimile: (907) 274-0819
                                                 feldman@frozenlaw.com
14                                               Attorney for Defendant FedEx Ground
                                                 Package System, Inc
15
                                          JACKSON LEWIS LLP
16

17                                        By:    Karen P. Kruse
                                                 Karen P. Kruse (pro hac vice
18                                               admission pending)
                                                 WSBA No. 19859
19                                               One Union Square
                                                 600 University Street, Suite 2900
20                                               Seattle, WA 98101
                                                 Phone: (206) 405-0404
21                                               Fax: (206) 405-4450
                                                 E-Mail: krusek@jacksonlewis.com
22                                               Attorney for Defendant FedEx Ground
                                                 Package System, Inc.
23

24

25

26

27

28   MOTION TO SUBSTITUTE COUNSEL OF RECORD          Jackson Lewis LLP
     FOR DEFENDANT FEDEX GROUND - 2 of 4             One Union Square
     Case No. A05-0192CV (TMB)                       600 University Street, Suite 2900
                                                     Seattle, Washington 98101
                                                     (206) 405-0404

CONSENT OF CLIENT

1

2     I, James English, am Senior Counsel for FedEx Ground Package System, Inc.  I am

3     authorized to state that FedEx Ground Package System, Inc., consents to the substitution of

4     Karen Kruse for Kathryn Bradley as counsel in this case.

5                                                              _____

6                                                              James English, Senior Counsel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28     MOTION TO SUBSTITUTE COUNSEL OF RECORD
        FOR DEFENDANT FEDEX GROUND - 3 of 4
        Case No. A05-0192CV (TMB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on the 5th day of March, 2007, a copy of the foregoing document

3 was served electronically on Isaac Zorea, Moshe Zorea and M. Katheryn Bradley, and by U.S. Mail to Karen Kruse.

4                                        FELDMAN ORLANSKY & SANDERS

5
                                   By: s/ Jeffrey M. Feldman
6                                       Jeffrey M. Feldman
                                        (AK Bar 7605029)
7                                       500 L Street, Suite 400
                                        Anchorage, AK 99501
8                                       Telephone: (907) 272-3538
                                        Facsimile: (907) 274-0819
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   MOTION TO SUBSTITUTE COUNSEL OF RECORD
     FOR DEFENDANT FEDEX GROUND - 4 of 4
     Case No. A05-0192CV (TMB)