JEFFREY M. FELDMAN
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska  99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         feldman@frozenlaw.com

Karen P. Kruse (*Pro Hac Vice* application pending)
Jackson Lewis LLP
One Union Square
600 University Street
 Seattle, WA  98101
Telephone:   (206) 405-0404
Facsimile:    (206) 405-4450
krusck@jacksonlewis.com

Attorneys for Defendant FedEx Ground Package Systems Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEMS INC.,<br><br>  Defendant.<br>_____ | Case No. 3:05-cv-00192-TMB<br><br>(PROPOSED) ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. |

(PROPOSED) ORDER GRANTING SUBSTITUTION OF COUNSEL
FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.

THIS COURT grants the motion of Katheryn Bradley to withdraw as counsel in this case and approves the substitution of Karen P. Kruse as counsel for defendant.

ENTERED this _____ day of _____, 2007.

_____
TIMOTHY M. BURGESS
United States District Court Judge

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2007, a copy of the foregoing document was served electronically on Isaac Zorea, Moshe Zorea and M. Katheryn Bradley, and by U.S. Mail to Karen Kruse.

FELDMAN ORLANSKY & SANDERS

By: s/ Jeffrey M. Feldman
    Jeffrey M. Feldman
    (AK Bar 7605029)