KATHERYN BRADLEY
Alaska Bar No. 8611098
JACKSON LEWIS LLP
One Union Square
600 University Street
Seattle, WA 98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant

JEFFREY M. FELDMAN
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEMS INC.,<br><br>　　　　　Defendant. | Case No. 3:05-cv-00192-TMB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant FedEx Ground Package System, Inc. ("FedEx Ground") hereby submits notice of supplemental authority relating to its pending Motion for Summary Judgment. On May 15, 2007, the U.S. District Court for the Western District of Tennessee, Western Division, issued an opinion in *Emily Caryl Lemmings v. FedEx Ground Package System, Inc.*, Case No. 05-2516 Ma/P, a copy of which is attached as Exhibit A. This authority pertains to the argument that FedEx Ground made in its Motion for Summary Judgment, Section III.C.2. at pages 11-24, and in its Reply in Support of Defendant's Motion for Summary Judgment, Section II.B.2. at pages 4-15.

Dated this 16th day of May, 2007.

                FELDMAN ORLANSKY & SANDERS

                By: /s/ Jeffrey M. Feldman
                Jeffrey M. Feldman
                FELDMAN ORLANSKY & SANDERS
                500 L Street, Suite 400
                Anchorage, Alaska 99501
                Telephone:  (907) 272-3538
                Facsimile:  (907) 274-0819
                Email:  feldman@frozenlaw.com
                Alaska Bar No. 7605029
                Attorney for Defendant
                FedEx Ground Package Systems Inc.

JACKSON LEWIS LLP

By: /s/ Katheryn Bradley (consent)
Katheryn Bradley
Alaska Bar No. 8611098
JACKSON LEWIS LLP
One Union Square
600 University Street
Seattle, WA 98101
Telephone:   (206) 405-0404
Facsimile:    (206) 405-4450
bradleyk@jacksonlewis.com
Attorney for Defendant
FedEx Ground Package Systems Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2007,
a copy of Entry of Appearance on Behalf of
FedEx Ground Package Systems Inc., was served
electronically on:

Isaac D. Zorea
Moshe C. Zorea


s/ Jeffrey M. Feldman