IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>              Plaintiff,<br><br>  vs.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan corporation,<br><br>              Defendants. | Case No. 3:05-cv-192   TMB<br><br>**O R D E R**<br>**Re: Motions in Limine** |

      This matter comes before this Court on Defendant FedEx Ground's Motions in Limine ("Motions in Limine") at Docket 29.   There being no opposition to the Motions, the Motions are deemed well taken and subject to summary ruling by the Court.  See D.Ak. LR 7.1(d)(1).

      Accordingly, it is hereby **ORDERED** that the following exclusions of evidence, limitations or restriction shall be imposed in this matter:

  1.  Exclude any reference to financial status of FedEx Ground or the relative financial status of the other parties.

  2.  Exclude any testimony regarding emotional distress damages.

  3.  Exclude any reference to expenses of litigation and/or attorney fees.

  4.  Exclude any comment emphasizing that FedEx Ground is a corporation or is located out of state.

  5.  Exclude any reference to any other litigation in which FedEx Ground is or has been involved.

  6.  Exclude any reference to any document or thing FedEx Ground requested Plaintiff to produce, but which was not produced.

    7. Prohibit requesting documents at trial from the other party, its witnesses, or its counsel; stating or referring at trial to the failure of either party to produce or to tender any documents to Plaintiff; and/or stating or referring at trial to any discovery disputes arising between the parties prior to trial.

    8. Exclude any statement or reference which would require a non-expert witness to draw a legal conclusion, including but not limited to, inquiries as to whether a certain act or omission is unlawful or illegal.

    9. Exclude any reference to the purported testimony of a witness, or calling as a witness at trial, any person who was not identified in Plaintiff's initial disclosures, responses and supplemental responses to Defendant FedEx Ground's interrogatories as a person of knowledge of relevant facts, or Plaintiff's witness list.

    10. Exclude any reference to the purported testimony of an expert witness, or calling as an expert witness at trial or attempting to offer or solicit expert testimony from any person who was not identified as an expert witness in Plaintiff's witness list or expert disclosures.

    11. Prohibit showing the Court any videotape, movie, film, photograph, sound recording, demonstrative exhibit, spreadsheet, chart, diagram, drawing or scale model unless first produced for inspection by FedEx Ground's counsel outside the sight, presence and hearing of the Court and directing that, prior to inspection, such items not be placed in or around the courtroom in areas where the Court could reasonably be expected to view such items.

    12. Exclude any evidence of action or inaction relating to Plaintiff's wage and hour claim that occurred before October 1, 2002.

    13. Limit Plaintiff's theories of recovery to those remaining in discovery and the pleadings.

    14. Exclude any reference to any element of damages not identified in Plaintiff's initial disclosure, answers, or supplemental answers to Defendant FedEx Ground's interrogatories or requests for production.

15. Exclude all of Plaintiff's non-party witnesses, including but not limited to family, from the courtroom during the course of the trial so that they cannot hear the testimony of other witnesses.

16. Require the parties to give 24 hours notice of witnesses, depositions and exhibits to be called or used at trial.

17. Requiring the Plaintiff to refrain from referring to FedEx Ground as "FedEx" or by any other name besides its full corporate name, FedEx Ground Package System, Inc. (for introductory purposes only), or by the proper short form of its corporate name, FedEx Ground.

Dated at Anchorage, Alaska, this 3rd day of December, 2007.

/s/ Timothy Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE