Isaac Zorea
Law Office of Isaac Zorea
P.O. Box 210434
Anchorage, AK 99521
Telephone: (907) 830-1385
Facsimile: (907) 677-3779
eyedz@gci.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| JOE W. WILLIAMS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-cv-00192-TMB |
| | ) | |
| FEDEX GROUND PACKAGE | ) | DECLARATION OF READINESS FOR |
| SYSTEMS, INC., an Alaskan | ) | TRIAL BY ISAAC DEREK ZOREA |
| Corporation, | ) | |
| Defendant. | ) | |
| | ) | |

I, Isaac Derek Zorea, declare as follows:

1.   I am one of the attorneys representing the above-named Plaintiff in this matter.

2.   After consulting with counsel for the defendant, I certify that discovery in the above captioned case is complete.

3.   I certify that the parties are attempting to schedule a mediation to resolve this case.

4.   After consulting with counsel for the defendant, the parties request that the court permit the parties to file an updated status report in 60 days, or following the completion of mediation, whichever comes first.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DECL. OF ISAAC D ZOREA: *WILLIAMS V. FEDEX GROUND, INC..*                    PAGE - 1 -

1

2
　　　　　DATED this 26th day of December, 2007.

3
　　　　　　　　　　　　　　　　　　　S/ Isaac Zorea
　　　　　　　　　　　　　　　　　　　Law Offices of Isaac D Zorea
　　　　　　　　　　　　　　　　　　　P.O. Box 210434

4
　　　　　　　　　　　　　　　　　　　Anchorage, AK 99521
　　　　　　　　　　　　　　　　　　　907-830-1385

5
　　　　　　　　　　　　　　　　　　　907-677-3770
　　　　　　　　　　　　　　　　　　　Eyedz@gci.net

6

7
　　　　　Certificate of Service

8
I hereby certify that on December 26, 2007, I
electronically filed the foregoing with the

9
Clerk of Court using the CM/ECF system
which sent notification to the following:

10

11
　　　　　Kathryn Bradley
　　　　　Jackson Lewis LLP

12
　　　　　Jeffery M. Feldman
　　　　　Feldman Orlansky & Sanders

13

14
and I hereby certify that I have mailed by United States
Postal Service the document to the following non

15
CM/ECF participants

16
　　　　　none.

17
Dated this 26th day of December, 2007, at Anchorage, Alaska.

18

19
S/ Isaac Zorea
Law Offices of Isaac D Zorea
P.O. Box 210434

20
Anchorage, AK 99521
907-830-1385

21
907-677-3770
Eyedz@gci.net

22

23

24

25

26

27

28