Isaac Zorea
Law Office of Isaac Zorea
P.O. Box 210434
Anchorage, AK 99521
Telephone: (907) 830-1385
Facsimile: (907) 677-3779
eyedz@gci.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., an Alaskan Corporation,<br>　　　　Defendant. | Case No. 3:05-cv-00192-TMB<br><br>UPDATED STATUS REPORT |

　　　Comes now, Joe Williams, by and through his attorney Isaac D. Zorea, acting pursuant to court order, docket 59, to provide the following updated Status Report of the parties.

　　　The parties have agreed to undergo settlement negotiations in this matter before a mediator. The mediation, before Paul Davis, is scheduled for April 15, 2008.

　　　The parties will promptly notify this court concerning the outcome of the scheduled settlement conference.

　　　DATED this 25th day of February 2008.

　　　　　　　　　　　　　　　S/ Isaac Zorea
　　　　　　　　　　　　　　　Law Offices of Isaac D Zorea
　　　　　　　　　　　　　　　P.O. Box 210434
　　　　　　　　　　　　　　　Anchorage, AK 99521
　　　　　　　　　　　　　　　907-830-1385
　　　　　　　　　　　　　　　907-677-3770
　　　　　　　　　　　　　　　Eyedz@gci.net

1
2
         <u>Certificate of Service</u>

3   I hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system
4   which sent notification to the following:

5       Kathryn Bradley
        Jackson Lewis LLP
6
        Jeffery M. Feldman
7       Feldman Orlansky & Sanders

8
    and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants
9
10
        none.
11
    Dated this 25th day of February 2008, at Anchorage, Alaska.
12

13  S/ Isaac Zorea
    Law Offices of Isaac D Zorea
14  P.O. Box 210434
    Anchorage, AK 99521
15  907-830-1385
    907-677-3770
16  Eyedz@gci.net

17
18
19
20
21
22
23
24
25
26
27
28  STATUS REPORT: *WILLIAMS V. FEDEX GROUND, INC.*.                                                PAGE - 2 -