JEFFREY M. FELDMAN
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
feldman@frozenlaw.com

KAREN P. KRUSE
JACKSON LEWIS LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA  98101
Telephone:   (206) 405-0404
Facsimile:    (206) 405-4450
krusek@jacksonlewis.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEMS INC.,<br><br>　　　　　Defendant.<br>_____ | Case No. 3:05-cv-00192-TMB<br><br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, hereby move to dismiss with prejudice all claims which were brought in the case or which could have been brought in the case, with each party to bear his or its own costs and attorney fees.

DATED this 28th day of April 2008.

    FELDMAN ORLANSKY & SANDERS

    By: /s/ Jeffrey M. Feldman
    Jeffrey M. Feldman
    Alaska Bar No. 7605029
    FELDMAN ORLANSKY & SANDERS
    500 L Street, Suite 400
    Anchorage, Alaska 99501
    Telephone:   (907) 272-3538
    Facsimile:    (907) 274-0819
    feldman@frozenlaw.com


    JACKSON LEWIS LLP

    By:  /s/ Karen P. Kruse (by consent)
    JACKSON LEWIS LLP
    One Union Square
    600 University Street, Suite 2900
    Seattle, WA  98101
    Telephone:   (206) 405-0404
    Facsimile:    (206) 405-4450
    krusek@jacksonlewis.com

    *Attorneys for Defendant*
    *FedEx Ground Package Systems Inc.*

        MOSHE CALBERG ZOREA

By: /s/ Moshe Calberg Zorea (by consent)
Moshe Calberg
Alaska Bar No. 8406055
LAW OFFICE OF MOSHE CALBERG ZOREA
7540 E. 17th Avenue
Anchorage, AK  99504
Telephone:   (907) 337-7741
Facsimile:    (907) 337-2737
moshezorea@clearwire.net

*Attorneys for Plaintiff*
*Joe W. Williams*

CERTIFICATE OF SERVICE

I hereby certify that on the 28thth day of April, 2008, a copy of Joint Motion for Dismissal with Prejudice was served electronically on:

Isaac D. Zorea
Moshe C. Zorea

s/ Jeffrey M. Feldman