JEFFREY M. FELDMAN
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska  99501
Telephone:   (907) 272-3538
Facsimile:     (907) 274-0819
feldman@frozenlaw.com

KAREN P. KRUSE
JACKSON LEWIS LLP
One Union Square
600 University Street, Suite 2900
 Seattle, WA  98101
Telephone:   (206) 405-0404
Facsimile:     (206) 405-4450
krusek@jacksonlewis.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEMS INC.,<br><br>　　　　　Defendant.<br>_____ | Case No. 3:05-cv-00192-TMB<br><br>**(PROPOSED) ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

## **(PROPOSED) ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

THIS COURT hereby grants the parties' motion to dismiss with prejudice all claims which were brought in the case or which could have been brought in the case, with each party to bear his or its own costs and attorney fees.

ENTERED this _____ day of _____, 2008.

_____
TIMOTHY M. BURGESS
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2008, a copy of the foregoing document was served electronically on:

Isaac D. Zorea
Moshe C. Zorea.

By: s/ Jeffrey M. Feldman