IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOE W. WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDEX GROUND PACKAGE SYSTEMS INC.,<br><br>   Defendant.<br>_____ | Case No. 3:05-cv-00192 TMB<br><br>**ORDER GRANTING<br>JOINT MOTION FOR DISMISSAL<br>WITH PREJUDICE** |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

THIS COURT hereby GRANTS the parties' Motion to Dismiss at Docket 61 with prejudice all claims which were brought in the case or which could have been brought in the case, with each party to bear its own costs and attorney fees.

ENTERED this 28th day of April, 2008.

   /s/ Timothy M. Burgess
   TIMOTHY M. BURGESS
   U. S. DISTRICT COURT JUDGE